OFFICE OF THE CLERK UNITED
STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA 500
POYDRAS STREET NEW ORLEANS,
LOUISIANA 70130

Date: January 26, 2013

DANIEL G. ABEL

vs.

DOUGLAS K. HANDSHOE AND
ANNE-MARIE VANDENWEGHE
A/K/A ANNE-MAIRE BOUDREAUX

Case No. 2:13-cv-00088 Section: E (5)

Dear Sir:

Please (**issue**) (re-issue) summons on the (complaint) (amended complaint) complaint) (third party complaint) (other: __) to the following:

1. (name) Douglas K. Handshoe
   (address) 345 Carroll Ave., Bay St. Louis, MS 39520

2. (name): Anne Marie Vandenweghe a/k/a Anne Marie Boudreaux
   (address) 1515 E Beach Blvd., Apt. 204, Pass Christian, MS 39571

Very truly yours,

*Daniel G. Abel*

"Signature" Attorney for Plaintiff
Name: Daniel G. Abel (Bar No. 08348)
Address: 2421 Clearview Pkwy, Ste 106
Metairie, LA 70001
Phone: 504.208.9610
Email: danielpatrickegan@gmail.com