**SERVICE RETURN**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

|  |  |
|---|---|
| DANIEL G. ABEL <br><br> *Plaintiff(s)* <br><br> v. <br><br> DOUGLAS K. HANDSHOE, AND ANNE-MARIE VANDENWEGHE A/K/A BOUDREAUX & ABC INSURANCE CO's <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:13-cv-00088 E (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANNE-MARIE VANDENWEGHE
A/K/A/ ANNE-MARIE BOUDREAUX
1515 E. BEACH BLVD., APT. 204
PASS CHRISTIAN, MS 39571


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Daniel G. Abel (Bar No. 08348)
2421 Clearview Pkwy
Legal Department - Suite 106
Metairie, LA 70001
Phone: 504.208.9610
Fascimile: 888.577.8815

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Jan 28 2013__

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-00088 E (5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* A/K/A Anne-marie Vandenweghe A/K/A Anne-Marie Boudreaux

was received by me on *(date)* 1/28/2013 .

☐ I personally served the summons on the individual at *(place)* Alan James Boudreaux 215 E 2nd Street, Pass Christian, MS 39571 on *(date)* 1/28/13 @ 8:15PM ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/28/13

*Server's signature*

Chris Yount - Federal Process Server
*Printed name and title*

160 Metairie Lawn Dr.
Metairie, LA 70001
*Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                                    [ Reset ]