UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 7.8

Comes now Anne Marie Vandenweghe, appearing in propria persona, sought to be made defendant herein, appearing herein pursuant to the provisions of Rule 7.8 of the Local Rules for the United States District Court for the Eastern District of Louisiana, and reserving all procedural and substantive defenses which the said Anne Marie Vandenweghe has or may have, including particularly, but without limitation, the right to move for a transfer of this action to another jurisdiction or for a change of venue, and moves This Honorable Court for the Extension of time of 21 days permitted by Local Rule 7.8. Mover Anne Marie Vandenwweghe avers that (1) there has been no previous extension of time to plead, and (2) the opposing party (namely, the plaintiff Daniel G. Abel-and/or Daniel G. Abel, Inc.) has not filed in the record an objection to an extension of time, Mover Anne Marie Vandenweghe avers that her pleadings to the Complaint in this action would otherwise be due on Monday, February 18, 2013 and that with the 21 day extension sought herein, would result in pleadings to the Complaint herein being due on Monday, March 11, 2013.

Respectfully submitted,

Anne Marie Vandenweghe

215 East Second Street, #1

Pass Christian, Mississippi 30571

IN PROPRIA PERSONA

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the above and foregoing EX PARTE MOTION for an Extension of Time pursuant to Local Rule 7.8 to Daniel G.Abel- and /or Daniel G. Abel, Inc, at 2421 Clearview Parkway, Suite 106, Metairie Louisiana 70001, first class postage prepaid, this 14th day of February 2013.

_____
Anne Marie Vandenweghe, in propria persona