UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE ORDER ON THE LOCAL RULE 7.8 MOTION

Considering the Local Rule 7.8 Ex Parte Motion of Anne Marie Vandenweghe, sought to be made defendant herein, for a 21 day extension of time within which to plead in the above-styled and numbered cause,

IT IS ORDERED THAT Anne Marie Vandenweghe be and she is hereby granted a 21 day extension of time within which to plead in the above-styled and numbered cause, from Monday, February 18, 2013 until Monday, March 11, 2013.

New Orleans, Louisiana, this ____19th____ day of February, 2013.

_____Susie Morgan_____
JUDGE

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No.____