UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND** | * | **MAG. JUDGE ALMA CHASEZ** |
| **ANNE-MARIE VANDENWEGHE A/K/A** | | |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

## EX PARTE MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Defendant, Douglas K. Handshoe, who respectfully requests, pursuant to Local Rule 7.8, an extension of twenty-one (21) days in which to answer, except or file other responsive pleadings in the captioned matter. The deadline for filing responsive pleadings in this matter is presently February 25, 2013. Defendant certifies that there has been no previous extension of time and that the opposing party in this matter has not filed into the record any objection to an extension of time. Therefore, based upon the foregoing, Defendant requests that this Court grant this extension of time and that the deadline to answer, except or file other responsive pleadings be continued until on or before March 18, 2013.

Respectfully submitted:
BALDWIN HASPEL BURKE & MAYER, L.L.C.

   s/ Scott L. Sternberg
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
BRODIE G. GLENN ó Bar #33152
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
Attorneys for Defendant, Douglas K. Handshoe

## CERTIFICATE OF SERVICE

I hereby certify that on this 20st day of February, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                  s/ Scott L. Sternberg