UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO. 13-cv-00088 |
| VERSUS | * | JUDGE SUSIE MORGAN |
| DOUGLAS K. HANDSHOE AND ANNE-MARIE VANDENWEGHE A/K/A BOUDREAUX & ABC INSURANCE CO. | * * | MAG. JUDGE ALMA CHASEZ |

## ORDER

Upon consideration of the Ex Parte Motion for Extension of Time to File Responsive Pleadings filed herein by Defendant, Douglas K. Handshoe;

IT IS HEREBY ORDERED that Defendant, Douglas K. Handshoe, be and he is hereby granted an extension of time of twenty-one (21) days, and that the deadline to answer, except or file other responsive pleadings be and it is hereby continued until on or before March 18, 2013.

New Orleans, Louisiana, this  25th  day of   February  , 2013.

_____
UNITED STATES DISTRICT JUDGE

{B0652831.1}                                 1