FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 MAR 11 AM 11: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

### MOTION BY ANNE MARIE VANDENWEGHE TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6), FEDERAL RULES OF CIVIL PROCEDURE, FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AGAINST HER

COMES NOW ANNE MARIE VANDENWEGHE, sought to be made defendant herein, and moves This Honorable Court to dismiss the Complaint herein in its entirety pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, for the failure of plaintiff, Daniel G. Abel, to state a claim upon which relief can be granted. This motion also is filed upon the grounds that the allegedly defamatory statements which plaintiff attributes to Anne Marie Vandenweghe were never uttered, issued or published by her; no documentation is offered nor representation made by plaintiff as to the basis for his allegations, and as such they are mere conclusory allegations. Accordingly, the very first element essential for plaintiff to prevail on a claim of defamation under Louisiana law, namely 'defamatory words' are lacking in this case since Anne Marie Vandenweghe did not utter, issue or publish any of the comments which plaintiff attributes to her in his Complaint. {see Lamz v. Wells, 938 So.2d 792 (La. App. 1st Cir2006)}. Anne Marie

___Fee_____
___Process_____
_x_Dktd_____
___CtRmDep_____
___Doc. No._____

Vandenweghe has not at any time been in a proprietary association, either as 'co-publisher' or otherwise, with Douglas K. Handshoe and/or Slabbed.org and/or Slabbed and no documentation is offered nor representation made by plaintiff as to the basis for his allegations and as such they are mere conclusory allegations. Additional grounds for dismissal of the complaint appear in the Memorandum fled simultaneously herewith.        Accordingly, the Complaint should be dismissed, with prejudice, and plaintiff taxed for all costs, expenses and attorneys' fees associated with the defense of these claims.

Respectfully submitted,

_____

Anne Marie Vandenweghe, In Propria Persona

#15 Colonial Lane, Harahan, Louisiana 70123

Telephone: (504)481-4936

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of March 2013, copies of the following pleadings have been served by mail, first class postage prepaid, on all counsel of record in these proceedings:

1. MOTION BY ANNE MARIE VANDENWEGHE TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6), FEDERAL RULES OF CIVIL PROCEDURE, FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AGAINST HER

2. MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

3. <u>AFFIDAVIT</u>

4. <u>NOTICE OF HEARING</u>

5. <u>REQUEST FOR ORAL ARGUMENT</u>

_____
Anne Marie Vandenweghe, In Propria Persona