UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

AFFIDAVIT

OF

ANNE MARIE VANDENWEGHE,

SOUGHT TO BE MADE DEFENDANT HEREIN, SUBMITTED IN SUPPORT OF HER

MOTION TO DISMISS PURSUANT TO

RULE 12(b)(6), FEDERAL RULES OF CIVIL PROCEDURE

STATE OF LOUISIANA

PARISH OF JEFFERSON

Before me, the undersigned authority, personally came and appeared, Anne Marie Vandenweghe, who being first duly sworn, did depose and say of her own personal knowledge, as follows:

I, Anne Marie Vandenweghe do aver and swear that:

1) I have not at any time commented using the commenter names: "Viewfromhell", "Whitmergate" or "Icroyable", or as Anne Marie Vandenweghe, as alleged in Plaintiff's Complaint;

2) I am not now and never have I been a co-publisher, publisher, co-owner, owner, representative, partner, editor, reporter, writer, administrator, employee or agent for or with Doug Handshoe and /or Slabbed.org. as alleged in Plaintiff's Complaint; and,

3) the lawsuit by plaintiff, is frivolous, and a clear case of "mistaken identity" insofar as Anne Marie Vandenweghe is concerned, because I, Anne Marie Vandenweghe, did not say, utter or publish what the plaintiff alleges in his Complaint;

4) I do not, as plaintiff alleges in his Complaint, have a history, habit and/or practice of libel, and maliciously defaming anyone, inclusive of public officials, particularly State and Federal judges, while masking as a blogger and / or commenter;

5) I have not, as plaintiff alleges in his Complaint, disseminated confidential information during the course of federal and state criminal investigations, nor have I fabricated information to make private or public persons appear to be guilty of criminal activity;

6) I have not, as plaintiff alleges in his Complaint, participated in any criminal conspiracy to defame judges, other public officials and/or private persons, nor have I mocked and/or maliciously defamed courts and/or judges;

7) I have not, as plaintiff alleges in his Complaint, attacked and/or defamed private persons;

8) I am not, as plaintiff alleges in his Complaint, a sociopath and have never been diagnosed as such by anyone;

9) I have not, as plaintiff alleges in his Complaint, conversed with myself under any commenting names;

10) I have not, as plaintiff alleges in his Complaint, made any 'vulgar', 'offensive', and/or 'false' comments.

_____
Anne Marie Vandenweghe

SWORN TO AND SUBSCRIBED BEFORE ME,

this _____ day of March, 2013.

_____
NOTARY PUBLIC