FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 MAR 11   AM 11: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

## REQUEST FOR ORAL ARGUMENT

Comes now Anne Marie Vandenweghe, sought to be made defendant herein, appearing in propria persona, and requests oral argument on her Motion to Dismiss the Complaint pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AGAINST HER, to be heard before the Honorable Susie Morgan on the 27th day of March, 2013.

_____

Anne Marie Vandenweghe

In Propria Persona

#15 Colonial Lane

Harahan, Louisiana 70123

504-481-4936

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No. _____