UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

## ORDER FOR ORAL ARGUMENT

CONSIDERING the request for oral argument of the Motion to Dismiss the Complaint pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AGAINST HER,

IT IS ORDERED THAT the Motion of Anne Marie Vandenweghe for oral argument of her Motion to Dismiss be heard before this Honorable Court on the 27th day of March, 2013 at 10:00 o'clock A.M.

New Orleans, Louisiana, this _____ day of March 2013

_____
JUDGE

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep _____
___Doc. No. _____