UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO.: 2:13-cv-00088 |
| | * | |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| | * | |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HON. SUSIE MORGAN |
| ANNE-MARIE VANDENWEGHE A/K/A, | * | |
| BOUDREAUX & ABC INSURANCE COs. | * | MAGISTRATE: HON. A. CHASEZ |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | JURY TRIAL - DEFAMATION |

MOTION TO REMAND TO 24TH JUDICIAL DISTRICT
COURT FOR LACK OF DIVERSITY JURISDICTION

Complainant moves the Court to remand this matter to State Court in the 24th Judicial District for the Parish of Jefferson as the United States District Court for the Eastern District of Louisiana lacks diversity jurisdiction since defendant Anne-Marie Vandenweghe has certified under Rule 11, that she is resident and domiciled and appears In Propria Persona at #15 Colonial Lane in Harahan, Louisiana which is in the Parish of Jefferson contained within the 24th Judicial District.

Undersigned made good faith representations to this Court that there was complete diversity of citizenship between plaintiff and all defendants, including Vandenweghe at the time the original complaint was filed. But for reasons now evidenced in all of her recent pleadings, Vandenweghe claims residence in Louisiana such as to make her not diverse in citizenship, for reasons set forth in the memorandum included in support of this motion.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| Daniel G. Abel [Bar No. 8348] | I have filed this pleading with |
| 2421 Clearview Parkway | the Clerk of this Court using the |
| Legal Department - Suite 106 | CM/ECF system on this 12th day |
| Metairie, Louisiana 70001 | of March 2013 and by mail. |

elephone: 504.284.8521
Facsimile: 888.577.8815