UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL G. ABEL        *   CASE NO.: 2:13-cv-00088
              *
VERSUS           *   DIVERSITY OF CITIZENSHIP
              *
DOUGLAS K. HANDSHOE, AND    *   JUDGE: HON. SUSIE MORGAN
ANNE-MARIE VANDENWEGHE A/K/A, *
BOUDREAUX & ABC INSURANCE COs. *    MAGISTRATE: HON. A. CHASEZ
              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *   *    JURY TRIAL -
                         DEFAMATION

MEMORANDUM IN SUPPORT OF COMPLAINANT'S
MOTION TO REMAND TO 24TH JUDICIAL DISTRICT
COURT FOR LACK OF DIVERSITY JURISDICTION

    For purposes now evident from defendant Vandenweghe's desire to sue Jefferson Parish in

federal court, she claimed diversity of citizenship in Mississippi. Now in this matter she has claimed

residence at #15 Colonial Lane in Harahan, Louisiana with the 24th Judicial District Court for the

Parish of Jefferson. Defendant Vandenweghe has used this address in each of her pleadings which she

appears In Propria Persona. That she appears in proper person, further proves that she had domicile in a

property that she owns. Neither she nor any party can have it both ways. [Exhibit A- *in globo*]

    She cannot claim to be a citizen of Mississsippi in order to sue Jefferson Parish at one time and

then claim to be a citizen of Harahan within the Parish of Jefferson, subsequently. But she has. Nor can

she or any party select citizenship of a particular state in order to accomplish standing governed by the

federal rules of civil procedure.

    Undersigned made good faith representations to this Court that there was complete diversity of

citizenship between plaintiff and all defendants, including Vandenweghe at the time the original

complaint was filed. But for reasons now evidenced in all of her recent pleadings, Vandenweghe

claims residence in Louisiana such as to make her not diverse in citizenship, for reasons set forth herein.

Respectfully submitted,                                        Certificate of Service

s/ Daniel G. Abel                                              s/ Daniel G. Abel

Daniel G. Abel [Bar No. 8348]                                 I have filed this pleading with
2421 Clearview Parkway                                        the Clerk of this Court using the
Legal Department - Suite 106                                  CM/ECF system on this 12th day
Metairie, Louisiana 70001                                     of March 2013 and by mail.
elephone: 504.284.8521
Facsimile: 888.577.8815