UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO.: 2:13-cv-00088 |
| | * | |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| | * | |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HON. SUSIE MORGAN |
| ANNE-MARIE VANDENWEGHE A/K/A, | * | |
| BOUDREAUX & ABC INSURANCE COs. | * | MAGISTRATE: HON. A. CHASEZ |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | JURY TRIAL - DEFAMATION |

ORDER

For the reasons set forth in the motion,

Plaintiff's Motion to remand this matter to state court IS GRANTED, as there is not apparent or complete diversity of citizenship between plaintiff and all defendants.

IT IS ORDERED THAT:

This matter is remanded to the 24th Judicial District Court for the Parish of Jefferson, which contains within Its jurisdiction and venue the municipal addresses of Harahan, Louisiana, under which defendant Vandenweghe has appeared in proper person.

Ordered this _____ day of _____, 2013.    New Orleans, Louisiana.


_____
District Judge Susie Morgan