UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO.: 2:13-cv-00088 |
| | * | |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| | * | |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HON. SUSIE MORGAN |
| ANNE-MARIE VANDENWEGHE A/K/A, | * | |
| BOUDREAUX & ABC INSURANCE COs. | * | MAGISTRATE: HON. A. CHASEZ |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | JURY TRIAL - DEFAMATION |

NOTICE OF SUBMISSION

This matter with be submitted before the Hon. Judge Susie Morgan, on 27 March 2013, being submitted without oral argument at 10:00 AM, in the United States District Court for the Eastern District of Louisiana in Courtroom C502, in these Courts at 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

s/ Daniel G. Abel

Daniel G. Abel [Bar No. 8348]
2421 Clearview Parkway
Legal Department - Suite 106
Metairie, Louisiana 70001
Telephone: 504.284.8521
Facsimile: 888.577.8815

Certificate of Service

s/ Daniel G. Abel

I have filed this pleading with the Clerk of this Court using CM/ECF system on this 12th day of March 2013 and by mail.