UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DANIEL G. ABEL,**  **CIVIL ACTION**
   **Plaintiff**

**VERSUS** **No. 13-88**

**DOUGLAS K. HANDSHOE, et al.,** **SECTION "E"**
   **Defendants**

ORDER

Defendant Anne Marie Vandenweghe ("Defendant") has filed a motion to dismiss the claims asserted against her in the above-captioned case and has requested oral argument on her motion.[1]  The Court has determined that oral argument is not necessary because Defendant's motion may be decided on the briefs.  As a result, Defendant's request for oral argument is **DENIED.**

New Orleans, Louisiana, this  13th  day of March, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 14.