UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND** | * | **MAG. JUDGE ALMA CHASEZ** |
| **ANNE-MARIE VANDENWEGHE A/K/A** | | |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

### MOTION FOR LEAVE BY DOUGLAS K. HANDSHOE TO FILE MEMORANDUM IN SUPPORT OF HIS ARTICLE 971 SPECIAL MOTION TO STRIKE

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Douglas K. Handshoe, who moves for leave of Court to file a Memorandum in Support of his Article 971 Special Motion to Strike. The Memorandum in Support totals 44 pages, which is 19 pages over the 25 page limit. These extra pages are necessary to discuss the facts and issues pertaining to the Special Motion to Strike. For these reasons and those more fully set forth in the Memorandum in Support filed herewith, and it will be in the interests of justice and judicial economy to allow the filing.

**WHEREFORE,** Mover, Douglas K. Handshoe, prays that the Court allow him leave to file a Memorandum in Support of his Article 971 Special Motion to Strike of 44 pages, which exceeds the 25 page limit by 19 pages.

Respectfully submitted:

BALDWIN HASPEL BURKE & MAYER, L.L.C.

   s/ Scott L. Sternberg
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
BRODIE G. GLENN ó Bar #33152

{B0659776.1}   1

3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
*Counsel for Defendant, Douglas K. Handshoe*

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                       s/ Scott L. Sternberg