UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND** | * | **MAG. JUDGE ALMA CHASEZ** |
| **ANNE-MARIE VANDENWEGHE A/K/A** | | |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE BY DOUGLAS K. HANDSHOE TO FILE
MEMORANDUM IN SUPPORT OF HIS ARTICLE 971
SPECIAL MOTION TO STRIKE**

**MAY IT PLEASE THE COURT:**

Defendant, Douglas K. Handshoe (hereinafter "Handshoe"), is filing an Article 971 Special Motion to Strike in this matter. Plaintiff's petition now totals 63 pages. Therefore, it is requested that the Motion for Leave to file a Memorandum in Support of Handshoe's Special Motion to Strike exceeding 25 pages be granted.

Local Rule 7.7 states that a brief in support of a motion is limited to 25 pages. In this matter, to address the 63-page complaint, which alleges multiple causes of action for defamation, Defendant Handshoe respectfully requests this Court grant his request. Handshoe does not take the allegations in the petition lightly, no matter how questionable or excessive, and has attempted to address fully to each and every allegation in his Special Motion to Strike.

Handshoe had to include additional facts and issues pertaining to each and every claim of defamatory material. In addition, Handshoe has put forth evidence and relevant case law which shows that, on its face, Plaintiff's petition cannot withstand the Special Motion to Strike and should be dismissed summarily. Regrettably, the length of the Memorandum in Support exceeds

25 pages. The total length of the Memorandum in Support is 44 pages. These extra pages will more fully set forth the facts and issues of law that need to be considered by this Court in considering the merits of the Special Motion to Strike under Louisiana defamation law.

To allow this Memorandum of 44 pages to be filed would be in the interests of justice and judicial economy, and it would more fully inform the Court of the facts and issues necessary for the Court to reach a decision.

## CONCLUSION

For all of the issues set forth herein, Mover, Douglas K. Handshoe, should be granted leave to file a Memorandum totaling 44 pages, in support of his Special Motion to Strike.

Respectfully submitted:

BALDWIN HASPEL BURKE & MAYER, L.L.C.

   s/ Scott L. Sternberg
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
BRODIE G. GLENN ó Bar #33152
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
*Counsel for Defendant, Douglas K. Handshoe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

   s/ Scott L. Sternberg