UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND** | * | **MAG. JUDGE ALMA CHASEZ** |
| **ANNE-MARIE VANDENWEGHE A/K/A** | | |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

## SPECIAL MOTION TO STRIKE

**NOW INTO COURT,** through undersigned counsel, comes Douglas K. Handshoe, Defendant herein, who files this Special Motion to Strike pursuant to Article 971 of the Louisiana Code of Civil Procedure, and prays that this Court will grant his Special Motion to Strike for all the reasons set forth in the attached Memorandum in Support.

                                           Respectfully submitted:
                                           BALDWIN HASPEL BURKE & MAYER, L.L.C.

                                             s/ Scott L. Sternberg
                                         PAUL N. VANCE - Bar #13007
                                         SCOTT L. STERNBERG - Bar #33390
                                         BRODIE G. GLENN ó Bar #33152
                                         3600 Energy Centre
                                         1100 Poydras Street
                                         New Orleans, LA 70163
                                         Telephone: (504) 569-2900
                                         Fax: (504) 569-2099
                                         Attorneys for Defendant, Douglas K. Handshoe

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of March, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                             s/ Scott L. Sternberg