UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND ANNE-MARIE VANDENWEGHE A/K/A** | * | **MAG. JUDGE ALMA CHASEZ** |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant, Douglas K. Handshoe, will bring his Article 971 Special Motion to Strike for hearing before the Honorable Susie Morgan, United States District Judge, Eastern District of Louisiana, in Courtroom C502, 500 Poydras Street, New Orleans, Louisiana, on the 10th day of April, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard.

                Respectfully submitted:
                BALDWIN HASPEL BURKE & MAYER, L.L.C.

                s/ Scott L. Sternberg
                PAUL N. VANCE - Bar #13007
                SCOTT L. STERNBERG - Bar #33390
                BRODIE G. GLENN ó Bar #33152
                3600 Energy Centre
                1100 Poydras Street
                New Orleans, LA 70163
                Telephone: (504) 569-2900
                Fax: (504) 569-2099
                *Counsel for Defendant, Douglas K. Handshoe*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of March, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                     s/ Scott L. Sternberg