# EXHIBIT A

## TO OPERATING AGREEMENT OF NOVA SCOTIA ENTERPRISES, L.L.C.

### Class A Member, Capital and Percentages

|    |                | Initial Capital Contribution | Percentage |
|----|----------------|------------------------------|------------|
| 1. | Name: <br> Address: <br> Tax ID No.: | $6,550.00 | 3% |
| 2. | Name: <br> Address: <br> Tax ID No.: | $6,550.00 | 3% |
| 3. | Name: <br> Address: <br> Tax ID No.: | $6,550.00 | 6% |
| 4. | Name: <br> Address: <br> Tax ID No.: | $6,550.00 | 6% |
| 5. | Name: <br> Address: <br> Tax ID No.: | $6,550.00 | 6% |



27

051

EXHIBIT 8

|  |  | Initial Capital Contribution | Percentage |
|---|---|---|---|
| 6. Name:<br>Address:<br>Tax ID No.: | ███ | $6,550.00 | 6% |
| 7. Name:<br>Address:<br>Tax ID No.: | ███ | $6,550.00 | 6% |
| 8. Name:<br>Address:<br>Tax ID No.: | ███ | $6,550.00 | 6% |
| 9. Name:<br>Address:<br>Tax ID No.: | ███ | $6,550.00 | 6% |
| 10. Name:<br>Address:<br>Tax ID No.: | ███ | $6,550.00 | 6% |

# EXHIBIT B

## TO OPERATING AGREEMENT OF NOVA SCOTIA ENTERPRISES, L.L.C.

### Class B Members, Capital, and Percentage

|   |   |   | Initial Capital Contribution | Percentage |
|---|---|---|---|---|
| 1. | Name: | Aaron F. Broussard | $0 | 42% |
|    | Address: | 3329 Florida Avenue, Suite 220 Kenner, LA 70065 | | |
|    | Tax ID No.: | ████ 8950 | | |
| 2. | Name: | ████ | $0 | 4% |
|    | Address: | ████ | | |
|    | Tax ID No: | ████ | | |

29

053

EXHIBIT 8