# D'AQUILA, VOLK, MULLINS & CONTRERAS

A PROFESSIONAL LAW CORPORATION

ROY M. D'AQUILA
JEROME M. VOLK, JR.
ELLEN MULLINS (1)
ROBERTO A. CONTRERAS (2)

RONALD J. VEGA (3)
ERIC D. SMITH, JR.
J. CHRISTOPHER FORD

3329 FLORIDA AVENUE
KENNER, LOUISIANA 70065

(504) 469-6699
FAX (504) 467-1866
rdaquila@dvlaw.com

EDWARD J. DEMARTINI
(1932 – 2004)

(1) ALSO ADMITTED IN ALABAMA
(2) ALSO ADMITTED IN REPUBLIC OF PANAMA
(3) LL.M. IN TAXATION

May 24, 2010

**VIA FACSIMILE ONLY (800) 930-0713**

**Trout Point Lodge**
P.O. Box 456
Kemptville, NS B0W 1Y0
Canada
Attention: Charles and Vaughn

Re: *Kempt Wilderness Lodge*

Dear Charles and Vaughn:

Attached is a copy of the insurance for the Kempt Wilderness Lodge/Caretaker's Cottage.

When Aaron was in Nova Scotia back in 2008, we discussed the possibility of placing this property on a rider or endorsement on the main insurance policy of Trout Point Lodge. I have some notes that Aaron brought back indicating that this was possible to do at the time.

At the present time, we pay about $2,000.00 per year for this insurance and we do not have enough revenue from the lot assessments to pay the note on the property as well as the taxes and insurance.

Would you please check to see if this property can be insured as an endorsement on the Trout Point insurance at a reasonable amount? If that is possible, let me know what we need to do in order to accomplish this.

Thank you for your continued cooperation.

Very truly yours,
D'AQUILA, VOLK, MULLINS & CONTRERAS
A Professional Law Corporation

ROY M. D'AQUILA

Attachment
RMD/kd
cc:   Aaron F. Broussard