INTERNET ARCHIVE
WayBackMachine

http://www.living-abroad-consultants.com/id8.html  [Go]

4 captures
25 Apr 06 - 13 May 08

JUL  MAY  JUN    Close
◀    13   ▶
2006 2008 2009   Help



# Living Abroad

## Costa Rica Corporation & Companies, Onshore & Offshore

Home

Bordeaux: A City Comes Alive

Global Living

International Travel Observor

Global News: Business & World News Headlines, Exchange Rates

International Living Links

**Costa Rica Corporation & Companies, Onshore & Offshore**

International Real Estate Directory: Costa Rica, Canada

International Travel Directory

*Why have a Costa Rica corporation?*
*(We can also assist with Panama corporations or a combination--please inquire).*

A stable pacifist democracy in Central America, Costa Rica has numerous advantages as a location for business entity formation and banking--superior to many so-called "offshore financial centers"--as well as being a superlative place to live, work, or retire.

We can provide the following services related to Costa Rica banking, Costa Rica corporations, and moving to or living in Costa Rica:

    Costa Rica corporations, including off-the-shelf companies
    Advice and consultation about Costa Rica corporations, their use and structure
    Costa Rica lawyer referrals
    Moving to and living in Costa Rica, including buying property, insurance, banking, construction management, and visas, with specific advice strucutred for Canadian and United States citizens

For more information and specific products and services, please visit our Costa Rica section.

Home of the *Retiring and Living in Costa Rica Vacation Packages* at the Inn at Coyote Mountain

Come stay for a three-day vacation and consult with experts Charles Leary, PhD and Vaughn Perret, JD about retiring or living in Costa Rica, starting a business, buying property, Costa Rica corporations and banking, or the construction process.

Send us an encrypted e-mail here.

    Costa Rica Luxury Real Estate For Sale



Coming to Costa Rica? Consider the Inn at Coyote Mountain for a secluded getaway.

Abel, Perret, & Leary, a Limited Liability Company

Canticum Hotels



EXHIBIT 11



**Sustainable Luxury Hotels of the World**

EXHIBIT 11