Commercial Search 

| Tom Schedler | State of Louisiana | COMMERCIAL DIVISION |
|---|---|---|
| Secretary of State | Secretary of State | 225.925.4704 |



**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| CHICORY FARM'S AMERICAN GOURMET L.L.C. | Limited Liability Company | NEW ORLEANS | Inactive |

| | |
|---|---|
| **Business:** | CHICORY FARM'S AMERICAN GOURMET L.L.C. |
| **Charter Number:** | 34508579K |
| **Registration Date:** | 10/18/1995 |
| **State Of Origin:** | |
| **Domicile Address** | |
| | 723 HILLARY STREET |
| | NEW ORLEANS, LA 70118 |
| **Mailing Address** | |
| | 723 HILLARY STREET |
| | NEW ORLEANS, LA 70118 |

## Status

| | |
|---|---|
| **Status:** | Inactive |
| **Inactive Reason:** | Action by Secretary of State |
| **File Date:** | 10/18/1995 |
| **Last Report Filed:** | N/A |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | EDWARD M. PORCHE, JR. |
| **Address 1:** | 3500 N. HULLEN STREET |
| **City, State, Zip:** | METAIRIE, LA 70002 |
| **Appointment Date:** | 10/18/1995 |

## Officer(s)

Additional Officers: Yes

| | |
|---|---|
| **Officer:** | DANIEL G. ABLE |
| **Title:** | Member |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT. HERMAN, LA 70450 |

| | |
|---|---|
| **Officer:** | VAUGHN J. PERRET |
| **Title:** | Member |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT. HERMAN, LA 70450 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEERY |
| **Title:** | Member |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT. HERMAN, LA 70450 |

## Amendments on File (1)

EXHIBIT 12

| Description | Date |
|---|---|
| Revoked | 2/16/2005 |

Print

EXHIBIT 12