Search SBIR.gov

🇺🇸 An Official Website of the United States Government

Share | Contact Us / Send Feedback | Text: A+A-A

Login | Company Registry



## SBIR/STTR
SMALL BUSINESS INNOVATION RESEARCH
SMALL BUSINESS TECHNOLOGY TRANSFER

**Search this site:**

Home » Awards » Chicory Farm

## Company Information:

| | | | |
|---|---|---|---|
| Name: | Chicory Farm | Located in HUBZone: | No |
| Address: | P.O. Box 25<br>Mount Hermon, LA 70450 | Woman-Owned: | Yes |
| | | Minority-Owned: | Yes |
| | | URL: | N/A |
| | | Phone: | N/A |

## Award Totals:

| PROGRAM/PHASE | AWARD AMOUNT ($) | NUMBER OF AWARDS |
|---|---|---|
| SBIR Phase I | $104,925.00 | 2 |

## Award List:

### LOW TECHNOLOGY, OUTDOOR CULTIVATION OF MUSHROOMS: MODEL FOR THE SOUTHEREASTERN U.S.

| Award Year/Program/Phase: | 1994 / SBIR / Phase I | Principal Investigator: | Mr Vaughn J Perret |
|---|---|---|---|
| Agency: | USDA | Award Amount: | $50,000.00 |
| Abstract: | Two species of edible mushrooms will be grown outdoors on a variety of agricultural waste products which come from major local crops: rice, sugar cane and cotton. abandoned farm equipment will be converted and used as pasteurization equipment for sterilization of the substrate. low cost methods of… More | | |

### Developing Commercial Dairy Sheep for Southern United States Conditions

| Award Year/Program/Phase: | 1995 / SBIR / Phase I | Principal Investigator: | |
|---|---|---|---|
| Agency: | USDA | Award Amount: | $54,925.00 |
| Abstract: | The research and innovation proposed here will use genetic technology and knowledge to produce a domestic dairy sheep strain productive under United States Southern Region and Third World conditions, while also generating new information about ewe management. Dairying with sheep presents innovative… More | | |

Site Map | Privacy Policy | Linking Policy | Accessibility | Open Government | Advocacy | Inspector General | Privacy Act System of Records Notice

USA.gov | Regulations.gov | WhiteHouse.gov | FOIA

EXHIBIT 13

Search SBIR.gov

EXHIBIT 13