# Some deals just smell like aged Roquefort

## ACOA taking action to recover funds

by Shawn Fuller

The federal government's Atlantic Canada Opportunities Agency (ACOA) is taking action to recover money loaned interest-free to Americans who created great hopes and little else in the Nova Scotia farm community three years ago.

La Ferme d'Acadie, the Yarmouth, N.S.-based cheese manufacturing plant started in 1999 with much fan-fare and a substantial injection of public money is closed and ACOA is scrambling for re-payment of a no-interest loan in excess of $100,000.

Collapse of the cheese plant has left behind a trail of angry and confused milk producers. *Rural Delivery* has now learned the quick demise of the company created just as much confusion within ACOA.

*Rural Delivery* has obtained more than 400 pages of internal ACOA documents relating to the contract with La Ferme d'Acadie under the federal Access To Information Act. More than 100 of those pages were blank. The Agency refused to release a complete picture, claiming some of the documents were proprietary information of the now-defunct company.

The remaining documents, however, provide a trail dating from the time of La Ferme d'Acadie's original application for assistance from the Agency, through to the collapse of the company in the spring of 2000. These shed some light on why the company failed. They also provide a glimpse inside the workings of an agency that handles hundreds of millions of taxpayers' dollars.

American partners Daniel Abel, Charles Leary, and Vaughn Perret began the process of securing ACOA funding for the cheese-making venture in 1997, about a year after purchasing a picturesque property, including a small island, at Chebogue Point, Yarmouth County. On February 25, 1998, the provincial Department of Agriculture handed the American partners a milk quota. An undated Project Fact Sheet produced by ACOA shows La Ferme d'Acadie had start up costs of $253,900.

This included $185,000 for building construction, $43,900 for machinery and equipment and $25,000 for marketing. ACOA agreed to lend the company $133,200 interest free to help with those costs. In return the American partners

The former ACOA-built La Ferme d'Acadie creamery overlooking the Chebogue marsh in Yarmouth County, Nova Scotia, is now a summer home.
(David Lindsay photo)

promised to create four jobs and generate sales of $378,710 worth of European and other specialty style cheeses by its third year of operation. The company's job and sales projections were modest. Nevertheless, documents show La Ferme d'Acadie was unable to generate the sales needed to maintain its small workforce.

ACOA's contribution to the venture included half of the company's capital costs, which amounted to $114,450, and 75 percent of its $25,000 marketing costs. The company also became eligible for a 10 per cent federal tax credit of $22,890, bringing the anticipated total government contribution to $156,090. At the end of the day taxpayers would cover 61.5 per cent of all start-up costs for a company that is believed to have operated for less than a year.

### FINAL APPROVAL

"The proponents of La Ferme d'Acadie wish to establish a cheesemaking facility in Yarmouth, N.S.," states a June 1998, ACOA document detailing funding arrangements. "The cheese products are to be hand made from raw cow and sheep milk and are to be exported to the U.S. and for sale throughout Canada. Project costs include the construction of a 2,000-square-foot production facility including equipment, on property the proponents acquired in 1996."

Leary, 34, who holds a doctorate in Chinese history and Perret, 41, a former lawyer in Manhattan, met at Cornell University. They operated a cheese producing business in New Orleans with a third partner Daniel Abel. A *National Post* article on the pair says they were inspired in their cheese making ventures by an old woman who produced cheese on a farm using methods learned in France. Leary and Perret fell in love with Yarmouth in part because it reminded them of New Orleans.

"We love the area. There are French people just like in Louisiana. Cheese was the only thing missing," Perret told the *National Post*. The project involved more than cheese production. The partners planned to use nostalgic perceptions of Nova Scotia's coastal shore to promote the site as a tourism destination for Americans. People could visit Nova Scotia's coastal shores first hand

EXHIBIT 14

while stepping back in time to learn how the Acadians made cheese.

"La Ferme d'Acadie's new seaside creamery is open for public tours and educational programs," a company promotional brochure says.

The deal with ACOA called for work on the project to begin July 31, 1998, and run for one year. ACOA officials foreshadowed problems to come in internal documents that characterized the earnings and working capital of the company as high risk. The major factor leading to this assessment was the failure of the American partners to secure confirmation of support from another financial institution. ACOA officials also conclude that the risks required site visits and increased project monitoring. These would later prove difficult to conduct.

ACOA sent La Ferme D'Acadie its first installment, a cheque for $44,467, in January 1999. On March 16, 1999, ACOA approved a second cheque for $40,987. Progress reports filed by the company at the time state that it had established three separate milk suppliers. It said construction was behind schedule but proceeding. ACOA's internal evaluation at the time states similar — a time to learn, no problem with this claim."

By March 31, ACOA records show it was processing a claim for an advance of $37,107 for La Ferme d'Acadie. An April 23, 1999, letter confirming approval for the advance from ACOA's manager of compliance and payments, Bruce Prime, reveals that the cheque was written without a complete understanding of how it would be spent.

"You are reminded that, within six months after the date of the disbursement, you must demonstrate to the satisfaction of the Agency that the advance was applied exclusively to the payment of eligible costs," Prime wrote.

On October 15, 1999, ACOA sent La Ferme d'Acadie a final cheque for $6,247. The Agency pointed out the time to begin repayment was at hand. But documents reveal this was a problem for the company. Within days ACOA received a request from the company to change its repayment schedule. The requested changes are unclear because ACOA officials chose to sever the document, meaning ACOA would not release the reasons for the requested amendments nor would they release the new repayment schedule. But by October 18, documents show that ACOA account manager John Beeston complied with the company's request and amended the amount it was required to pay each month.

### SIGNS OF TROUBLE

An internal ACOA e-mail from Simon d'Entremont to Beeston dated April 17, 2000, provides the first sign that La Ferme d'Acadie was facing serious problems. D'Entremont wrote: "I spoke to Charles Leary this morning. I've asked for current finan-cials. After I see them, I'll be going over to visit the site and discuss his problems with him. I'll let you know what I come up with."

On May 5, d'En-tremont drove to Chebogue Point for the scheduled meeting. But company officials did not show up. Instead, d'Entremont found an apparently abandoned property with a for-sale sign posted on it. Just 11 months after opening their doors and after federal investments and tax credits totaling more than $150,000, La Ferme d'Acadie was effectively out of business.

### IN THE BEGINNING

Local goat milk suppliers jumped at an opportunity to expand their fledgling industry. Many invested in equip-



## Tree Seedlings

We offer a wide variety of native:

*Deciduous trees*

*Deciduous Shrubs*

*Conifers / Evergreens*

### How to Order!

For your *FREE* catalogue contact us:

• By Phone: **(800) 570-0327**

• By Fax: **(705) 856-4512**

• Online: **www.forestcare.com**

 



ForestCare

*Growing today for a greener tomorrow*

EXHIBIT 14

ment and expanded their milking stock. Some took out loans to cover their costs. But suppliers and company officials told *Rural Delivery* that disagreements over milk trucking costs and milk quality created an acrimonious relationship not long after the plant opened.

Among the suppliers of goat's milk to La Ferme d'Acadie were Jonathan Lee and Peyton Leavitt, a couple who had moved from British Columbia to Nova Scotia's Annapolis Valley in 1995. They contacted Perret and Leary after reading about the creamery.

In January, 1999, Lee and Leavitt received a letter from Leary indicating that the cheese-making facility would be in operation that May, and offering to purchase the couple's milk production from up to 200 goats in the first year. La Ferme d'Acadie loaned a few thousand dollars to Lee and Leavitt to help them begin production.

That June Lee and Leavitt also obtained a loan of $25,000 from Annapolis Ventures Limited, an ACOA-funded business development agency based in Bridgetown. They built and equipped a milking facility on their farm, and increased their goat herd with new breeding stock.

Lee and Leavitt supplied milk through the summer of 1999, but the next year they made only a few shipments before their relationship with the American entrepreneurs began to fall apart. With deductions from their milk cheques to pay off the loan from La Ferme d'Acadie, and disputes related to milk quality and volume, the couple found it uneconomical to continue as suppliers.

In February, 2000, Lee and Leavitt received a letter from the Middleton barristers firm Cole Sawler demanding payment to Annapolis Ventures of $24,900 in outstanding principal and $1,179.48 in accrued interest.

Lee and Leavitt told local residents they planned to move to Saskatchewan to make a new start. Their farm in Torbrook West appeared abandoned when visited last year, with the door of the new dairy barn hanging open, and no goats in sight.

Cheryl and Randy Hiltz also bought into the optimism surrounding the little cheese-making venture at Chebogue Point. The Aylesford husband and wife team signed a contract with the American partners on Aug. 10, 1999, and expanded their milking stock. But by the following year company officials began requiring the couple to pay for shipping costs. They stopped producing for the cheese plant and in May of 1999 sold 50 dairy goats to a Quebec farmer.

"It's enough to look after your animals and milk them without getting involved in shipping," said Randy.

"We'd be almost giving them the milk for free," added Cheryl. "We couldn't do that, so that's when we stopped."

The couple said they felt their contract may have been breached, but they had little interest in taking legal action. "We didn't have the time and energy to go that avenue," said Randy.

La Ferme d'Acadie briefly received goat's milk from Garnet and Andrea Dalton of Beaver River, north of Yarmouth near the Digby County line. This arrangement also ended with disagreements between supplier and processor. The Daltons refuse to speak to the media about the episode, except to say that the sale of all their goats did not cover investments they had made to produce milk for the cheese plant.

In a July, 26, letter to *Farm Focus*, Leary wrote that the suppliers were often providing substandard goat milk. He also said contracts with suppliers allowed the company to change its practice regarding charging the suppliers for hauling milk.

The impact of the company's failed deals with suppliers and later collapse was devastating for Nova Scotia's fledgling goat milk industry. But not a single ACOA document suggests Agency concern in these areas.

Whatever the reason, it's clear ACOA was one of the last to know that a company it had financed had shut down.

ACOA officials scrambled throughout the summer of 2000 to find out what was going on. A July 27, 2000 letter to the company requests a copy of the its financial statements for the year ending December 31, 1999. This letter revealed ACOA had little or no idea of the financial viability of the company more than a year after handing it more than $100,000.

A letter from Beeston on August 24 to Leary makes it clear ACOA officials were having trouble arranging an audit of the company's books. "Our Payments Department have (sic)

## ACOA memo
### Who wants to know?

From: Alex Smith
To: John Young
Date: Friday, June 29, 2001 04:39 pm
Subject: Media Inquiry

To advise you that we had an inquiry on La Ferme d'Acadie this afternoon. The call was from a freelance writer, Sean Fuller, for the publication *Rural Delivery*. This is a small newsprint publication out of the South Shore. I am not sure of circulation numbers and was unable to find a copy in Perk's. I will get a copy over the weekend and determine next publication date.

Provided factual information on the amount and date of the loan. Writer also requested information on repayments. He was advised that this information is not in the public domain.

John Beeston is the officer on the file and he is aware of media call. He has been following the file quite closely. This file may attract more media interest and we will prepare for it.

Thanks
AS

CC: Communications Halifax; Cynthia Williams

*Rural Delivery* obtained more than 400 internal ACOA documents relating to the contract with La Ferme d'Acadie. Shown here is one of them.

EXHIBIT 14

been trying for several weeks for their post payment audit. Could you please contact Charles Yochoff (ACOA auditor) or (myself) to arrange this as soon as possible."

Yochoff later writes Leary explaining the nature of the audit. "For your information the audit generally consists of examination of original invoices, negotiated cheques, tracking these items into the contractors records, and conducting a plant tour." It's clear ACOA wanted to discover whether the money it paid La Ferme l'Acadie was spent where it was supposed to be spent. They also wanted to see for themselves whether the plant they invested so heavily in was actually operating.

Records show that Agency officials became increasingly frustrated with Leary. On September 8, 2000, Stuart MacDonald, ACOA's director of programs, writes to Leary saying: "Despite repeated attempts by Mr. Yochoff and Mr. Prime, we have been unsuccessful in our attempts to arrange for an audit of your final claim." MacDonald writes that if the audit was not conducted by September 30, 2000, "the full amount of the outstanding contribution will become due and payable immediately."

After several letters and phone calls Beeston was finally able to arrange a face-to-face meeting with Leary on July 4, 2001. It took place not at the Chebogue Point cheese plant, but rather at Leary's new business, a tourist lodge in East Kemptville.

The American partners had purchased nearly 200 acres of property west of the Tobeatic Wilderness protected area for their newest venture called Trout Point Lodge. The main lodge, a 3-story log cabin with 10 guest rooms, is assessed at $615,000. Leary told *Rural Delivery* that he and his partners spent more than $2 million on the venture which includes a mezzanine library, dining room, and two bars. The company planned to market directly to Americans seeking to combine a vacation with culinary instruction.

The July meeting seemed to be an opportunity for La Ferme d'Acadie to regain ACOA's confidence. It might have worked. But an unsigned and undated memo prepared after the meeting points out that Leary failed to mention a fairly significant detail. He had sold the Chebogue Point property and cheese plant.

"On July 19, Lisa Richard e-mailed John Beeston to report there was a

continued on page 42



**THE MOST WIDELY SOLD FERTILIZER SPREADER IN THE WORLD**

These spreaders have earned the approval of farmers throughoout the world because:

➢ They are easy to operate
➢ The quality is excellent
➢ They are competitively priced

**MARITIME FARM SUPPLY LTD.**
171 HALIFAX ST., MONCTON, N.B. E1C 8T6
TEL: 506-857-3134   FAX: 506-859-7981





Open House March 14th

## UNIVERSAL 643-DT TRACTOR

- 64·PTO Horsepower
- 12 Forward, 3 Reverse Synchro Transmission
- Hydrostatic Power Steering
- Independent 540/1000 RPM PTO w/Ground Speed
- 2 Remote Valves
- 11.2 x 24 Front Tires, 16.9 x 30 Rear Tires
- High Capacity Hydraulics w/Draft & Position Control
- With Cab

**$41,492.00**

## CAMERON EQUIPMENT
RR 3, Truro, N.S. B2N 5B2
Phone: 902-893-1800                         Fax: 902-893-7372
www.cameronequipment.com

EXHIBIT 14

## COMPARE THE SUPERTILT DUMP WAGON
## WITH ALL THE REST THEN COME BUY THE BEST



**VERSATILE FOR MULTI PURPOSE USE**

All Steel Heavy-Duty Construction

- The No. 1 Wagon for Hauling:
- Manure
- Grain & Silage
- Corn
- Hay

### FEATURES ON A SUPERTILT DUMP WAGON
- Front mount hoist for more lifting capacity
- All steel heavy duty construction
- New econotilt line also available • Tandem Wagon

*14 Models to Choose From or Custom Built To Your Needs*



RR 4, Listowel, Ont., N4W 3G9
Ph: 519-291-5035  Fax: 519-291-5281

**WEBER-LANE COMPANY MANUFACTURING**

Call your local dealer or for further information contact
Your Atlantic Canada Sales Rep. Leonard Fraser 1-800-807-7775

---

## Country Fields Beekeeping Supplies Ltd.

We have the *largest selection* of in-stock beekeeping supplies and honey house equipment in Atlantic Canada! Time to stock up for a new season!

### Spring Special!!!
Deluxe Beginner's Outfit with Hive (does not include the bees.) Better quality items than most kits! $185.00. Save $25.75 off the regular price. Watch for other upcoming specials!!

We stock *"Mite-Away"* Formic Acid pads and bulk Formic Acid for your spring medication needs.

| | | |
|---|---|---|
| 1848 Route 112<br>Upper Coverdale<br>N.B. E1J 1Y5<br>Ph: 506-387-6804 | Call or write for our price list<br>countryb@nb.sympatico.ca | **Competitive Prices**<br>Open Year Round.<br>We Ship.<br>Fax: 506-386-2599 |

---





### GRAND FALLS MILLING CO. LTD.
503, Broadway Blvd. West (7001) Grand Falls, NB E3Z 2L1
Robert Godbout  (506) 475-8040
Fax: (506) 473-4466

*Call your local Shur Gain for information on our certified Seed Grain such as:*

| OATS | WHEAT | BARLEY |
|---|---|---|
| Capital | AC Walton | Belmore (2 Row) |
| Nova | Belvedere | Chapais |
| Hulless | AC Barrie | AC Legend |
| | SS Maestro | AC Westech |
| | | AC Alma |

*Quantities are limited*

---

continued from page 23

rumor in the community that the cheese plant had been sold," the anonymous e-mail said. "Nothing of this nature was mentioned to John during his meeting on July 4th."

The e-mail continued: "John Beeston has placed two calls to La Ferme d'Acadie requesting that they return his call. Unfortunately they have not responded to either. John is following up on info they are meant to provide, including financial statements which will hopefully demonstrate that they have been operating."

### OPEN OR SHUT CASE

Perret told *Rural Delivery* in June of last year that the business was still in

> "If we could find goat's milk, we would be happy to process goat's milk."
>
> – Vaughn Perret

existence, though the supply problem was preventing ongoing cheese production. "If we could find goat's milk, we would be happy to process goat's milk," he said. "Send us goat's milk and we'll process it. I can sell as much chevre as I can make."

Without good milk, explained Perret, there was no point in trying to produce high-quality cheeses. "I'm not going to process for the sake of processing."

Chebogue Point residents, on the other hand, said that they had observed little activity at the cheese plant after 1999. "There's been nobody working there," said Dan Earle, whose land abuts La Ferme d'Acadie property. "They may say they've been aging cheese, but it's two years old now."

*Rural Delivery* also learned at the time that Yarmouth-based Future Group Realty Ltd. had placed the creamery on the market in the spring of 2000 for an asking price of $335,000. The parcel was described as totaling 100 acres, including a 20-acre island, A year later Florida resident Jim Friss and his wife Heidi were considering buying the property for conversion to a summer residence. The deal closed Aug. 15, 2001.

Asked about the loan from ACOA

EXHIBIT 14

last year, Perret said, "ACOA's not coming after us, because all our bills are paid." But *Rural Delivery* has learned that this is no longer the case. ACOA spokesperson David Harrigan confirmed in February that the La Ferme d'Acadie file was sent to ACOA's recoveries division. Harrigan would not say how much money La Ferme d'Acadie owes.

The creamery does not appear to have made a lasting mark in the community. Longtime Chebogue resident Howard Jenkins comments wryly on the public image presented by the hilltop creamery. "They put it in the 'Doers and Dreamers' guide as a tourist attraction," he says, "but there's been a 'No trespassing' sign on it since it was built."

In a December 1998 interview with *Farm Focus* on the construction of the Chebogue Point cheese plant, an ebullient Leary and his partners are brimming with confidence as they ask goat milk producers to contact them.

"All the sheep and goat producers in the province could not produce all the milk we could use," Perret said.

"Nova Scotians are hesitant about (signing up)," Leary said. "They've been burned so many times."

(With files from David Lindsay whose story, "La Ferme est fermée," appeared in the July/August, 2001, issue.) •

## Seeds of suspicion

In October 2001, when anthrax anxiety was on the rise, the United States Postal Service announced it would be irradiating suspicious mail as a precaution against bio-terrorism. Stokes Seeds, which operates in New York State and Ontario, issued a statement saying its seed orders being sent by mail in the U.S. would bear labels warning the USPS not to irradiate them.

Stokes asked customers to give notice if they believed their mail might be irradiated, so those seed orders could be sent via some other delivery service. The company said it would replace any orders labelled by the USPS as having been irradiated. Canada Post has no plans to irradiate mail. •

MARCH 2002   RURAL DELIVERY



# BAYPORT PLANT FARM

RR 1, Rose Bay, NS B0J 2X0        1-902-766-4319
2740 ROUTE 332W   BETWEEN LUNENBURG & RIVERPORT

## OPENING April 10th, 2002

- Rhododendrons • Azaleas • Magnolias
- Evergreens • Heathers • Perennials

HOURS: 10 am - 5 pm DAILY   E-MAIL - steele.bayport@ns.sympatico.ca

**Cape Cod Finished Wood Siding**

## 15 Year Limited Warranty

Your assurance of quality. When Cape Cod siding is applied according to the Cape Cod installation instructions the two coat factory finish will:
- **NOT** crack, peel or blister
- **NOT** chalk so as to discolor surfaces below
- **NOT** erode and expose the substrate
- **NOT** yellow with age
- **NOT** become damaged when dirt is rinsed off

Cape Cod Wood Siding is sealed on all four sides. Using our unique coating system, the wood is vacuum painted and blown dry to ensure 15 years of continuous protection from deterioration and blistering. The result is low maintenance wood siding with a subtle soft brushed look.

### For More Information Call
### 1-800-565-7577

Available At Better Building Supply Dealers
Throughout Atlantic Canada.

PAGE 43

EXHIBIT 14

# La Ferme est fermée
## ACOA-backed goat cheese creamery on the block

by David Lindsay

Two years after opening its doors with plans to supply specialty cheeses for restaurants and connoisseurs, a Nova Scotia dairy facility built with ACOA (Atlantic Canada Opportunities Agency) backing looks destined to become a summer home. The sale of the cheese plant at Chebogue Point, just south of Yarmouth, would mark another chapter in what has been an often confusing and sometimes acrimonious saga for local residents and former milk suppliers.

Vaughn Perret, one of the owners of La Ferme d'Acadie, recently told *Rural Delivery* that cheesemaking operations would, "in an ideal world," be relocated from the creamery on Chebogue Point Road to the site of a new venture, a woodland resort called Trout Point Lodge, some 25 miles inland. A Florida resident named Jim Friss confirmed reports that his offer on the oceanfront property had been accepted, and that the cheese-making equipment would be removed before he commenced renovations to convert the structure into a summer residence.

An Internet advertisement for Yarmouth-based Future Group Realty Ltd. indicated that the chalet-style creamery was placed on the market in June, 2000, the year after it was built. The parcel is described as totaling 100 acres, including a 20-acre island, for an asking price of $335,000. The owner is identified as Charles Leary, who is Perret's partner in La Ferme d'Acadie and Trout Point Lodge, along with a third owner, Daniel Abel.

Friss said the property was not listed with Future Group when he saw it posted "for sale by owner" elsewhere on the Internet. He said he dealt directly with the owners, arranging a purchase contract to close on August 15.

Early media reports about the creamery promised a unique agricultural and culinary tourist attraction. A new market for goat's milk sounded like good news for farmers too. Neither prospect has been fully realized.

La Ferme d'Acadie was never intended to produce cheese on an industrial scale. The focus was on high-quality, European-style cheeses, made by hand, using traditional methods. There was, however, an expectation of steady and increasing production. *Farm Focus*, a bi-weekly farm news tabloid published in Yarmouth, reported in December, 1998, that the creamery would soon be processing 500-700 gallons of milk per week, with three full-time employees and two part-time employees working at the facility. (Promotional material for La Ferme d'Acadie drew attention to the fact that the cheese would be "made by women of Acadian ancestry," naming workers Sharon Doucette-Mancer, Nora Muise, and Corrine Nickerson.)

The *Farm Focus* article said cow's milk would be used initially, with some sheep's milk to be supplied by La Ferme d'Acadie's herd of East Friesians. Perret was quoted as saying the company was looking for additional supply: "All the sheep and goat producers in the province could not produce all the milk we could use." A quote from Leary may have made Nova Scotia goat farmers optimistic about the future of their small and fragmented industry: "We're going to focus on what we think we can do best — increasing the volume as much as possible so our contracting producers can expand."

### RESPONDING TO THE CALL

A few goat producers acted on that optimism, investing in facilities or herd expansion to supply milk for La Ferme d'Acadie. The cheesemakers and their suppliers have given conflicting accounts of disputes over milk quality and shipping arrangements in the 1999 production season. Both sides have claimed they were accommodating, making extra efforts or compromises to help the venture gain momentum.

At the time, these problems could have been attributed to growing pains, and at least goat's milk cheese was being made on Chebogue Point. Some locals bought cheese directly from the creamery in 1999. Gary Arnett, of Yarmouth Natural Foods, says he stocked four or five different types of cheese from La Ferme d'Acadie, though the products were available for less than a year.

Goat's milk shipments to the creamery ceased that winter, with producers agreeing to start again in the spring after their does freshened.

In 2000, the creamery's second year, disagreements over shipping put an end

La Ferme d'Acadie creamery overlooking the Chebogue marsh in Yarmouth County, N.S., has worn a "for sale" sign for the past year. It is now poised to sell for a summer home. (David Lindsay photos.)

EXHIBIT 14

to all supply of goat's milk. Perret and Leary have said repeatedly that they had no contractual obligation to haul milk, and that they only provided some support for shipping on a voluntary and temporary basis, to help suppliers get up to speed in the first year. In a letter published in *Farm Focus* last July, Leary said the lack of supply was due primarily to the fact that milk producers "would not take the responsibility of hauling onto themselves." The letter also said quality problems were linked to the fact that "many producers see goat milk production as somehow an 'alternative' or less serious business than cow dairying, which it is not."

Both Cook's Dairy Farm Ltd., down the road from La Ferme d'Acadie in Chebogue, and Farmer's Co-operative Dairy Ltd., in Middleton, were contacted by Perret and Leary about shipping cow's milk to the cheese plant, but neither became regular suppliers.

Seventeen East Friesian sheep imported by Perret and Leary, which were supposed to be the foundation for a considerable milking herd, have been dispersed.



La Ferme d'Acadie cheese room when farmer's hopes were high.

### DASHED DREAMS

Among the suppliers of goat's milk to La Ferme d'Acadie were Jonathan Lee and Peyton Leavitt, a couple who had brought some goats with them when they moved from British Columbia to Nova Scotia's Annapolis Valley in 1995. They contacted Perret and Leary after reading about the creamery in *Farm Focus*.

In January, 1999, Lee and Leavitt received a letter from Leary indicating that the cheese-making facility would be in operation that May, and offering to purchase the couple's milk production from up to 200 goats in the first year. La Ferme d'Acadie loaned a few thousand dollars to Lee and Leavitt to help them with the investments required to become suppliers.

That June Lee and Leavitt also obtained a loan of $25,000 from Annapolis Ventures Limited, an ACOA-funded business development agency based in Bridgetown. They built and equipped a milking facility on their farm, and increased their goat herd with new breeding stock.

Lee and Leavitt supplied milk through the summer of 1999, but the next year they made only a few shipments before things fell apart. With deductions from their milk cheques to pay off the loan from La Ferme d'Acadie, and disputes related to milk quality and volume, the couple found it uneconomical to continue as suppliers.

An Annapolis Ventures officer refused to release any specific information about clients, but said the agency currently charges approximately 12 percent interest on business loans, and will take security on assets in cases of delinquency.

In February, 2000, Lee and Leavitt received a letter from the Middleton barristers firm Cole Sawler demanding payment to Annapolis Ventures of $24,900 in outstanding principal and $1,179.48 in accrued interest. The letter mentioned a second mortgage that had been placed on property belonging to the couple, and a collateral chattel mortgage placed on equipment. It also said Annapolis Ventures had given Cole Sawler instructions to institute judicial proceedings in regard to the debt, and to recover legal costs in the event of court action.

Lee and Leavitt told many people that they planned to move to Saskatchewan to make a new start. As of the end of June they could not be contacted in that province or in Nova Scotia. Their farm in Torbrook West appeared abandoned, with the door of

## The three restaurateurs

On their Internet website, foodvacation.com, Vaughn Perret, Charles Leary, and Daniel Abel are described as "food-world entrepreneurs" with impressive credentials in the culinary arts. Perret and Abel are natives of Louisiana, and it was in this state's Washington Parish that the trio founded Chicory Farm in 1990, establishing themselves as purveyors of organic produce, specialty mushrooms, and European-style cheeses.

A biographical sketch of Perret indicates he received a U.S. Department of Agriculture grant for alternative crop cultivation technology in 1994, and another USDA grant related to dairy sheep production in 1995.

According to the website, the partners started a restaurant called Chicory Farm Café in New Orleans in 1996. Then, in 1998, "they sold their Louisiana enterprises and moved to Nova Scotia, where they opened La Ferme d'Acadie and Trout Point Lodge."

In an article in *Food and Wine* (June, 2001), writer Marq deVilliers says, "The trio (Perret, Leary and Abel) had a farm, a creamery and a restaurant (in Louisiana), but to create a wilderness retreat that also included an inn and a cooking school, they had to move to Nova Scotia."

When they first came to Chebogue Point, Perret and Leary bought a farm with a barn for their East Friesian sheep, and an old house which they renovated. Nearby land was then acquired for the cheese factory. They sold the farm to Nina Hvoslef in 2000. A few of the East Friesian sheep still reside there.

The foodvacation.com website advertises cooking schools at the resort in East Kemptville, N.S.; in San Jose, Costa Rica; in Ithaca, New York; and in New Orleans, Louisiana. It also includes a link for Abel & Perret, Attorneys, a firm in Ithaca, New York, specializing in retirement planning, real estate, elder law, and international business. ●

EXHIBIT 14

the new dairy barn hanging open, and no goats in sight.

Records in the Lawrencetown Registry of Deeds indicated the farm still belongs to Jonathan Lee, with Annapolis Ventures' $25,000 mortgage remaining from 1999.

La Ferme d'Acadie briefly received goat's milk from Garnet and Andrea Dalton of Beaver River, north of Yarmouth near the Digby County line. This arrangement also ended with disagreements between supplier and processor. The Daltons refuse to speak to the media about the episode, except to say that the sale of all their goats did not cover investments they had made to produce milk for the cheese plant.

By contrast, Randy and Cheryl Hiltz say they didn't lose any money when they stopped supplying La Ferme d'Acadie. At their farm in Aylesford, Ran-Cher Acres, they have been raising goats for about 20 years. They have built up a modest but stable business producing cheese, which is sold in local supermarkets and healthfood stores, and also at the Halifax Farmer's Market. "We're making a living," says Randy," explaining that he and his wife never thought of phasing out cheese production at the facility in their home. Instead, they bought more goats so they would have extra milk to sell to Perret and Leary.

Randy and Cheryl Hiltz say there were misunderstandings about shipping charges, but unlike the other suppliers, they never hauled milk to Chebogue Point themselves. "It's enough to look after your animals and milk them without getting involved in shipping," says Randy, citing the 100-mile distance between his farm in Kings County and the creamery in Yarmouth County.

In the second season of production for La Ferme d'Acadie, the shipping fees being charged made it uneconomical for Ran-Cher Acres to continue as suppliers. "We'd be almost giving them the milk for free," says Cheryl. "We couldn't do that, so that's when we stopped."

The couple say they felt their contract may have been breached, but they had little interest in taking legal action. "We didn't have the time and energy to go that avenue," says Randy.

The Hiltz herd is back to about its original size, with 23 does being milked currently. The farm has a reputation for

Continued on page 27



The remains of a small flock of East Friesian sheep still reside at a farm on Chebogue Point.

# Status of government loan "not in public domain" — ACOA

by Shawn Fuller

The Louisiana owners of the former cheese production plant La Ferme d'Acadie at picturesque Chebogue Point near Yarmouth may be selling that operation, but they remain in Nova Scotia as operators of the remote Trout Point Lodge.

Daniel Abel and Charles Leary are still listed as the owners of the Chebogue Point land which includes a 14.78 hectare island known as Moulton Island and a plot at 107 Chebogue Point Road.

The properties, purchased in 1996, housed their cheese plant and residence. Officials from the Atlantic Canada Opportunities Agency (ACOA) provided little information on La Ferme d'Acadie. Nova Scotia-based communications officer Alex Smith confirmed that ACOA provided $133,200 in funding to the company in 1998. When asked whether the money was repaid Smith would only say, "That is not in the public domain."

Other ACOA officials did not return phone calls by press time. *Rural Delivery* has filed an Access to Information request to ACOA seeking all documents related to the La Ferme d'Acadie file.

Registry of Joint Stock records show that Vaughn Perret, Charles Leary, and Daniel Abel dissolved the company La Ferme d'Acadie as a partnership in August, 1997, and established it as a limited company. That company status came to an end in August, 2000, when Registry of Joint Stock fees where not paid.

Perret, Leary, and Abel have been partners in various ventures in Louisiana and Nova Scotia since 1990, including a gourmet store and café in New Orleans and a 100 acre farm north of that city.

They registered Trout Point Lodge Ltd. in East Kemptville, N.S., in December of 1998. Trout Point Lodge, not far from the former Rio Algom tin mine, markets itself as "a luxurious nature retreat offering superb outdoor recreation, outstanding cuisine and engaging food learning vacations."

The company's website, www.troutpoint.com, states that it has a 200 acre wooded estate bordering the Tobeatic Wilderness preserve and the Tusket and Napier Rivers. Provincial property records show Trout Point owns seven plots of land scattered through the East Kemptville area near the "Prout Point Road" which total 193 acres. Trout Point Lodge purchased the properties in 1999.

Most of the property is listed as Resource Forest and has a low assessment tax rate. The main lodge with 10 guest rooms is assessed at $615,000. This is a 3-story log cabin made of eastern White spruce logs imported from New Brunswick, granite, and sandstone. It includes a mezzanine library, dining room, and two bars. The company markets directly to Americans seeking to combine a vacation with culinary instruction. •

EXHIBIT 14

semination. The extensive feathering continues down the legs to the tips of the middle and outer toes. For this reason, show birds are usually kept indoors to maintain that perfect look for the show pens.

When purchasing stock, broken foot feathers may mean that the birds have had access to the outdoors. This could mean that they might be fitter and better for breeding. Birds that have access to the outdoors should be confined on wet days, as the feet feathers may collect balls of mud or cause the bird to become mired.

The wings are small for a bird of its size, rendering it flightless and, thus, easily penned (although they will use low roosts). These small wings also mean that the greater proportion of meat develops on the legs rather than the breast. They have a forward carriage with the breast held low, bringing the head nearly level with the short tail. The rooster weighs about 11 pounds and the hen 8.5 pounds, each possessing a me-

> It was used extensively in crossing with local fowl to improve size and winter laying ability

dium-sized single comb.

A docile temperament makes this bird a beautiful pet but, if kept with other poultry, it could be pushed off the feed. The Cochin's maternal instincts are well known and it has often been used to foster chicks from game birds and other species.

Initially, the Cochin was largely buff in color. However, poultry breeders worked with any variation that appeared and soon other color varieties emerged. The Buff, Partridge, White, and Black were admitted to Standard in 1874. The Silver Laced, Golden Laced, Blue, and Brown were admitted in 1965. The Barred was admitted in 1982. These varieties are also available in bantam form, along with such colors as Birchen, Brown Red, Columbian, and Mottled.

The large number of color varieties is a testament to the bird's beauty and the tremendous esteem with which poultry enthusiasts hold it. It continues to be widely kept by poultry fanciers who admire the bird's beauty, history and character. •

## Ferme fermée

Continued from page 19

breeding fine Saanen goats, so it wasn't hard to get good prices for the extra stock. "We sold about 20 head to Quebec because we didn't need that much milk," says Cheryl. "We probably did all right with the sale of those goats."

The couple still can't understand why there were so many supply problems for La Ferme d'Acadie. "They could have had lots of milk," Cheryl says, noting that other goat farmers were interested in the venture. In Cheryl's view, shipping should have been a predictable and surmountable hurdle: "Normally that would be part of your business plan. Wouldn't you do a study?"

### IN BUSINESS

Chebogue Point residents say they have observed little activity at the cheese plant since a period in 1999 when milk was being processed regularly. "There's been nobody working there," says Dan Earle, whose land abuts La Ferme d'Acadie property. "They may say they've been aging cheese, but it's two years old now."

Vaughn Perret says the business still exists, though the supply problem has prevented ongoing cheese production. "If we could find goat's milk, we would be happy to process goat's milk," he states. "Send us goat's milk and we'll process it. I can sell as much chevre as I can make."

Without good milk, explains Perret, there is no point in trying to produce high-quality cheeses. "I'm not going to process for the sake of processing."

Asked about the $133,200 loan from the Atlantic Canada Opportunities Agency used to help start La Ferme d'Acadie, Perret states, "ACOA's not coming after us, because all our bills are paid." He says a significant contribution to the local economy has been made through the construction of Trout Point Lodge, where cooking and cheese-making courses are offered in addition to accommodation and fine dining. "We've invested at least two million dollars here," says Perret.

Meanwhile, investments at Chebogue Point do not appear to have made a lasting mark in the community. This summer locals may once again be providing directions to visitors in search of the cheese plant, which has never been identified with a sign. Longtime Chebogue resident Howard Jenkins comments wryly on the public image presented by the hilltop creamery. "They put it in the 'Doers and Dreamers' guide as a tourist attraction," he says, "but there's been a 'No trespassing' sign on it since it was built." •



Trout Point Lodge under construction at East Kemptville, N.S.

EXHIBIT 14