CARL J. EBERTS
4401 N. I-10 SERVICE ROAD W.
SUITE 200
METARIE, LA 70006

June 7, 2007

Dear Bro Aaron,

I seem to be recovering from my cancer treatments quite well and am sure with God's Help will be back to normal in the near future. Thanks to the many prayers and especially for yours. Betty and I are planning a trip to Copenhagen and Russia this month to unwind. It seems that your Campaign is going extremely well considering the underlying problems that could pop up.

Eight years ago I purchased 2 1/2% of Cerro Coyote in Costa Rica for $10,000.00. As you probably know I have not had any benefits from this investment.

It would be appreciated if you could find a buyer to take me out at cost or more. I am sure a younger and more energetic individual would enjoy such a wonderful place. Please let me know.

Take care of yourself and again thanks for the Prayers.

God Bless,

*[signature: Bro Carl]*

Bro Carl

EXHIBIT 19

5252