# Slabbed

Alternative New Media for the Gulf South

## Congratulations you found Slabbed. What's next?

with 4 comments

WordPress stats gives a blog moderator some insights into how people are finding the blog via search engines and I've noticed people are using google to site search our Jefferson Parish corruption coverage. Off the top of my head I'll guess we have at least 500 posts on that general topic and the best way to find them all is via the post tag Jefferson Parish Political Corruption Scandal. The search box on the top right of the blog is also a very useful tool for searching through the 4,100 posts and 20,400 comments here on Slabbed.

Finally I've seen the name Camp Dresser McKee mentioned on these pages several times lately in connection with the air quality monitoring at the Jefferson Parish Landfill. While our cacophony of posts appears to be severely disjointed there is actually a method to the madness as we make connection upon connection as the same names seem to pop up a fair amount. Along those lines I'd like to point out one of my early bell cow posts on Jefferson Parish Political Corruption included Camp Dresser along with Aaron Broussard's legal sidekick Danny Abel who sometimes also claims to own part Trout Point Lodge. We also more recently saw both Abel and Broussard in connection with coastal shoring. That post was the last straw for Abel, who tried his hand at Libel Tourism by suing us via his straw girl puppets at the Lodge in Nova Scotia.

I'll have more on the Lodge before the day is done.

sop



Written by Doug Handshoe Edit

October 11, 2011 at 8:20 am

Posted in Sop

Tagged with Danny Abel, Jefferson Parish Political Corruption Scandal, Slabbed, Trout Point Lodge

« Luckily for everyone while I've been out Dambala has been on fire over at American Zombie
La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 1. »

## 4 Responses

Subscribe to comments with RSS.

EXHIBIT 24

1. CDM, what a bunch of scum they deal with. benetech for starters. i wonder if CDM's old new orleans vp gilbert jackson ever got out. http://articles.latimes.com/2006/may/29/local/me-…

   

   **jr**

   October 11, 2011 at 3:51 am Edit

   Reply

2. looks like gilbert was released last feb.
   1. GILBERT JACKSON 29145-034 57-Black-M 02-04-2011 RELEASED

   

   **jr**

   October 11, 2011 at 3:52 am Edit

   Reply

3. After Jefferson Parish passes its new ordinance requiring that all house raising companies be bonded and insured those ex-Kersteine barbecuers, ex- Kersteine tree trimmers and now " raising houses to new levels" Kersteine slab raising experts, namely Coastal Shoring and the Kersteines, should be banned by both the State and in Jefferson Parish until that lawsuit involving a homeowner's cracked slab and house is settled and until Coastal Shoring meets all new Parish ordinance specifications..

   I sure hope Coastal does not pull some unethical political strings to allow them to do business in Jefferson in violation to said ordinance cause the Kersteines should really go back to barbecuing as the worst thing they could then do would be burn some pork ribs which I loved to eat.

   

   **lockemuptight**

   October 11, 2011 at 4:28 am Edit

   Reply

4. CDM is building the new prison down in Pointe-a-la-Hache in Plaquemines Parish – Legacy of former Sheriff Jiff Hingle and Aaron Bennett of Benetech.

   Don't forget more information on Trident Marine too, they're about to make Billy Nungesser and his cronies even more taxpayer money based on their recommendations that the best place to put the Port in Plaquemines Parish on Billy Nungesser's own property.

EXHIBIT 24



**PlaqueminesCitizen**

October 11, 2011 at 5:41 am Edit

Reply

## Leave a Reply

Logged in as Doug Handshoe. Log out?


Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

[Post Comment]

## Archives by date

**October 2011**
S M T W T F S

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  1 |  |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

« Sep        Nov »

Search for: [          ]  [Search]

## Reader Feedback / Legal

- Contact

EXHIBIT 24

- Imagine a world where the media is censored by crooks

## Support Slabbed



## Truitt Law, the official law firm of Slabbed New Media



## Slabbed on Twitter

- 1 hour ago
  Slabbed http://t.co/u4Cvt4cDry via @Slabbedblog
- 11 hours ago
  Thursday Music: Our finest hour http://t.co/igEPBSg07T via @Slabbedblog
- 11 hours ago
  I have high quality muck on both DMR and the Old Gentilly Landfill in the pipeline………
  http://t.co/8ldYwiCYCa via @Slabbedblog
- 11 hours ago
  'Haven't you run before http://t.co/hthzNZL5uJ via @MailOnline
- 14 hours ago
  RT @moseleylensnola: Premature retraction in Canadian story about @SLABBEDblog's probes into Jefferson pols? http://t.co/OmpxRbv9cm ; ht ...
- 15 hours ago
  2 high-ranking officials at Orleans sheriff's office charged in bribery scheme | http://t.co/MZbmnnni2m http://t.co/GSTtvLd6xR
- 16 hours ago
  South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts http://t.co/lZz0Liyt0S via @Slabbedblog
- 16 hours ago
  South Coast Today updates Slabbed's SPEECH Act case http://t.co/8eZcGUZdCH via @Slabbedblog
- 16 hours ago

EXHIBIT 24

4 years in prison for New Orleans corruption figure with Nova Scotia ties http://t.co/1FT2fFaah6
- 16 hours ago
  Retraction &amp; apology http://t.co/QTdfVqSH8t
- 16 hours ago
  What they're saying about the Aaron Broussard prison sentence | http://t.co/MZbmnnni2m http://t.co/ijaJ4WzYJU
- 17 hours ago
  Ex-trooper admits beating http://t.co/s2elRwgCDO
- 18 hours ago
  RT @zeldafaybaker: @SLABBEDblog BROUSSARD Sentencing PROVES PIGGIE Politicians are LEGALLY SANCTIONED Criminals ~ http://t.co/WnlAkyxkG6 ...
- 18 hours ago
  Public outrage on display Part 1: Some thoughts on the Broussard sentencing. http://t.co/G9A73g1SLi via @Slabbedblog
- 20 hours ago
  RT @JPaulHampton: Report: Alex Rodriguez's charitable foundation was not ... charitable - http://t.co/Log01TQNYG http://t.co/4EjoJc3zpx

## Creative Commons License



Slabbed by Slabbed New Media LLC is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License.
Permissions beyond the scope of this license may be available at www.slabbed.org/contact/.

## Recent Comments

- Doug Handshoe on Public outrage on display Part 1: Some thoughts on the Broussard sentencing.
- ummmm on DMR Scandal Day 122: Sun Herald reports Tina Shumate the catalyst for DMR purchase of former DMR Executive Director's son's lot
- NOLA born on Public outrage on display Part 1: Some thoughts on the Broussard sentencing.
- Incroyable on South Coast Today updates Slabbed's SPEECH Act case
- Incroyable on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- rfp on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Lightning K on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Kidd on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Kidd on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts

EXHIBIT 24

- (Updated)
- Doug Handshoe on Must Read: 4 years in prison for New Orleans corruption figure with Nova Scotia ties
- lockemuptight on Must Read: 4 years in prison for New Orleans corruption figure with Nova Scotia ties
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Ricardo on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)

## Meta

- Site Admin
- Log out
- Entries RSS
- Comments RSS
- WordPress.org

© 2007–2013 Slabbed New Media LLC

EXHIBIT 24