

| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State | COMMERCIAL DIVISION<br>225.925.4704 |
|---|---|---|

| Name | Type | City | Status |
|---|---|---|---|
| CHICORY FARM'S AMERICAN GOURMET L.L.C. | Limited Liability Company | NEW ORLEANS | Inactive |

**Business:** CHICORY FARM'S AMERICAN GOURMET L.L.C.
**Charter Number:** 34508579K
**Registration Date:** 10/18/1995
**State Of Origin:**
**Domicile Address**
    723 HILLARY STREET
    NEW ORLEANS, LA 70118
**Mailing Address**
    723 HILLARY STREET
    NEW ORLEANS, LA 70118

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 10/18/1995 |
| **Last Report Filed:** | N/A |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | EDWARD M. PORCHE, JR. |
| **Address 1:** | 3500 N. HULLEN STREET |
| **City, State, Zip:** | METAIRIE, LA 70002 |
| **Appointment Date:** | 10/18/1995 |

## Officer(s)

Additional Officers: Yes

| | |
|---|---|
| **Officer:** | DANIEL G. ABLE |
| **Title:** | Member |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT. HERMAN, LA 70450 |

| | |
|---|---|
| **Officer:** | VAUGHN J. PERRET |
| **Title:** | Member |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT. HERMAN, LA 70450 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEERY |
| **Title:** | Member |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT. HERMAN, LA 70450 |

## Amendments on File (1)

EXHIBIT 29

| Description | Date |
|---|---|
| Revoked | 2/16/2005 |

Print

EXHIBIT 29

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| INSTITUTE FOR CIVIL INTELLIGENCE, LLC | Limited Liability Company | METAIRIE | Inactive |

| | |
|---|---|
| **Business:** | INSTITUTE FOR CIVIL INTELLIGENCE, LLC |
| **Charter Number:** | 35174509K |
| **Registration Date:** | 11/26/2001 |
| **State Of Origin:** | |

**Domicile Address**

2421 CLEARVIEW PKWY

STE 106

METAIRIE, LA 70001

**Mailing Address**

C/O LEGAL DEPARTMENT

2421 CLEARVIEW PKWY, STE 106

METAIRIE, LA 70001

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 11/26/2001 |
| **Last Report Filed:** | 7/1/2010 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | DANIEL ABEL |
| **Address 1:** | 2421 CLEARVIEW PKWY |
| **Address 2:** | STE 106 |
| **City, State, Zip:** | METAIRIE, LA 70001 |
| **Appointment Date:** | 11/26/2001 |

## Officer(s)                                                    Additional Officers: No

| | |
|---|---|
| **Officer:** | SHANE M. GATES |
| **Title:** | Manager, Member |
| **Address 1:** | 2421 CLEARVIEW PKWY |
| **Address 2:** | STE 106 |
| **City, State, Zip:** | METAIRIE, LA 70001 |

## Amendments on File (3)

| Description | Date |
|-------------|------|
| Revoked | 2/21/2006 |
| Reinstatement | 7/1/2010 |

EXHIBIT 29

| Revoked | 2/15/2013 |

Print

EXHIBIT 29

# LOUISIANA SECRETARY OF STATE

Tom Schedler

www.sos.la.gov

| Tom Schedler | About our Office | A-Z Index | Site Support | Search | Social Hub |

- **Archives**
- **Commercial**
  - Administrative Services
    - Department Contacts
  - Corporations
  - File Online
    - Corporation Forms
    - Fee Schedule
    - Newsletter
    - Quarterly Revocation List
    - Certified Copies
    - Search Database
    - New Corporation Newsletters
    - Certificate Validation
    - Order Status / Retrieval
    - Filing Options & Aids
    - Frequently Asked Questions
    - News
  - Starting a Business
  - Uniform Commercial Code
- **Commissions**
- **Elections**
- **Museums**
- **Notary**
- **Publications**
- **Voter Outreach**
- **Other Services**



Home › Commercial › Corporations › Search Database

[ Buy Certificates and Certified Copies ] [ Print Reinstatement/Annual Report for Filing ]
[ Subscribe to Electronic Notification ] [ Print Detailed Record ]

| Name | Type | City | Status |
|------|------|------|--------|
| MT. HERMON FLOWER COMPANY, L.L.C. | Limited Liability Company | MOUNT HERMON | Inactive |

**Previous Names**

**Business:** MT. HERMON FLOWER COMPANY, L.L.C.
**Charter Number:** 34510732K
**Registration Date:** 11/14/1995

**Domicile Address**
33501 HIGHWAY 1055
MOUNT HERMON, LA 70450

**Mailing Address**
33501 HIGHWAY 1055
MOUNT HERMON, LA 70450

**Status**

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 11/14/1995 |
| **Last Report Filed:** | 4/2/2004 |
| **Type:** | Limited Liability Company |

**Registered Agent(s)**

| Agent: | EDWARD M. PORCHE, JR. |
|---|---|
| Address 1: | 3500 N. HULLEN STREET |
| City, State, Zip: | METAIRIE, LA 70002 |
| Appointment Date: | 11/14/1995 |

**Officer(s)**        Additional Officers: No

| Officer: | DANIEL G. ABEL |
|---|---|
| Title: | Member |
| Address 1: | 33501 HIGHWAY 1055 |
| City, State, Zip: | MOUNT HERMON, LA 70450 |

| Officer: | VAUGHN J. PERRET |
|---|---|
| Title: | Member |
| Address 1: | 33501 HIGHWAY 1055 |
| City, State, Zip: | MOUNT HERMON, LA 70450 |

| Officer: | CHARLES L. LEERY |
|---|---|
| Title: | Member |
| Address 1: | 33501 HIGHWAY 1055 |
| City, State, Zip: | MOUNT HERMON, LA 70450 |

**Amendments on File (1)**

| Description | Date |
|---|---|
| | |

EXHIBIT 29

Revoked | 2/15/2008

**Back to Search Results**   **New Search**   **View Shopping Cart**

This website and its contents are the property of the State of Louisiana © 2013.

EXHIBIT 29



| | | |
|---|---|---|
| **Tom Schedler**<br>**Secretary of State** | **State of Louisiana**<br>**Secretary of State** | **COMMERCIAL DIVISION**<br>**225.925.4704** |



**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| LOUISIANA INTERNET GUIDES, INC. | Business Corporation | SLIDELL | Inactive |

**Business:** LOUISIANA INTERNET GUIDES, INC.
**Charter Number:** 35900448D
**Registration Date:** 3/16/2005
**State Of Origin:**
**Domicile Address**
     56345 MCMANUS ROAD
     SLIDELL, LA 70461
**Mailing Address**
     C/O DANIEL G. ABEL
     56345 MCMANUS ROAD
     SLIDELL, LA 70461

## Status

**Status:** Inactive
**Inactive Reason:** Action by Secretary of State
**File Date:** 3/16/2005
**Last Report Filed:** N/A
**Type:** Business Corporation

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 56345 MCMANUS ROAD |
| **City, State, Zip:** | SLIDELL, LA 70461 |
| **Appointment Date:** | 3/16/2005 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | Director |
| **Address 1:** | 56345 MCMANUS ROAD |
| **City, State, Zip:** | SLIDELL, LA 70461 |

## Amendments on File (1)

| Description | Date |
|-------------|------|
| Revoked | 5/15/2009 |

Print

EXHIBIT 29

| **Tom Schedler**<br>**Secretary of State** | **State of Louisiana**<br>**Secretary of State** | **COMMERCIAL DIVISION**<br>**225.925.4704** |
|---|---|---|



**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| **Name** | **Type** | **City** | **Status** |
|---|---|---|---|
| LA FERME LTD. | Business Corporation | METAIRIE | Inactive |

**Business:**        LA FERME LTD.

**Charter Number:**    34571152D

**Registration Date:**   9/9/1997

**State Of Origin:**

**Domicile Address**

     1161 LAKE AVE

     SUITE 210

     METAIRIE, LA 70005

**Mailing Address**

     C/O CHARLES L. LEARY

     1161 LAKE AVE., STE. 210

     NEW ORLEANS, LA 70118

## Status

| **Status:** | **Inactive** |
|---|---|
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | **9/9/1997** |
| **Last Report Filed:** | **4/6/2010** |
| **Type:** | Business Corporation |

## Registered Agent(s)

| **Agent:** | CHARLES L. LEARY |
|---|---|
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 9/9/1997 |

| **Agent:** | DANIEL G. ABEL |
|---|---|
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 2/18/2003 |

## Officer(s)

**Additional Officers: No**

| **Officer:** | DANIEL G. ABEL |
|---|---|
| **Title:** | President, Director |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

| **Officer:** | CHARLES L. LEARY |
|---|---|
| **Title:** | Director, Secretary |
| **Address 1:** | 723 HILLARY ST. |

EXHIBIT 29

| City, State, Zip: | NEW ORLEANS, LA 70118 |

| **Officer:** | VAUGHN J. PERRET |
| **Title:** | Vice-President, Director |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

## Amendments on File (3)

| Description | Date |
| --- | --- |
| Revoked | 11/21/2009 |
| Reinstatement | 4/6/2010 |
| Revoked | 11/16/2012 |

[ Print ]

EXHIBIT 29

| **Tom Schedler** | **State of Louisiana** | **COMMERCIAL DIVISION** |
|---|---|---|
| **Secretary of State** | **Secretary of State** | **225.925.4704** |



<u>Fax Numbers</u>
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

---

| **Name** | **Type** | **City** | **Status** |
|---|---|---|---|
| LA FERME LTD. | Business Corporation | METAIRIE | Inactive |

| | |
|---|---|
| **Business:** | LA FERME LTD. |
| **Charter Number:** | 34571152D |
| **Registration Date:** | 9/9/1997 |
| **State Of Origin:** | |
| **Domicile Address** | |
| | 1161 LAKE AVE |
| | SUITE 210 |
| | METAIRIE, LA 70005 |
| **Mailing Address** | |
| | C/O CHARLES L. LEARY |
| | 1161 LAKE AVE., STE. 210 |
| | NEW ORLEANS, LA 70118 |

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 9/9/1997 |
| **Last Report Filed:** | 4/6/2010 |
| **Type:** | Business Corporation |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | CHARLES L. LEARY |
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 9/9/1997 |

| | |
|---|---|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 2/18/2003 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | President, Director |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEARY |
| **Title:** | Director, Secretary |
| **Address 1:** | 723 HILLARY ST. |

EXHIBIT 29

| City, State, Zip: | NEW ORLEANS, LA 70118 |

| Officer: | VAUGHN J. PERRET |
| Title: | Vice-President, Director |
| Address 1: | 723 HILLARY ST. |
| City, State, Zip: | NEW ORLEANS, LA 70118 |

## Amendments on File (3)

| Description | Date |
| --- | --- |
| Revoked | 11/21/2009 |
| Reinstatement | 4/6/2010 |
| Revoked | 11/16/2012 |

Print

EXHIBIT 29



# LOUISIANA SECRETARY OF STATE

Tom Schedler

www.sos.la.gov

STATE OF LOUISIANA SECRETARY OF STATE

| Tom Schedler | About our Office | A-Z Index | Site Support | Search | Social Hub |

**Archives**

**Commercial**
- Administrative Services
- Department Contacts
- Corporations
  - File Online
    - Corporation Forms
    - Fee Schedule
    - Newsletter
    - Quarterly Revocation List
    - Certified Copies
    - Search Database
    - New Corporation Newsletters
    - Certificate Validation
    - Order Status / Retrieval
    - Filing Options & Aids
    - Frequently Asked Questions
    - News
  - Starting a Business
  - Uniform Commercial Code
**Commissions**
**Elections**
**Museums**
**Notary**
**Publications**
**Voter Outreach**
**Other Services**

Home ▸ Commercial ▸ Corporations ▸ Search Database

[ Buy Certificates and Certified Copies ] [ Print Reinstatement/Annual Report for Filing ]
[ Subscribe to Electronic Notification ] [ Print Detailed Record ]

| Name | Type | City | Status |
|------|------|------|--------|
| LA FERME LTD. | Business Corporation | METAIRIE | Inactive |

**Previous Names**

| | |
|---|---|
| **Business:** | LA FERME LTD. |
| **Charter Number:** | 34571152D |
| **Registration Date:** | 9/9/1997 |

**Domicile Address**

1161 LAKE AVE
SUITE 210
METAIRIE, LA 70005

**Mailing Address**

C/O CHARLES L. LEARY
1161 LAKE AVE., STE. 210
NEW ORLEANS, LA 70118

**Status**

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 9/9/1997 |
| **Last Report Filed:** | 4/6/2010 |
| **Type:** | Business Corporation |

**Registered Agent(s)**

| Agent: | CHARLES L. LEARY |
|---|---|
| Address 1: | 1161 LAKE AVE |
| Address 2: | SUITE 210 |
| City, State, Zip: | METAIRIE, LA 70005 |
| Appointment Date: | 9/9/1997 |

| Agent: | DANIEL G. ABEL |
|---|---|
| Address 1: | 1161 LAKE AVE |
| Address 2: | SUITE 210 |
| City, State, Zip: | METAIRIE, LA 70005 |
| Appointment Date: | 2/18/2003 |

**Officer(s)**      Additional Officers: No

| Officer: | DANIEL G. ABEL |
|---|---|
| Title: | President, Director |
| Address 1: | 723 HILLARY ST. |
| City, State, Zip: | NEW ORLEANS, LA 70118 |

| Officer: | CHARLES L. LEARY |
|---|---|
| Title: | Director, Secretary |
| Address 1: | 723 HILLARY ST. |
| City, State, Zip: | NEW ORLEANS, LA 70118 |

EXHIBIT 29

| Officer: | VAUGHN J. PERRET |
|----------|------------------|
| Title: | Vice-President, Director |
| Address 1: | 723 HILLARY ST. |
| City, State, Zip: | NEW ORLEANS, LA 70118 |

**Amendments on File (3)**

| Description | Date |
|-------------|------|
| Revoked | 11/21/2009 |
| Reinstatement | 4/6/2010 |
| Revoked | 11/16/2012 |

[Back to Search Results]  [New Search]  [View Shopping Cart]

This website and its contents are the property of the State of Louisiana © 2013.

EXHIBIT 29

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| NEW ORLEANS MOTORCOACH, L.L.C. | Limited Liability Company | SLIDELL | Inactive |

**Business:** NEW ORLEANS MOTORCOACH, L.L.C.
**Charter Number:** 34647065K
**Registration Date:** 6/1/1998
**State Of Origin:**
**Domicile Address**
119 JUBILEE POINT
SLIDELL, LA 70458
**Mailing Address**
119 JUBILEE POINT
SLIDELL, LA 70458

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Voluntary Action** |
| **File Date:** | 6/1/1998 |
| **Last Report Filed:** | N/A |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 3500 NORTH HULLEN |
| **City, State, Zip:** | METAIRIE, LA 70002 |
| **Appointment Date:** | 6/1/1998 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| **Officer:** | SHANE L. DANTONI |
| **Title:** | Member |
| **Address 1:** | 3500 NORTH HULLEN |
| **City, State, Zip:** | METAIRIE, LA 70002 |

| | |
|---|---|
| **Officer:** | JOHN W. HOUGHTOLING |
| **Title:** | Member |
| **Address 1:** | 3500 N. HULLEN |
| **City, State, Zip:** | METAIRIE, LA 70002 |

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | Member |
| **Address 1:** | 3500 N. HULLEN |
| **City, State, Zip:** | METAIRIE, LA 70002 |

## Amendments on File (1)

EXHIBIT 29

| Description | Date |
|---|---|
| Affidavit to Dissolve | 3/31/2004 |

Print

**Tom Schedler**
Secretary of State

**State of Louisiana**
Secretary of State



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| LOUISIANA SOCIETY FOR THE PROPAGATION OF CULINARY AND MEDICINAL MUSHROOMS, INC. | Non-Profit Corporation | MT HERMON | Inactive |

**Business:** LOUISIANA SOCIETY FOR THE PROPAGATION OF CULINARY AND MEDICINAL MUSHROOMS, INC.
**Charter Number:** 34476841N
**Registration Date:** 10/26/1994
**State Of Origin:**
**Domicile Address**
    33501 HWY. 1055
    MT HERMON, LA 70450
**Mailing Address**
    C/O BAUGHN J. PERRET
    33501 HWY. 1055
    MT. HERMONK LA 70450, 70450

## Status

**Status:** **Inactive**
**Inactive Reason:** **Action by Secretary of State**
**File Date:** 10/26/1994
**Last Report Filed:** N/A
**Type:** Non-Profit Corporation

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | VAUGHN J. PERRET |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |
| **Appointment Date:** | 10/26/1994 |

## Officer(s)
Additional Officers: No

| | |
|---|---|
| **Officer:** | VAUGHN J. PERRET |
| **Title:** | President, Director |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | Director, Vice-President |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEARY |
| **Title:** | Secretary/Treasurer, Director |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |

EXHIBIT 29

## Amendments on File (1)

| Description | Date |
|---|---|
| Revoked | 2/15/2000 |

Print

# LOUISIANA SECRETARY OF STATE

www.sos.la.gov

Tom Schedler

**Tom Schedler** | **About our Office** | **A-Z Index** | **Site Support** | **Search** | **Social Hub**

- **+ Archives**
- **− Commercial**
  - **+** Administrative Services
  - Department Contacts
  - **−** Corporations
    - **+** File Online
    - Corporation Forms
    - Fee Schedule
    - Newsletter
    - Quarterly Revocation List
    - Certified Copies
    - Search Database
    - New Corporation Newsletters
    - Certificate Validation
    - Order Status / Retrieval
    - Filing Options & Aids
    - Frequently Asked Questions
    - News
  - **+** Starting a Business
  - **+** Uniform Commercial Code
- **+ Commissions**
- **+ Elections**
- **+ Museums**
- **+ Notary**
- **+ Publications**
- **+ Voter Outreach**
- **+ Other Services**



Home › Commercial › Corporations › Search Database

[ Buy Certificates and Certified Copies ] [ Print Reinstatement/Annual Report for Filing ]
[ Subscribe to Electronic Notification ] [ Print Detailed Record ]

| **Name** | | **Type** | **City** | **Status** |
|---|---|---|---|---|
| LOUISIANA SOCIETY FOR THE PROPAGATION OF CULINARY AND MEDICINAL MUSHROOMS, INC. | | Non-Profit Corporation | MT HERMON | Inactive |

**Previous Names**

| | |
|---|---|
| **Business:** | LOUISIANA SOCIETY FOR THE PROPAGATION OF CULINARY AND MEDICINAL MUSHROOMS, INC. |
| **Charter Number:** | 34447841N |
| **Registration Date:** | 10/26/1994 |

**Domicile Address**

33501 HWY. 1055
MT HERMON, LA 70450

**Mailing Address**

C/O BAUGHN J. PERRET
33501 HWY. 1055
MT. HERMONK LA 70450, 70450

**Status**

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 10/26/1994 |
| **Last Report Filed:** | N/A |
| **Type:** | Non-Profit Corporation |

**Registered Agent(s)**

| **Agent:** | VAUGHN J. PERRET |
|---|---|
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |
| **Appointment Date:** | 10/26/1994 |

**Officer(s)**        Additional Officers: No

| **Officer:** | VAUGHN J. PERRET |
|---|---|
| **Title:** | President, Director |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |

| **Officer:** | DANIEL G. ABEL |
|---|---|
| **Title:** | Director, Vice-President |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |

| **Officer:** | CHARLES L. LEARY |
|---|---|
| **Title:** | Secretary/Treasurer, Director |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |

**Amendments on File (1)**

| Description | Date |
|---|---|
| Revoked | 2/15/2000 |

**Back to Search Results**    **New Search**    **View Shopping Cart**

This website and its contents are the property of the State of Louisiana © 2013.

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**



<u>**COMMERCIAL DIVISION**</u>
**225.925.4704**

<u>Fax Numbers</u>
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| LOUISIANA ORGANIC RESOURCE, L.L.C. | Limited Liability Company | NEW ORLEANS | Inactive |

**Business:** LOUISIANA ORGANIC RESOURCE, L.L.C.
**Charter Number:** 34550674K
**Registration Date:** 2/6/1997
**State Of Origin:**

**Domicile Address**
723 HILLARY ST.
NEW ORLEANS, LA 70018

**Mailing Address**
C/O DANIEL G. ABEL
723 HILLARY ST.
NEW ORLEANS, LA 70118

## Status

**Status:** Inactive
**Inactive Reason:** **Action by Secretary of State**
**File Date:** 2/6/1997
**Last Report Filed:** N/A
**Type:** Limited Liability Company

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |
| **Appointment Date:** | 2/6/1997 |

## Officer(s)                                    Additional Officers: Yes

| | |
|---|---|
| **Officer:** | MICHAEL MATHERNE |
| **Title:** | Member |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70018 |

| | |
|---|---|
| **Officer:** | LORI MATHERNE |
| **Title:** | Manager, Member |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70018 |

| | |
|---|---|
| **Officer:** | CHARLES LEARY |
| **Title:** | Member |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70018 |

EXHIBIT 29

## Amendments on File (1)

| Description | Date |
|---|---|
| Revoked | 5/17/2005 |

Print

EXHIBIT 29

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**



**COMMERCIAL DIVISION**
**225.925.4704**

<u>Fax Numbers</u>
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

---

| Name | Type | City | Status |
|------|------|------|--------|
| SILKSTONE, LIMITED | Business Corporation | NEW ORLEANS | Inactive |

**Business:** SILKSTONE, LIMITED
**Charter Number:** 34444324D
**Registration Date:** 9/20/1993
**State Of Origin:**
**Domicile Address**
    1107 S. PETERS ST., #216
    NEW ORLEANS, LA 70130
**Mailing Address**
    C/O CHARLES L. LEARY
    1107 S. PETERS ST., #216
    NEW ORLEANS, LA 70130

## Status

**Status:** Inactive
**Inactive Reason:** **Action by Secretary of State**
**File Date:** 9/20/1993
**Last Report Filed:** N/A
**Type:** Business Corporation

## Registered Agent(s)

| Agent: | CHARLES L. LEARY |
|--------|------------------|
| Address 1: | 1107 S. PETERS ST., #216 |
| City, State, Zip: | NEW ORLEANS, LA 70130 |
| Appointment Date: | 9/20/1993 |

## Officer(s)                                                            Additional Officers: Yes

| Officer: | DANIEL G. ABEL |
|----------|----------------|
| Title: | President |
| Address 1: | 1107 S. PETERS ST., #216 |
| City, State, Zip: | NEW ORLEANS, LA 70130 |

| Officer: | VAUGHN J. PERRET |
|----------|------------------|
| Title: | Vice-President |
| Address 1: | 1107 S. PETERS ST., #216 |
| City, State, Zip: | NEW ORLEANS, LA 70130 |

| Officer: | CHARLES L. LEARY |
|----------|------------------|
| Title: | Secretary/Treasurer |
| Address 1: | 1107 S. PETERS ST., #216 |
| City, State, Zip: | NEW ORLEANS, LA 70130 |

EXHIBIT 29

## Amendments on File (1)

| Description | Date |
|---|---|
| Revoked | 11/17/1998 |

[ Print ]

EXHIBIT 29

# LOUISIANA SECRETARY OF STATE

*www.sos.la.gov*

Tom Schedler

| Tom Schedler | About our Office | A-Z Index | Site Support | Search | Social Hub |

- **Archives**
- **Commercial**
  - Administrative Services
  - Department Contacts
  - Corporations
    - File Online
    - Corporation Forms
    - Fee Schedule
    - Newsletter
    - Quarterly Revocation List
    - Certified Copies
    - Search Database
    - New Corporation Newsletters
    - Certificate Validation
    - Order Status / Retrieval
    - Filing Options & Aids
    - Frequently Asked Questions
    - News
  - Starting a Business
  - Uniform Commercial Code
- **Commissions**
- **Elections**
- **Museums**
- **Notary**
- **Publications**
- **Voter Outreach**
- **Other Services**



Home ▶ Commercial ▶ Corporations ▶ Search Database

[ Buy Certificates and Certified Copies ]  [ Print Reinstatement/Annual Report for Filing ]

[ Subscribe to Electronic Notification ]  [ Print Detailed Record ]

| Name | Type | City | Status |
|------|------|------|--------|
| OMNIBIBULEAN SOCIETY OF NEW ORLEANS, LLC | Limited Liability Company | NEW ORLEANS | Inactive |

**Previous Names**

**Business:** OMNIBIBULEAN SOCIETY OF NEW ORLEANS, LLC
**Charter Number:** 34963066K
**Registration Date:** 7/10/2000

**Domicile Address**

    723 HILLARY STREET
    NEW ORLEANS, LA 70118

**Mailing Address**

    C/O SHANE L. D'ANTONI
    723 HILLARY STREET
    NEW ORLEANS, LA 70118

**Status**

**Status:** **Inactive**
**Inactive Reason:** **Action by Secretary of State**
**File Date:** 7/10/2000
**Last Report Filed:** N/A
**Type:** Limited Liability Company

**Registered Agent(s)**

| | |
|------|------|
| **Agent:** | SHANE L. D'ANTONI |
| **Address 1:** | 723 HILLARY STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |
| **Appointment Date:** | 7/10/2000 |

| | |
|------|------|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 723 HILLARY STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |
| **Appointment Date:** | 7/10/2000 |

**Officer(s)**        Additional Officers: No

| | |
|------|------|
| **Officer:** | SHANE L. D'ANTONI |
| **Title:** | Member |
| **Address 1:** | 723 HILLARY STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

| | |
|------|------|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | Member |
| **Address 1:** | 723 HILLARY STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

**Amendments on File (1)**

| Description | Date |
|-------------|------|

EXHIBIT 29

| Description | Date |
|---|---|
| Revoked | 11/18/2005 |

**Back to Search Results**    **New Search**    **View Shopping Cart**

This website and its contents are the property of the State of Louisiana © 2013.

EXHIBIT 29