# Slabbed

Alternative New Media for the Gulf South

## Slabbed sends an open letter to Nova Scotia Supreme Court Justice Leon "Pierre" Muise

with 14 comments

Via facsimile (902) 742-0678

February 6, 2013

Justice Leon Muise
Supreme Court of Nova Scotia
164 Main Street
Yarmouth, NS B5A 1C2

RE: Yarmouth Action #328248
Trout Point Lodge et al v Louisiana Media Company LLC

Dear Justice Muise:

On Friday January 18, 2013 I was contacted by the Federal Bureau of Investigation regarding a security breach and/or hacking of my widely read legal affairs blog at www.slabbed.org by persons connected to or acting on behalf of targets of an ongoing Federal Investigation in post Hurricane Katrina political corruption on the Gulf Coast, specifically metro New Orleans. The above action is one of several defamation suits filed by Aaron Broussard's American expatriate business managers in Canada[1], Charles Leary and Vaughn Perret over minute details of their self-admitted business relationships and management of an entity that United States prosecutors would later describe as an elaborate bribery scheme.[2] The United States District Court for Southern District of Mississippi would later describe these Strategic Lawsuits Against Public Participation lawsuits filed by Broussard's Canadian based business agents as the practice of "libel tourism".[3]

The purpose of this letter is to address the use of perjured affidavits by Charles Leary in the above captioned defamation suit filed before your court to invade the privacy of US Internet commenters commenting on a US political corruption scandal. Attached to this letter is a motion made by Charles Leary under your local rule 14 filed on April 26, 2011 seeking a court order to obtain the IP address of 4 commenters on my blog including myself. Mr. Leary claimed in the court filing and at a later hearing before your court in May, 2011 that I was an anonymous blogger, that he did not know my identity and needed a court order to determine such in order to file suit against me and 3 other Americans for defamation in Canada.

Also attached to this letter is an affidavit sworn in United States District Court by Mr. Leary in Yarmouth Nova Scotia dated July 25, 2012 submitted to the United States District Court for the Southern District of Mississippi in which Mr Leary swore:[4]

EXHIBIT 30

"On May 6, 2011, a process server named Chris Yount served a Notice of Intended Action directed to Doug Handshoe on Doug Handshoe's wife at his residence in Bay St Louis, Mississippi."

Less than two weeks later he was in your courtroom testifying he did not know the identity of the publisher of Slabbed. The effect of this was that I and 3 others were denied due process to contest Mr Leary's wild accusations.

Worth noting is in another affidavit filed by Mr Leary with your court on October 7, 2011, he admitted he had been closely monitoring my website since April, 2011[5] . I aver that I have visitor logs that indicate Mr Leary and his husband Vaughn Perret were closely monitoring Slabbed in January, 2010 when the allegations involving their roles in Broussard's criminal enterprise first surfaced in the local media.

Justice Muise, outraged would not be too strong a term to describe my reaction to the invasion of privacy that resulted from the fraud and deception activity perpetrated by Mr. Leary upon your court. To the extent the actions involving Mr. Leary, Mr. Perret and their Louisiana based business partner Danny Abel were perpetrated in 2 countries, my contact with the Federal Bureau of Investigation suggested I notify your court of the fraudulent actions of these litigants. I am actively cooperating with the FBI in hopes criminal charges can be brought against Mr. Leary here in the US and request your court take immediate action to address this deception and resulting invasion of privacy that resulted from it. I would hope that the courts in Nova Scotia would consider installation of procedural safeguards so that a similar abuse of the process by dishonest litigants does not occur in the future.

To the extent it has been alleged in a civil suit filed with the United States District Court in the Eastern District of Louisiana that Mssrs. Leary, Perret and Abel have been acting on behalf of organized crime figures in New Orleans, the impact of the of your courtroom being used in furtherance of a American organized crime conspiracy cannot be understated.[6]

Please be advised that with this letter I am also serving notice that any further attempts to deprive me or my media company of due process in a Canadian courtroom will be met with strong legal action here in US.

Finally Mr. Leary did correctly point out to your court in October, 2011 that Louisiana Media Company LLC (LMC) also knew my identity yet inexplicably choose to not notify your court as I had appeared on a Louisiana Media Company newscast ion May, 2010. While it is true that Mr. Leary actively perpetrated this fraud upon your court, Louisiana Media Company is just as guilty of this deception by their silence. I request that LMC be sanctioned to the fullest extent of the law for their role in this deception.

I thank you in advance for your prompt attention to this matter. Should you need any additional information please contact me.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (228) 284-0004

EXHIBIT 30

Enclosures

_____

[1] See also Trout Point Lodge et al v Advance Publications, Trout Point Lodge v Louisiana Media Company and Trout Point Lodge v Doug K. Handshoe all filed at the Yarmouth, Nova Scotia Courthouse

[2] United States of America v Aaron F Broussard et al. Case No. 2:11-cr-00299, Document 146, Filed 08/31/12. This document can be accessed free of charge via the New Orleans Times Picayune at http://media.nola.com/crime_impact/other/Other%20crimes%20Broussard.pdf. Mr. Broussard subsequently plead guilty to two counts of his superseding indictment and is now cooperating with Federal prosecutors.

[3] Trout Point Lodge et al v Doug K. Handshoe, Case No. 1:12-cv-00090, Document 35 Filed 12/19/12, United States District Court for the Southern District of Mississippi

[4] Trout Point Lodge et al v Doug K. Handshoe, Case No. 1:12-cv-00090, Document 21, Paragraph 20, Filed 7/25/12, United States District Court for the Southern District of Mississippi

[5] Trout Point Lodge et al v Louisiana Media Company, LLC Yarmouth No. 328248 Affidavit of Charles Leary dated October 7, 2011 Paragraph 19. Omitted from Mr Leary's Rule 14 Motion filed in April, 2011 was a blog entry in published on April 14, 2011 which contained my name and address found at http://www.slabbed.org/2011/04/14/introducing-slabbed-new-media-llc/. The "blog entry" cited by Mr Leary in paragraph 17 of the October 7, 2011 affidavit was taken from a letter I sent to Advance publications in response to a DMCA takedown notice sent by Advance Publications at Mr Leary's behest that did not appear on Slabbed on April 18, 2011 or any other time.

[6] Concrete Buster et al v Frederick Heebe et al, Case No. 2:12-cv-02596, Document 1 removal to the United States District Court for the Eastern District of Louisiana. Paragraph numbers 175 and 189 of original complaint. In this complaint Trout Point Lodge of Nova Scotia is termed a shell company subject to the control of a reputed organized crime figure that is subject of a federal investigation connected to the Aaron Broussard guilty plea.

Like 3    0

Written by Doug Handshoe

February 19, 2013 at 7:56 am

Posted in Sop

Tagged with Aaron Broussard, Abel v Handshoe and Vandenweghe, Automattic, Charles Leary, Concrete Busters v River Birch Heebe Ward et al, Danny Abel, Deprivation of civil rights under the color of law, Jefferson Parish Political Corruption Scandal, Libel Tourism, Libel Tourism Havens, Nova Scotia Supreme Court, Nova Scotia Supreme Court Judge Leon "Pierre" Muise, Organized Crime, Perjury, Province of Nova Scotia, Racketeering, SLAPP Happy Nut Jobs, Some idiots never learn, Trout Point Lodge, Trout Point Lodge Leary & Perret v Doug Handshoe & Anne Marie Vandenweghe, Trout Point Lodge Leary & Perret v Doug Handshoe & Automattic, Trout Point Lodge Limited Perret Leary v Louisiana Media Company LLC, USA v Broussard, Vaughn Perret

EXHIBIT 30

« [The taxpayer funded leeches at Jefferson Performing Arts Society in the news……](#)
[Meet the two newest members of the Slabbed Legal Team](#) »

## 14 Responses

Subscribe to comments with [RSS](#).

1. [http://www.youtube.com/watch?v=qZKK9kv0pbI](#)

   

   **jr**

   February 19, 2013 at [9:10 am](#)

   [Reply](#)

   - Jr: Dem' wild goats in yo' video be so butiful wit' dem long fluddering eyelashes I'm sure da' goatherder done went to da' mergency cave cuz of his 4 hour woody.

     

     **[lockemuptight](#)**

     February 19, 2013 at [9:45 am](#)

     [Reply](#)

2. You got their panties in a wad now!
   The phones must be smoking.

   

   **Post Turtle**

   February 19, 2013 at [9:33 am](#)

   [Reply](#)

3. The good judge wouldn't happen to have a side job as a maintenance man for freaky freddie, would he? Hehehe…

   [http://www.slabbed.org/wp-content/uploads/2011/02/w-d-la-_2-10-cv-03452_43_28-1_page_3.jpg](#)

   

   **vonzippa**

EXHIBIT 30

February 19, 2013 at 9:34 am

Reply

- IMHO I am guessing freaky freddy did send some of his GARBAGE up there….so maybe the "good" judge is moonlighting as a paid garbageman!

    

    **kidd**

    February 19, 2013 at 11:53 pm

    Reply

4. Doug, how yo' goin' got yo' browning points if yo' done called da' judge "Justice"( ax'imoron) instead of "My Lord".

    

    **lockemuptight**

    February 19, 2013 at 10:20 am

    Reply

    - Doug, da' whistleblowin' seal at the Gulfaquarium in Gulfport couldn't have done a betta' job den you bro'.

        http://youtu.be/38-kKe0H9lA

        

        **lockemuptight**

        February 19, 2013 at 10:32 am

        Reply

5. Makes you wonder whose job it is to investigate and launch perjury proceedings.

    

    **Incroyable**

    February 19, 2013 at 10:46 am

    Reply

EXHIBIT 30

- Its a civil suit Incroyable, and it doesn't involve public money, so no one will give a shit. The FEDS only care about perjury when its "their" money. If you are a private citizen and can prove perjury beyond a reasonable doubt, they just wont care. They basically just say F U. I got a case where the JUDGE committed perjury on record, its completely provable by the record provided by the court in 2 hearing in which the judge says one thing in one record and another thing in another record, mis-stating facts relevant to the case, and i don't think anyone in the local US attorney office or FBI would would give a shit. It involves recusal motions, a denial of one by a certain 24th dist judge and another involving the same judge who denied the recusal motion ruling on a motion for his own recusal, denying it at an uncontested hearing in which he was the only one present. He was the only one present and told no one there would be a hearing. The perjury lies in HIS OWN WORDS! But good luck getting him charged, no one cares because it involves private money, not public money.



**Ross**

February 19, 2013 at 10:59 am

Reply

- My FBI contact indicated to me if Leary pulled this in a US court room he be arrested and charged with multiple felonies.

  The way the Goatherders make use of the judicial systems in two countries to perpetrate their misdeeds is down right Machiavellian. The fact they seem to excel in courtrooms only in Canada is also very telling.

  

  **Doug Handshoe**

  February 19, 2013 at 11:41 am

  Reply

  - Doug, the fact that you got sued from Canada first only by two owners of Trout Lodge( despite Danny Abel being a third party owner) two times and then subsequently got sued a third time again in La. by Aaron Broussard's ex-law partner, Danny Abel, practicing out of the Super 8 Motel at 2421 Clearview where Aaron practiced out of, is not only "very telling", but it be Super telling.

    

    **lockemuptight**

    February 19, 2013 at 12:16 pm

EXHIBIT 30

Reply

- I am 99% certain I know the cyber identity of the International House commenter.

  I have also concluded the allegations contained in the Concrete Busters amended complaint regarding coordination between the Goatherders and Team Heebe are factual.

  I think the Trout Point libel suit against the Times Picayune was pre-planned and that the planning involved the former Goatherder in Chief. I believe it was fed to Paul Rioux and Rich Rainey for the express purpose of defamation libel tourism.

  And I think I can lay all of it out in a post that will make believers of the remaining skeptics.

  

  **Doug Handshoe**

  February 19, 2013 at 3:27 pm

6. Do you think we'll ever know how much money, if any, the Times Picayune paid to settle the libel action?

   Or was this about money?

   

   **Incroyable**

   February 19, 2013 at 5:05 pm

   Reply

   - No doubt the first suit against the T-P was about the Benjamins. Do not think we'll ever know how much they paid.

     

     **Doug Handshoe**

     February 19, 2013 at 6:16 pm

     Reply

EXHIBIT 30

www.slabbed.org/2013/02/19/41225/ 7/11

## Leave a Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Post Comment

## Archives by date

**February 2013**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |   |   |

« Jan        Mar »

Search for:    Search

## Reader Feedback / Legal

- Contact
- Imagine a world where the media is censored by crooks

## Support Slabbed

EXHIBIT 30



## Aaron Broussard goes to the pokey countdown



## The official law firms of Slabbed New Media



## Slabbed on twitter

EXHIBIT 30

www.slabbed.org/2013/02/19/41225/ 9/11



## Creative Commons License



Slabbed by [Slabbed New Media LLC](#) is licensed under a [Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License](#).
Permissions beyond the scope of this license may be available at [www.slabbed.org/contact/](#).

## Recent Comments

- [russell1200](#) on [Blogger v The Legal Department of the Super 8 Motel on Clearview Part 2: The Great Expurgation!](#)
- William Dwyer on [BREAKING: River Birch probe ended](#)
- Doug Handshoe on [BREAKING: River Birch probe ended](#)
- The Empire Parish on [BREAKING: River Birch probe ended](#)

EXHIBIT 30

- Doug Handshoe on [Blogger v The Legal Department of the Super 8 Motel on Clearview Part 2: The Great Expurgation!](#)
- The Empire Parish on [Blogger v The Legal Department of the Super 8 Motel on Clearview Part 2: The Great Expurgation!](#)
- NOLA born on [BREAKING: River Birch probe ended](#)
- sushi on [Lets connect a few dots as we feature James Gill's last column on Fred Heebe.](#)
- [whitmergate](#) on [A couple of thoughts on yesterday's River Birch bombshell](#)
- [whitmergate](#) on [A couple of thoughts on yesterday's River Birch bombshell](#)
- Not At All Surprised on [A couple of thoughts on yesterday's River Birch bombshell](#)
- Unslabbed on [A couple of thoughts on yesterday's River Birch bombshell](#)
- rfp on [DMR Scandal Day 136: "In God we trust, all others we audit." Not…..](#)
- Land Scam on [DMR Scandal Day 136: "In God we trust, all others we audit." Not…..](#)
- Doug Handshoe on [DMR Scandal Day 136: "In God we trust, all others we audit." Not…..](#)

## Meta

- [Log in](#)
- [Entries RSS](#)
- [Comments RSS](#)
- [WordPress.org](#)

© 2007–2013 Slabbed New Media LLC

EXHIBIT 30