# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND** | * | **MAG. JUDGE ALMA CHASEZ** |
| **ANNE-MARIE VANDENWEGHE A/K/A** | | |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Douglas K. Handshoe, who respectfully requests that the Court entertain oral argument on his Article 971 Special Motion to Strike, presently set for submission on Wednesday, April 10, 2013, at 10:00 a.m., before the Honorable Susie Morgan.   Defendant believes that oral argument will be beneficial to the Court in addressing the multiple issues presented in Defendant's Motion.

Respectfully submitted:

BALDWIN HASPEL BURKE & MAYER, L.L.C.

    s/ Scott L. Sternberg
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
BRODIE G. GLENN – Bar #33152
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
*Counsel for Defendant, Douglas K. Handshoe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.


<u>   s/ Scott L. Sternberg              </u>