UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND ANNE-MARIE VANDENWEGHE A/K/A BOUDREAUX & ABC INSURANCE CO.** | *<br><br>* | **MAG. JUDGE ALMA CHASEZ** |

## ORDER

Considering the Request for Oral Argument of the Article 971 Special Motion to Strike filed herein by Defendant, Douglas K. Handshoe,

**IT IS HEREBY ORDERED** that the request is GRANTED, and the Special Motion to Strike of Defendant, Douglas K. Handshoe, is set for oral argument before this Honorable Court on the 10th day of April, 2013, at 10:00 a.m.

New Orleans, Louisiana, this _____ day of March, 2013.

_____
**UNITED STATES DISTRICT JUDGE**