UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO. 13-cv-00088 |
| VERSUS | * | JUDGE SUSIE MORGAN |
| DOUGLAS K. HANDSHOE AND ANNE-MARIE VANDENWEGHE A/K/A BOUDREAUX & ABC INSURANCE CO. | * * | MAG. JUDGE ALMA CHASEZ |

### AFFIDAVIT OF ANNE MARIE VANDENWEGHE

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public,

**PERSONALLY CAME AND APPEARED:**

ANNE MARIE VANDENWEGHE,

Who, after being sworn, deposed and stated that:

1. Affiant was a resident of and domiciled in the State of Mississippi on and before January 28, 2013, having been domiciled and a resident of Pass Christian, Harrison County since January 2010.

2. Affiant was properly served with Plaintiff's Original Complaint Filed herein at her residence in Mississippi on January 28, 2013.

3. Affiant had a properly issued Mississippi Driver's License, and was registered to vote and did vote in Harrison County, Mississippi.

3. Affiant moved her domicile to Harahan, Louisiana, on or about February 15, 2013, for professional and personal reasons.

{B0660354.1}   1

EXHIBIT 1

4. Affiant now lives at #15 Colonial Lane, Harahan, Louisiana 70123.

5. Affiant signed a lease for the home at #15 Colonial Lane, Harahan, Louisiana on February 25, 2013.

6. Affiant changed her driver's license and voter registration to Harahan, Louisiana on February 15, 2013.

_____
ANNE MARIE VANDENWEGHE

SWORN TO AND SUBSCRIBED
before me, this 18th day of
March, 2013.

_____
NOTARY PUBLIC

THOMAS LANOSGA
Notary Public #131148
Parish of Jefferson, State of Louisiana
-with Statewide Jurisdiction-
My Commission is issued for life

{B0660354.1}                                    2