UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO.: 2:13-cv-00088 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND ANNE-MARIE VANDENWEGHE A/K/A, BOUDREAUX & ABC INSURANCE COs. | * | JUDGE: HON. SUSIE MORGAN |
| | * | MAG. JUDGE: ALMA. CHASEZ |
| ************************************ | * | JURY TRIAL - DEFAMATION |

AFFIDAVIT
OF
DANIEL G. ABEL

On 19 March 2013, before me appeared DANIEL G. ABEL, who stated the following under oath and in compliance with FRCP Rule 11:

1. I am Daniel G. Abel. I hold a JD from Loyola and an MA summa cum laude in English literature from USL. I am familiar with textual and literary analysis having attended graduate school reading for theology and bibical studies from 1969 to 1972.

2. I have personally reviewed the certified transcript of the oral decision of Nova Scotia Supreme Court Justice Pierre Muise. It contains an analysis of words published on the Slabbed blog by anonymous online commenters including unslabbed and Whitmergate.

3. In that decision, the Nova Scotia court found evidence of insider links between WVUE Fox 8 Television (the Defendant) and Slabbed commenters including unslabbed and Whitmergate. That decision is attached hereto as Exhibit A.

4. In particular, the Nova Scotia court considered evidence that information published on Slabbed by "Whitmergate" showed an insider connection to Fox 8 News. This included publishing that the TV station was being sued by Trout Point Lodge (a Notice of Intended Action had just been served on the Station, which was not public knowledge), and that transcribed portions of an interview with then Parish President Aaron Broussard were published by Whitmergate on Slabbed. The portions of the interview so published were never broadcast by WVUE and were not in the public realm. That is, portions of the interview that had been edited out or redacted before broadcast or publication by Fox 8 News were published on Slabbed.

5.  Anne Marie Vandenweghe's married name is Anne Marie Boudreaux. She uses this name in her email addresses, for example the one she used to register with the Louisiana State Bar Association, which is attached hereto as Exhibit B.

6.  Using Google in March, 2013, I searched for references to Anne-Marie Vandeweghe aka Boudreaux on the Internet. I encountered the blog comment attached hereto as Exhibit C, which refers to the person publishing the comment as "Anne Marie (Vandenweghe) Boudreaux." The punctuation used in the associated text contains certain non-standard characteristics.

7.  In her federal complaint against Jefferson Parish and Steve Theriot, Defendant Vandenweghe admits to personally processing multiple Public Records Requests for Val Bracy of Fox 8 News.That complaint is attached hereto as Exhibit D.

8.  Defendant Vandenweghe was also interviewed by Val Bracy just after the Notice of Intended Action was served, according to Slabbed. A true copy of the Slabbed post referencing that interview is attached hereto as Exhibit E. It is entitled: "Anne Marie Vandenweghe speaks out part deux: Public records requests contain disparities."

9.  In June, 2011, pursuant to a Court Order from the Supreme Court of Nova Scotia, Automattic, Inc. the operator of the WordPress.com blogging site, provided to Trout Point Lodge identifying information about anonymous bloggers publishing on slabbed.wordpress.com, the home of the Slabbed blog and predecessor URL to slabbed.org. That emailed response is attached hereto as Exhibit F. After notifying the persons involved using their registered email addresses, Automattic responded to the Court Order by identifying Slabbed commenter "unslabbed" as having the email address annemarieboudreaux@yahoo.com. The commenter's IP address was identified, and I personally used DomainTools.com to identify that IP address as belonging to someone using a Sprint Nextel device.

10. Having personally perused Slabbed for over three years, I have personal knowledge of the fact that "unslabbed" is a frequent contributor to Slabbed.

11. Trout Point Lodge, Charles Leary, and Vaughn Perret subsequently on August 31, 2011, sued in defamation a "Jane Doe" co-defendant identified as "unslabbed" with the email address annemarieboudreaux@yahoo.com in Nova Scotia Supreme Court. The other defendant was Doug K. Handshoe, who was also identified by information provided by Automattic. Handshoe was personally served with notice of the proceeding, but failed to appear. "Jane Doe" was named in the complaint as a concurrent, joint tortfeasor. The relevant portions of that complaint identifying the defendants are attached hereto as Exhibit G.

12. Attached hereto as exhibit H is a true copy of the Richard Rainey nola.com article entitled

"Fired attorney Anne Marie Vandenweghe sues Jefferson Parish." It contains a comment by Henry L. Mencken1951. I have personal knowledge that former Assistant U.S. Attorney Salvdaore Perricone has admitted to posting under the name Henry L. Mencken1951 as well as "legacyusa".

13. Attached hereto as Exhibit I is a true copy of a Slabbed comment made by Suzanne Pacaccio.

14. Attached hereto as Exhibit J is a copy of Steve Theriot and Jefferson Parish's lawsuit against John Doe bloggers.

15. I have analyzed the text of Exhibit C dated February 15, 2007, and also over 20 texts written by unslabbed published on Slabbed. The typed text by Anne-Marie (Vandenweghe) Boudreaux displays certain non-standard English grammar and punctuation patterns. These include use of apostrophe marks where quotation marks should be used; use of capital letters for unusual emphasis; use of multiple exclamation points; and non-standard spaces between an opening parentheses mark and the following word (repeated twice). There is also a religious reference.

**16.** **Unslabbed's Distinctive Typed Punctuation Includes:**

Unslabbed uses distinctive punctuation evidenced in the Exhibit C and others:

• non-standard and unnecessary spaces after and/or before parentheses, semicolons, and commas;

• non-standard space after the final letter and before a period, exclamation point, or question mark ending a sentence;

• repeated use of CAPS;--though many bloggers use capital letters for emphasis, unslabbed makes distinctive use of capital letters;

• use of dollar signs or multiple dollar signs to indicate money;use of multiple exclamation marks and question marks;

• non-standrad use of apostrophes ' as though they are quotation marks ", along side correct use of quotation marks;

Unslabbed makes repeated rhetorical use of "Hmmm" or variations thereof.

17. In addition, unslabbed makes repeated use of the phrase "Amen and Amen." to end comments, often before writing her pseudonym underneath.

18. Unslabbed also makes reference to Christian religious phraseology and particularly variations of the phrase "confess, repent, and be forgiven" when referring to politicians.

19. Attached hereto as Exhibit K is a true copy of Anne-Marie Vandenweghe's listing with the Universal Life Church.

20. Unslabbed refers to the law firm Phelps Dunbar as "Phlips Dungmore."

21. Unslabbed also frequently refers to Phelps Dunbar attorneys Nan Allessandra and Kim Boyle as "Kim & Nan" "Sistas of Satan."

22. Unslabbed makes fluent use of the French language, particularly to swear with, using words like "encule" and "putain."

23. **Unique Usages and Keystrokes in Texts by "Unslabbed" - Publication Dates**

    Below are selected passages of text typed by unslabbed, with dates of publication. These are true copies of text taken from Slabbed. With the exception of the use of capital letters, I have underlined and put in bold font the sections of the passages that are distinctive:

I.  Judicial tyranny.
    These fools are also just our SERVANTS.
    To have exalted themselves as they have is embarrassing and invites ridicule and righteous indignation. The first shall be last, and the last shall be first. Beware you selfrighteous pompous Pharisees and Sadducees: you and yours will be struck down through God's word.

    Your words will be as smoke on the wind. His will burn hotly on your tongue in the bowels of hell.
    My Sunday hope for all is that they **CONFESS, REPENT AND CLAIM REDEMPTION**.
    "**AMEN AND AMEN**."
    October 10, 2010

II. We need to out number the retirement junkies, and the Perpetual Politicians and the machines to take back our country. Black, white, yellow, brown, pink, purple. Run for office. You have much to lose if you don'tand nothing to lose if you do! **Amen and amen**. June 30, 2010

III. Slabbed Nation is my refuge and keeps me sane. Theriot better hope we don't get silenced. May be the only thing keeping some from going postal.
     **Amen and Amen**. July 7, 2010

IV. I pray that the next time you drive drunk Walker that only you are damaged. See the light, **confess, repent and be redeemed**. You have no idea how good it will feel and how many blessings will rain down on you and your progeny.
And Byrd: hiding behind technicalities does not shield you from the wrath of GOD. You can rationalize all you want but the next time Walker lets his stupid hang out, get on your knees and pray he doesn't hurt one of your progeny. GOD has a sense of irony IMHO.
SHAME ON BOTH OF YOU.
**Amen and Amen**.
September 30, 2010


V. **Amen and Amen**. [by itself with no other text] June 8, 2010


VI. Here are some thoughts:

1. Set up an ombudsman for future disputes re Public Records. Cheaper for everyone. Nonbinding but probably would resolve 99% of the disputes. Hey maybe AMV can do it! She is a certified Mediator.
And she really knows the law on Public Records and Record Management.
Oh right probably over-qualified .
2. Try to set up a mediation with AMV and her attorney to head off Federal lawsuit we all know is coming. Or do the Council members and Administration thugs WANT to be deposed?
October 23, 2010

VII. Nanny Nanny Boo-Boo.
Dancing as fast as you can? You might want to look into rejoining the family business if they will let you back in . Should work now that you are no longer **' heavy'.** Of course dancing is an honorable profession.
Allessandro marries Giacobbe and has Nanny Nanny Boo-Boo.
**Hmmm**. At least now we know how you got your job. All that is left to figure out is why you get to keep it other than you can deliver the bacon from the pigs at the trough. And you do whatever you are told to do. Good old maid that you are.
Nan Allessandro, spinster daughter and niece. **One down , one** to go.
October 22, 2010

VIII. True Telemachus BUT FOR THE FACT that life is imitating art in Jefferson Parish in that the JP politicos are Joe Pesci stupid-crazy.
I harken back to the day when the northeast **'familia'** viewed the bozoMarcellos as too stupid to take seriously. Just send the dregs to Louisiana. Let them futz around down

there where they cannot get into any trouble. UH OH. Remember Tommy **'the con'** Porteous prosecuting Paz or Poz or whatever Marcello for **'pandering'?** Hilarious now no?
December 11, 2010

IX. Telemachus, your **'au courant'** and reflective commentary is apropos with respects to the upcoming election for Parish President of Jefferson Parish.
July 1, 2010

X. Whether it's the aftermath of "Broussard's Waterloo" or the "JP Council's Rubicon" or "Lagasse's Last Stand" or "Capella's Collapse" or "Young's Ying-Yang", the taxpayers' have realized that we have bottomed out. It is now time to confront our co-dependency problem that has allowed these arrogant political thugs to oppress us, and rise up and vote; and encourage everyone we can to vote. Reach out to others anyway and everyway. And as important, if you are so inclined, qualify to run for office. It's a God given right in this country… now consider it your duty to serve your **country !**
Stieb won, and you can win also. This entitlement class of narcissists, along with the pablum public Press and their suck-up surrogates would have you believe that whoever has the most money wins. Well money buys signs and mailouts; but I've never stood in line to vote with a sign or a push card, but I've stood in line with you !
And Theriot, why don't you pay to complete this JPPAC albatross if you think it needs to be **finished…vas te faire encule et l'ane tu montes dans le !** July 1, 2010

XI. And once you qualify you do not have to campaign. You do not have to put up one sign, or send out any **literature , or attend** any **forums , or talk** to the media.
And if you cannot qualify offer to put in $ to help someone else qualify.
June 30, 2010

XII. And I also believe she is looking forward to the notoriety and **exposure .** As for Counsel Finley, he has played both sides for so long I wonder if he knows which end is up? The game is afoot…
And I again **quote ( loosely) " In** JP if it waddles like a duck, quacks like a duck and looks like a duck, it is probably a horse." A Trojan horse perhaps in this instance? A friendly lawsuit?
**Hmmmmmm**
August 11, 2012

XIII. Am I reading it correctly? Did Kim Boyle, attorney for the **Parish ( and** immediate past President of the Louisiana State Bar Association) state out loud in court on the record that she believed AMV was going to at some undetermined time in the future violate Attorney-Client privilege using the emails and that was one of the reasons **she ( or** did her clients tell her that? either way it ain't good) was fighting the release?
If she did then I would surmise that her slanderous statement(s), despite Nan

Alessandra's attempt to repudiate them, increased AMV's damages exponentially.
The Immediate Past President of the State Bar Association out loud and in public and on a court record makes a statement like that about any attorney and I would think that attorney will suffer serious economic and employment damages.
Is she really THAT STUPID?! Phelps Dunbar better have beaucoup INSURANCE because she just dragged the Firm into the furor.
Character **Assassination ; Slanderous / libelous** Statements; Failure to do Due Diligence all by defense counsel.
And we haven't even begun to discuss AMV's Federal suit against the Parish of Jefferson. This is just in the Public Records Request lawsuit in District Court.
What will those crazy **Kim 'n Nan girls** entertain us with next?
February 17, 2011

XIV.  From my brief perusal of the pertinent state law ( LA) and the fine brief by Mr. **Truitt ,** it appears that if she is successful AMV may get $100 per day for the entire time since she requested the information. Plus Attorneys fees.
It seems that since Jefferson Parish did not file for the Writ re the **PRR ( which** it appears was their obligation since it is their responsibility to say why they won't release in a timely fashion or at all) that all fines and penalties continue to run in AMV's favor.
I wonder if this will also be part of damages in any Federal 1983 lawsuit she may file, since the time delay in obtaining the PRR response may have caused her additional damages in not being able to adequately defend herself?
Anyone know if that is correct?
February 15, 2011

XV.  When AMV takes the only next step available to her to obtain the records necessary to her 1) documenting her time as requested by Peggy Barton and Louis Gruntz ( in one of the requested email threads) so they could compensate her and 2) defending herself against the libelous, slanderous accusations of the Parish via **Steve Theriot ;** the Parish retaliates with a SLAPP suit orchestrated by the same over-paid law firm that SLAPPED AMV's Personnel Board Whistleblower law suit.
Gimme a break. Has anyone at Phelps Dumbar bothered to READ THE PUBLIC RECORD LAW???
Forget about who AMV named…but just to placate the deliberate souls:
The Parish President is the presumed Custodian of Records under State Record Retention statutes.
He/she can designate in writing in a report FILED WITH THE SECRETARY OF STATE someone else in the governmental entity as his substitute.
Broussard designated Council Clerk Eula **Lopez (** who now probably wishes she could have declined)
Broussard resigned and Theriot never filed such a report so TAG Theriot is it.
AMV being the cautious once-burned-twice- **shy- leery- of- the- machinations- of- the-enemy** war veteran that she is, names both Lopez and Theriot and adds Giangrosso since

he has been signing all the **'boilerplate letters'** denying/delaying access.
Access delayed is access denied. Without affirmative **action ( filing** for a declaratory judgment a la the Coroner in St Tammany in Judge Crain's court) on the part of the governmental entity delaying the access the governmental entity is guilty as charged.
October 22, 2010

XVI. And we get this 'conflicted' quote from Hairy Rosenberg, a partner at **Phlips, Dungmore**, the firm hired by these same Politico Thugs to SLAPP the whistleblower Anne Marie Vandenweghe whose factual allegations of this very same payroll fraud that were made public in her suit filed with the JP Personnel Board in Feb. 2010:
"It's still hard to know what the government's doing," former U.S. Attorney Harry Rosenberg said. "The target letters suggest that the government is going to move forward with official criminal charges, but it doesn't always."
Well we know that no one in Jefferson Parish government did anything and we know that DA Connick did nothing…are we being told now that the Feds will do nothing too ?
That Jefferson Parish White Public Officials, whether elected or appointed, are above the law and are immune from criminal **prosecution ?**
February 20, 2011

XVII. Does my feeble mind accuratley recall the Marcello clan selling or buying or swapping land with the Heebe-Ward-River Birch-Hwy 90 folks?
Assistant Parish Attorney C. Leighton **Ciravello (** so many vowels running rampant ) is on record with Grand Jury responses to River Birch investigation showing A land swap but there were other transactions including one which did not get executed.
Environmental Director Marnie Winter also sent emails alluding to swaps and attempted **swaps , and** her assistant **Catherine ? and** Rich Buller, landfill manager for the Parish after Deano Bonano was rewarded by the bad guys and made a CAA for sending Parishdump and methane recovery business to River Birch and Hwy 90 et al, both alluded to shenanigans with all the property transfers.
And then there is Finance Director Gwen Bolotte who stated somewhere that when Whitmer and Wilkinson told her to disappear the Parish money dedicated to and made from the Parish dump in order to make it appear the Parish dump was losing money and close to financial collapse, had to explain to both idgit asses that disappearing that much money was not easy and would take her some time. And SHE tattled on Cherreen Gegenheimer?
**Quel drol, mes cheries, quel drol.**
Speaking of Mr and Mrs G: Where HAVE they disappeared to? Jetsetters that they are.
December 16, 2010

XIX. In rereading the emails you linked from the Broussard era stockpile wherein Theriot calls in the **Sistas of Satan** and the rest of the horde for a meeting re Anne Marie and the Legislative Auditor's report: has anyone ever seen any such report? That would be a read no doubt…October 10, 2012

**24.** **Comparative Analysis of Writings of "Whitmergate" With "Unslabbed"**

I have personally analyzed more than 20 writings on Slabbed by Whitmergate. Like unslabbed, Whitmergate's typed text displays the following characteristics:

- Use of apostrophes as quotation marks;

- non-standard spaces after the final letter in a sentence before a period, questions mark, or exclamation mark;• use of dollar signs;

- use of "Phlips Dungmore" for Phelps Dunbar;

- use of "Sistas of Satan" to refer to Nan Allessandra and Kim Boyle;

- fluent use of French, particularly, "encule";

- distinctive, heavy use of CAPS

- repeated use of the word troglodyte.

I. Not only did he, Mike **'da thief'** Thomas and the other Capella POS lackey assistant Grenrold assault AMV verbally in her office, they were heard to say that Capella had directed them to put AMV in their "crosshairs" ... **Hmmm** ... did I hear someone say, **RETALIATION !!!**
I only wish that I had a video of Thomas strutting outside the Courtroom half-cocked after having heard GretnaMentality's poster child Judge LaFart's home cooked decision denying AMV her records... There the thief was, congratulating **Phlips, Dungmore's Sistas of Satan** (Kim Boyle and Nan Alessendra), Wanda '**I wannabe like TheRiot**' Theriot, Greg Geeiamanasshole, and yes another Wilkinson relative sucking off the public's teat, Eula Lopez.
It goes without sayin, but I feel compelled ... FUCK YOU Mike **'da thief'** Thomas ... and I hope you have a lot of pain as this judgement is shoved up your ass in **$$$'s ...**
October 3, 2011

II. Dear missred and stable,
How about jealous this ...
**Mettez votre tête entre vos jambes et de la langue dans le cul baise...**
Consider this a tantrum from an old man ... **en d'autres termes, vas te faire encule !!!**
Yours truly, Whitmergate
September 24, 2011

III. Raided ?...how about pounced upon with "nearly two dozen" **agents !** Having

matriculated a PHD on everything River Birch over this last year, this illuminating and surprising news was just what the doctor ordered.
So let me get this straight...a River Birch representative says that they have been cooperating for months, but the FBI send enough agents to occupy every individual office in the **building ?**
Would that statement be considered lying to the **FBI ?** I want to thank the FBI for it's initiative to further their investigation into this criminal conspiracy by the Jefferson Parish Council to create a landfill monopoly. Fortunately the FBI does not work for the US Attorney's office. Hopefully there will be a special task force of Justice Department lawyers to prosecute so that Letten cannot ignore or cover.
As for Wilkinson, as we say in the French... **vas te faire encule, vas te faire encule beaucoup**...chatte vous intimider bouche !
September 23, 2010

IV. With such resounding support of Capella and the other Council members who chimed in by voting to confirm Barton as Parish Attorney, it is apropos that I segue into yet another current Barton (JP) vs. Seeman/Baird(CFGG) **'tete a tete'.**
Unslabbed, myself and now the Citizens for Good Government, Margie Seeman and Magaret Baird, have brought to the forefront an issue that encapsulates the taxpayers disgust and frustration with the systemic and rampant corruption by and of Jefferson Parish Officials, both elected and appointed, that is presently being investigated by Federal authorities. Whitmergate Guest post, October 1, 2010

V. Now that we are discussing FREE SPEECH:
I am being counseled by others not to gloat over the recent RICO lawsuit filed by Waste Management ... that my hounding and pounding for over 3 years on numerous blogs concerning the River Birch CRIMINAL CONSPIRACY to be awarded an illegal landfill MONOPOLY, along with the corrupt conduct of Jefferson Parish Officials in general, has contributed to the result I wanted ... so what could I want now aside from criminal indictments confirming all of what I railed **about ?**
HERE'S THE ANSWER:
I would love to make as many copies as necessary of AMV's lawsuit, Concrete Buster's lawsuit and Waste Management's lawsuits combined, have them rolled collectively, then individually shoved up Tom Wilkinson's ass and the ass of everyone of his posse from and/or at the Parish Attorney's Office, still there or not, including, Peggy Barton, Louis Gruntz, David Fos, Alan Gandolfi, Greg Giangrosso, Jeremy Dwyer, Nicole Amstutz, Nicole Tomba ... and any one else I may have overlooked ... and too numerous to mention at this **time !!!**
Did I hear you say, '...let 'em fuckin' sue...' How's those lawsuits feeling now "Tommy"... you fucking **troglodyte reprobate !!!**
And Plattsmier needs to be shoving some more papers up "Tommy's" ass too ...
Thanx Slabbed for allowing me to vent my legitimate anger toward those so deserving of it. September 28, 2011

VI. Is this like one of the secret meetings where it was decided to sue the **blogosphere ?** Or to defend Kerlec in the Nazi case ? Or to sue **Waste Management ?** You mean that kind of '**executive'** screw-up, right ?
May I suggest to all of the buffoons who were in the recent 'executive session' (euphemism for secret meeting and out of the public's notice)... the only legal, ethical and moral strategy that needs to be discussed is an EXIT DEFENSE that will justly compensate AMV and put an end to the HUNDREDS OF THOUSANDS OF DOLLARS that **Philips Dungmore** will charge to DEFEND THE **INDEFENSIBLE !!!**
June 6, 2011

VII. HUFFING ... that's what it's described as Sop ... such an apropos double **entendre ?** These Boston Club, Louisiana Club degenerate MFers are huffers ... they have been kneeling down and sniffing up the gaseous farts of each other's ass for so long ... that they have become detached from a cultural reality that is shared by most of us who are not one of **'them' ...** a mindset that is similar with the punk zine of **'sniffin glue' ...** in other words, brain dead.
Possibly nancy Drew could apply for a job to clean the bathrooms at the Boston Club if by circumstance he was **'sneezed off '** by the Times Pickyournose !!! July 25, 2012VIII. Please e-mail Nowdy to contact me so that I can arrange making reservations for this coming Tuesday after the Hearing of AMV's mandamus action. The cost is, as is everything in Gretna, **negotiable !** October 25, 2010

IX. **J'ai bien peur que l'heure du diner ne soit passee, au revoir...yes**... one more Rebel Yell deBrief, s'il vous plait..." May 11, 2010

X. I'll bet the firm of Phelps,Dunbar, particularly **Satan's Sistas,** Kim Boyle and Nan Alexandra, are drinking bottles of Dom Perignon about now... August 25, 2011

XI. What the fuck is Peggy Barton still doing in the Parish Attorney's **Office ?** She like the rest of that **troglodyte** thug Wilkinson Asst PA posse should have been gone the way of his departure, in **disgrace !**   November 10, 2010

XII. motherload ... another thought from my parallel universe ... when is Letten going to get serious about **River Birch ? ...** oh, you think he is ... well why hasn't he triangulated that bully mouthed pussy troglodyte "Tommie" Wilkinson and offered him up for **indictment ???**
Now that's what I'm talkin' **about !!!**        September 30, 2011

XIII. Seig Hiel, Herr Theriot...qu'est-ce qu'un **troglodyte putain**...je suis gene qu'il a un mon francais...j'espere qu'il a ete adopte...
If I were Jewish and lived in Jefferson Parish I would be alarmed...If I were Jewish and worked for Jefferson Parish I'd be afraid...can you say Simon vs. **JP/Kerlec !**

XIV.  So, Mr. Connick, next time you go to Manresa intending to further fine tune your hypocrisy, do us a favor, pull out your bible, go to the Book of St. James, Chapter 5, verses, 1-3, contemplate this reading and pray for an epiphany:
Come now, you rich, weep and howl for your miseries that are coming upon you!
Your riches are corrupted, and your garments are moth-eaten.
Your gold and silver are corroded, and their corrosion will be a witness against
you, and will eat your flesh like fire. You have heaped up treasure in the last days.
As a brother in Christ, I pray for you. **Amen and Amen.**
Whitmergate guest post,
June 23, 2010

XV.  **Amen and Amen.** [by itself] December 3, 2012

XVI.  **Amen and Amen ...** [by itself] April 19, 2012

XVII.  Kudos to you lawgrace…your persistent and focused attention to the "meat" of the matter has been an inspiration to me personally. I, like others here at the SlabbedNation, offer to join and support you in your quest to right what is wrong…**Amen and Amen.**
September 23, 2010

XVIII.  Aaron I will tell you this yet again…talking about Jesus is not walking with Jesus… **redemption** will come through your public **confession**…Jesus didn't have or need a lawyer…own and accept your wrong doing…**repent** and ask for **forgiveness**…trust Him to guide and protect you…plead guilty and do the time with humility…be washed of your sins…and you will be born again…I pray for you… and may God have mercy on your soul…Amen and Amen.
February 28, 2011

**25.**  **Comparative Analysis of Writings of "viewfromhell" with "Unslabbed"**

I have personally read and analyzed over twenty textual writings by "viewfromhell" published on Slabbed.

26.  viewfromhell has the following characteristics in common with Anne-Marie Vandenweghe, unslabbed, and Whitmergate:

• makes reference to Satan's Sistas when referring to Kim Boyle and Nan Allessandra;
• refers to Phelps Dunbar as Phlips Dungmore;
• leaves a space between the final letter in a sentence and final punctuation mark;
• makes non-standard use of apostrophes as quotation marks;
• uses the dollar sign to mean money:
• makes distinctive, frequent use of capital letters;

27. Below are examples of text typed by "viewfromhell" published on Slabbed:

I. This I do know. **Satan's Sistas**, Kim and Nan, are going to catch hell when it's found out about the duplicitous billing that is all too obvious by the amount shown on this report. June 7, 2011

II. And while I'm suing AHs, add those **Phlipps, Dungmore** wanabe lawyers and the joke Times-Picayune. All of them are in cahoots and are the reason Jefferson Parish is the HELLHOLE that it is ! December 16, 2010

III. What in the hell are ya'll talking about ? Give the woman her fucking records and it's over.Doesn't she continue to produce and receive emails daily in her present position as head of recovery. Aren't those records available to her every day as was the same records she produced and received when she was in charge of the Public Records Division.

   You know what the hell this **is ? RETALLIATION !** PURE and SIMPLE. This has absolutely NOTHING to do about this work computer or the information on **it !** These thugs that run this hellhole want to blame someone else for being exposed as the corrupt POS's that they are.
   October 23, 2010

V. Jefferson Parish, THE HELL HOLE of all hell **holes !** June 7, 2011V.
   WTF?!!!!!!???
   WHAT THE HELL IS GOING ON HERE?
   Aside from the fact that Debbie Villio should be disbarred for her illegal and unethical political activities while working as the Director of Inspection and Code Enforcement for Jefferson Parish and for her Payroll Fraud escapades with her **'good friend'** disgraced former Parish Attorney Tom Wilkinson ( now starring in the pOrteous debaucle on **CSpan ) :**
   I question how MATTHEW FRIEDMAN will be able to hear any cases since he works FULL TIME as the head of the Jefferson Parish Parish Attorney's Office Section in charge of Inspection and Code Enforcement. And from all reports coming in Villio left a mess for Loren Marino another Wilkinson Assistant Parish Attorney who was appointed to replace Villio as Director of ICE.
   Friedman is not the brightest bulb in the lamp but he is/was **'BUDS'** with Tommy and now with Interim Parish Attorney Peggy Barton, to the tune of several thousand extra dollars a year for preparing **'abstracts'** or something for the same cases he was supposed to be working on. Rumor has it that was $ for his silence. So when Villio left and Friedman and Marino were **'promoted'** nothing improved.
   September 17, 2010

VI. Gone Hog **Wild ! Instant Hit !** I'd bet next years taxes on it.
   Why didn't Charreem and the huskster Broussard PITCH (movie lingo) **that ?** Because

they are too stupid to know that they were stars in this neverending storyline already. Names change but the corruption scam remains the same. Not to mention that Jefferson Parish taxpayers could possibly recoup, by way of royalties, some of the money these corrupt MFs spend on themselves, their families and **cronies !** And how in the hell did South Korea get any action here with contracts on the studio screw job.

Fuck I almost forgot, Peggy Barton has been maintaining a satellite office of the JP Parish Attorney's Office there for years with Wilkinson's winking about leave time. Staff was always getting e-mails via Korea from Barton, about the Office of the PA's Rules that required all employees to be at the office at such and such a time; break times and time spent for lunch within certain hours; and no one is to leave before 4:30. Did she follow her own rules in **Korea ? Hell fucking NO !** I wonder how in the hell do you get someone extradited from South Korea. **Or, can you ?**

By the fucking way, what the hell is Barton still doing in the Parish Attorney's **Office ?** Or for that matter, any of the rest of that incompetent Wilkinson posse ? Hell I quess if Barton has to face payroll fraud charges, Young will do his Sgt. Schultz act again, "I know nothing! " Hell, ya'd think Young is trying to get a part in the re-make of the movie Stalag **13 ?** He's got the line down pat and no fucking audition is going to be needed. Np matter, Young's a definite for the reality show.

What the hell? Young fires Chareem, but keeps that 2-synapse **troglodyte** Bonano **peel ?** Young must owe him for covering up on that D.J.Mumphy escapade and no telling what the hell else.

You know you live in a hellhole when this scheme becomes a fact: Tony D gets fired by Young; Tony D immediately gets hired to protect his fucking retirement junkie status by the widow Hollis who's just been appointed to the Council on Monday because everyone else dropped out; the same widow Hollis who voted to fuck over the Good Government ladies who were lied to by Cappella and voted to make the vote **7-0 !** Hell I thought that Lee-Sheng was the Black Widow of this web of corrupt thugs. I was wrong ! But then again, as someone reminded me on this blog: when you sleep with a dog who has fless, you get flees. Hell hast no **outcasts !**

Hell, this story with Tony D isn't over yet. The word out of Tony D's mouth himself is that he's going to be Butch Ward's mini-me Sissy Roberts eastbank Council Asst, and we haven't even been notified of a qualifying date for that election for the AT-Large A seat yet !

Who knows what can happen in a lawless hellhole like **JP ?** This rogue Council is probably going to cancel the election; appoint Roberts, and tell us that it was a move to ecconomize. Any way who could beat a candidate who has spent $190,000 of his campaign funds in the previous year, 2009, a non-election year, to buy a float, a tractor to pull the float, a fire engine to follow in the parade to put out the fire on the float caused by an electrical malfunction of the massive sound system installed so his minions could dance while he, in his persona as "The PIG of PIGS" throws at them Chinese beads and the most sought after favor, **a' lying pig'** with a black and white napkin tied around his neck. All this being shown on the giant TV screen that is set upon "minime's" Snowball Stand next to the Couchon du Lait trough where the

contractors feed.
Sop rest assured that even a hellhole like JP can get full of this fucking arrogant BS. From my view it looks like my blogging buddies "Gate, Pelican, the Monkeyman, Bayou, Bunhare and most probably others are gonna join you in sending mini-me to a place where he will really become the bitch that he is, and sitting on the toilet is not going to protect his **ass !**
Jefferson Parish IS THE HELLHOLE of all HellHoles.
November 5, 2010

VIII. Please e-mail Nowdy to contact me so that I can arrange making reservations for this coming Tuesday after the Hearing of AMV's mandamus action. The cost is, as is everything in Gretna, **negotiable !** October 25, 2010

IX. **J'ai bien peur que l'heure du diner ne soit passee, au revoir**…yes… one more Rebel Yell deBrief, s'il vous plait…" May 11, 2010

X. I'll bet the firm of Phelps,Dunbar, particularly **Satan's Sistas,** Kim Boyle and Nan Alexandra, are drinking bottles of Dom Perignon about now… August 25, 2011

XI. What the fuck is Peggy Barton still doing in the Parish Attorney's **Office ?** She like the rest of that **troglodyte** thug Wilkinson Asst PA posse should have been gone the way of his departure, in **disgrace !** November 10, 2010

XII. motherload … another thought from my parallel universe … when is Letten going to get serious about River Birch ? … oh, you think he is … well why hasn't he triangulated that bully mouthed pussy troglodyte "Tommie" Wilkinson and offered him up for **indictment ???** Now that's what I'm talkin' **about !!!** September 30, 2011

XIII. Seig Hiel, Herr Theriot…qu'est-ce qu'un **troglodyte putain**…je suis gene qu'il a un mon francais…j'espere qu'il a ete adopte…
If I were Jewish and lived in Jefferson Parish I would be alarmed…If I were Jewish and worked for Jefferson Parish I'd be afraid…can you say Simon vs. **JP/Kerlec !**

XIV. So, Mr. Connick, next time you go to Manresa intending to further fine tune your hypocrisy, do us a favor, pull out your bible, go to the Book of St. James, Chapter 5, verses, 1-3, contemplate this reading and pray for an epiphany:
Come now, you rich, weep and howl for your miseries that are coming upon you!
Your riches are corrupted, and your garments are moth-eaten.
Your gold and silver are corroded, and their corrosion will be a witness against
you, and will eat your flesh like fire. You have heaped up treasure in the last days.
As a brother in Christ, I pray for you. **Amen and Amen**.
Whitmergate guest post, June 23, 2010

XV.  **Amen and Amen**. [by itself] December 3, 2012

XVI  **Amen and Amen** ... [by itself] April 19, 2012

XVII.  Kudos to you lawgrace...your persistent and focused attention to the "meat" of the matter has been an inspiration to me personally. I, like others here at the SlabbedNation, offer to join and support you in your quest to right what is wrong... **Amen and Amen**. September 23, 2010

XVIII.  Aaron I will tell you this yet again...talking about Jesus is not walking with Jesus... **redemption** will come through your public **confession**...Jesus didn't have or need a lawyer...own and accept your wrong doing... **repent** and ask for **forgiveness**...trust Him to guide and protect you...plead guilty and do the time with humility...be washed of your sins...and you will be born again...I pray for you... and may God have mercy on your soul... **Amen and Amen**.
February 28, 2011

28.  On September 3, 2011, Handshoe published a blog post entitled "Heebe's whores: The Garland Robinette connection to the Jefferson Parish Political Corruption Scandal revealed."

29.  I have read that post. It contains the following sentence referring to Anne-Marie Vandenweghe:
"Since we began covering news in metro New Orleans it has come to my attention there is a veritable cottage industry engaged in speculation as to this blog motivations, recently encapsulated by an incredibly ignorant remark left on NOLA recently that Slabbed was Anne Marie Vandenweghe's "alter ego". What Slabbed is in reality is the distillation of a variety of sources that often have divergent opinions. In fact I seek out and listen to this select group of folks precisely because of that fact. The political classes think people are not paying attention to their looting of the local treasuries and sadly they are correct that most folks are tuned out.
But most is not everyone and the fact is there are some people in New Orleans I do trust such as the very helpful person who got me those real estate abstracts for example. Along those lines I've never hidden the fact I've spoken with AMV as she is a great source and frankly given the skins we've hung on this topic I hope that fact is self-evident. Even more important than the information I distill from a diverse group of observers, Slabbed is really about the commenters and an illustration of the true power of community sourcing. As always there are no sacred cows as we're going to get to the "truth" behind the corruption scandal no matter where it leads."

30.  On January 9, 2013, Handshoe published a comment at the URL:
http://www.slabbed.org/2013/01/09/must-read-u-an-ovious/#comment-60465

31. I have read that comment. The entirety of the comment is as follows: "Anne Marie posted here at least once by name and written a couple of open letters, which Slabbed published so that is not much of a leap. I'll add she makes excellent eggs benedict and she is still madly in love with her hubby after years of marriage. And she knows where lots of bodies are buried. The Goatherders were foolish to mess with her."

32. On September 20, 2012, Handshoe published a post entitled "Slabbed explores Aaron Broussard's role in selling overseas investments for Danny Abel, Charles Leary and Vaughn Perret as we reintroduce Cerro Coyote SA to the Slabb."

33. I have read that post. It contains the following reference to Anne-Marie Vandenweghe: "Given the totality of the facts and the fact Leary and Perret also sued whistleblower Anne Marie Vandenweghe in Canada, with the help of fellow Goatherder Carl Finley, in my mind it is not an open question of whether they knew what Broussard was doing all those years, as the facts clearly indicate they worked closely together trying to silence any inquiry into this subject matter after the connections broke in the media."

34. On February 20, 2012, Handshoe published the following post: "The Libel Tourists had it out for more people than just ol' Sop.....
with 8 comments
From the case Trout Point Lodge v Doug Handshoe and Jane Doe. This is a must read because the Goatherders finally hit a brick wall after invading the privacy of several Slabbed commenters. Judge Muise, who evidently did not remember Leary swore before him in May, 2011 that he did not know who I was despite his previously serving me with a Notice of Claim ticks and checks the pleading without much intelligent thought. Home cooking in a libel tourist paradise? You betcha folks. Click the pic below the fold to get the 7 page pdf.
Jane Doe? **Hmmm.**

35. I personally check the hyperlink of the text "Jane Doe? Hmmm." The hyperlink leads to the URL http://www.slabbed.org/?p=82#comment-160

36. I went to the comment located at http://www.slabbed.org/?p=82#comment-160. It is a comment by "Whitmergate." It reads as follows: "This witness protection gig was going smoothly...like an open ended island vacation all paid for ... until I realized I would not be able to attend Slabbapaloosa ...
Fuck you Dr. d'LEARYious, fuck you very much !!!"

37. I have personal knowledge that Henry Bennett personally served Handshoe with the 1st amended Nova Scotia defamation lawsuit against him on September 13, 2011. His affidavit of service is attached hereto as Exhibit K.

38. On September 13, 2011, Handshoe published a post responding to being personally

served with the lawsuit. A true copy is attached hereto as Exhibit L.

39. In a comment to the February 20, 2012, blog post by Handshoe, Whitmergate wrote the following in a comment at the URLtp://www.slabbed.org/2012/02/20/the-libel-tourist-had-itout-for-more-people-than-just-ol-sop/#comment-182: "Since I became aware of this public outing of my previous e-mail address, I of course turned it over to the FBI for monitoring of threats and cyber-stalking. It's just beginning between us Dr. d'LEARYious and your Parrot as you are not ready for what's coming from the blogasphere gang over at Nola."

40. On September 23 2011, Handshoe published a post entitled: "Let's talk a bit more about the Billy's Hill Trail Society, Trout Point Lodge, Charles Leary and Aaron Broussard."

41. I have read that post and the comments beneath it. In a comment at URL http://www.slabbed.org/2011/09/22/lets-talk-a-bit-more-about-the-billys-hill-trail-society-troutpoint-lodge-charles-leary-and-aaron-broussard/#comment-3799, Handshoe published the following: "I did not publish the girls last amended complaint against me for a reason. I was theonly person who received papers but the girls also sued an email address knowing full well not only who they were suing but also the fact this person has cooperated with the FBI in their investigation into Broussard era corruption. I do not know who gave them advice on their tactics but it is going to come back and bite them in their sorry asses big time."

42. On February 6, 2010, Handshoe published a post entitled "The Times Picayune updates Karen Parker's firing. Trahan's old position eliminated. Thomassie curbed."

43. I have read that post and the comments beneath it. In the first comment to the post, "unslabbed" published the following, time-stamped at 10:57 am: "Where was Parish Attorney Tom Wilkinson while these three were STEALTH PARALEGALS on his payroll ? Head of the Law Dept and he says and does nothing to stop this payroll fraud? He admitted he knew about Broussard and was 'told' she was on his payroll. If he suspected this was not right he of all people should have reported it. One oopsie-slipsie well maybe. But THREE illegals and he does nothing ? What is up with that? oh yeah Tom $$$$$$ And what about his Deputy Peggy Barton? She was listed on the Organizational Chart for the Parish Attorney's office as the Administrator with Parker-Broussard directly under her supervision as late as May 2009 , Then when Val Bracy asks for a copy of the Organizational Chart Barton revises it twice within days of the request and POOF suddenly the box with Karen Parker Broussard is gone. **HMMM.** And why did Deano Bonano start playing hot potato with Barton when she fingered his Chief of Security Knopp as KPB's supervisor? So many questions and so few answers.

Anyone out there following the penalty phase of messing with public records? Hindering or attempting to hinder public access to public records is FELONY territory

boys and girls."

44. At 11:19 am Whitmergate commented on the same post: "So right."

45. The next day, Whitmergate added another comment, which I have read. It states: "I am referencing this post I just read concerning the Karen Parker Broussard article. It is unfortunate that the press usually fails to go the next step of inquiry, but I am grateful for their initialexposure of these corrupt shenanigans regardless.

    Posted by Lettenhaveit
    February 07, 2010, 10:13AM

    After reading the account of WILKINSON putting the x-wife of his good buddy BROUSSARD ( the same person he claims gave him $70,000 in raises over the last 34 months when it was most probably WHITMER who signed off on the raises )....ok, back to Karen being put under a bus going 2 miles an hour. What occurred to me was the similarity of events surrounding Debbie Villio's resignation to run for Judge the first time and Karen's resignation to campaign for BROUSSARD. Both Villio and Parker were employees of JEFFERSON PARISH ; both resigned to pursue political activities; upon their "re-hiring, both had there record of absence altered to Leave With Out Pay; and as a result of this "alteration", both were able to claim continuous service, retroactively, so as not to interrupt benefit requirements (RETIREMENT). All this was done under the direction of WHITMER and the knowledge of WILKINSON. These two men created a criminal fiction to facilitate payroll fraud. CLASSIFIED EMPLOYEES ARE PROHIBITED FROM TAKING A LWOP TO ENGAGE IN POLITICAL ACTIVITY. THIS PROHIBITION IS APPLICABLE TO OTHER EMPLOYEES AS WELL and is specifically set forth in the Personal Rules of Employment in Jefferson Parish. Period. No ands, ifs, or buts.WHITMER and WILKINSON and anyone else who conspired with them need to be held accountable in a court of law. Additionally, WILKINSON should be brought before the bar on an ethics complaint. WHITMER is gone and it way past time for WILKINSON to be fired or asked to resign. Come on THERIOT, do your job !"

46. I have also personally reviewed and analyzed copies of nola.com comments saved for purposes of recording now-retracted allegations that referenced me and my business Trout Point Lodge in 2010. I conducted a review looking for the characteristics of non-standard punctuation, word use, and topical themes found in typed text of unslabbed, Whitmergate, and viewfromhell. Many of these comments are no longer publicly available on nola.com.

FURTHER THE AFFIANT SAYETH NOT

SWORN BEFORE ME THIS 19 MARCH 2013.

Mr. Daniel G. Abel, appeared before me, indentified himself as required by law, was sworn and then testified that having conducted an extensive investigation and review of the documents and other evidence cited above, the facts set forth above are true and correct to his information and belief so as to comply with his obligations as an officer of the courts and under FRCP Rule 11 of the federal courts. Subscribed on this 19 March 2013.

*[signature]*
Daniel G. Abel, Affiant
LSB No. 8348

*[signature]*

Notary Public
Notary No.

Salvadore A. Mortillaro II
Notary Public For Life
Parish of St. Tammany
Louisiana
Notary ID # 88181