
**The LSBA Membership Directory**

### Anne Marie Vandenweghe

| | |
|---:|:---|
| Primary Address: | 215 E 2nd St Apt 2 |
| City: | Pass Christian |
| State: | MS |
| Zip: | 39571 |
| Telephone: | (504) 481-4936 |
| Fax: | |
| Email: | annemarieboudreaux@gmail.com |
| * Parish: | |
| Law Firm: | Attorney at Law |
| * Board District: | Out of State |
| * Judicial District : | |
| Date Admitted: | 10/17/1980 |

*\* Based on member's preferred mailing address which may differ from the primary address show above*