| Share | 0 | More | Next Blog» | | Create Blog | Sign In |



7 years 6 months 5 days since Our Log In Date

# the story of gracie

We are in the process of adopting a daughter from China! Our LID [Log In Date] for our paperwork in China is Sept. 12, 2005.

### about me



**Name:** Jill, Mike, and Jenn
**Location:** Lafayette, Louisiana, United States

JILL:mom, wife and French teacher MIKE:dad, husband,works in insurance industry JENN: daughter and soon to be sister, student and cheerleader

View my complete profile



### previous posts

- Birthday Girl!
- What To Expect on Our Journey?
- A Little Geography Lesson
- So Who IS the Luckiest Sister in the World??
- Gracie's Bedroom
- Updated pictures of Gracie at the Orphanage!
- Now Introducing... Gracie!
- Referrals on the way! West coast first!

**thursday, february 15, 2007**

## Our Travel Itinerary!




We leave Lafayette on **February 27th**, fly to Houston, then Newark. Since we arrive in Newark around 3:00 pm, we are going to go in to NYC for the evening! Leave Newark around noon on **Feb. 28th**, arrive in Beijing 3:00 p.m. the next afternoon.
Stay at the Poly Plaza Hotel until March 4th. [top photo]
**March 4th:** Fly to Chongqing, Gracie's municipality, stay at the Holiday Inn Yangtze Chongqing Hotel. [right photo].
**March 5th**: *Gotcha Day!* We will be parents again! Jenn's an older sister! Gracie's a little sis!
**March 9th:** Get Gracie's passport; fly to Guangzhou in the evening. Now staying at the White Swan Hotel. [bottom photo]
**March 10th**: Gracie's visa photo/medical exam.
**March 12th**: Go to American Consulate for interview/visa
**March 14th**: Return to home sweet home! [also known as the "36 hour day going home!"]
We will fill in with daily itineraries as we take pictures and post while there.

posted by Jill, Mike, and Jenn @ 7:13 PM

### 6 Comments:

 **Jeff and Valerie** said...
How neat to see an itinerary. I look forward to following along!

 6:55 AM

**Nana** said...
Wow, 24 more days and Gracie will be home. I can hardly wait.

Rumour du Jour

When do we get "The Call"???



**Beijing**

**New Orleans**

11:10 PM

**Brown Blog** said...
I'm anxious to follow your journey to Gracie. My daughter (Jiang Ai Nian) is also at Dianjiang. We are waiting on TA now. I look forward to seeing Gracie with her new family. Congratulations!

Deanna Brown
mother of Jiang Ai Nian
www.alliebrown.wordpress.com

10:10 AM

**John Paul, Andrea ,Ben and Alyana** said...
Good Luck on your trip !
We just got back and it was an awesome trip. Our daughter is doing very well and we can't imagine life without her.
Take Care,
Andrea

5:08 PM

**AnneMarie** said...
We are all abuzz at the AAA mediations in New Orleans,Mike!!! Nelsie came in with 'Arthur' and while we all took turns holding him ( including all the GUYS!!) we talked about you and your journey to Grace-land. ( A little Elvis humor there) Cannot wait to meet Miss Gracie in person. Blessings and Godspeed.
Anne Marie (Vandenweghe) Boudreaux

12:44 PM

**jenn** said...
Im getting really anxious! I hope yall have fun and give Gracie i big hug for me :] I miss yall a whole lot and i caint wait to be a big sister!
Love,Moon

5:51 PM

Post a Comment

<< Home

9,530 Visitors
Since April 5, 2006