Ryan M. - WordPress.com <court-orders@wordpress.com>  6/2/11

to me

Here is the information requested in the order:

Blog creation email address: nowdouit@yahoo.com
Blog creation date/time (GMT): 2008-03-03 08:26:54
Blog creation IP: 209.183.34.49

Account Sop81_1

Email of record: dkhcpa@gmail.com
Most recent comment IP: 166.249.197.26 - 2011/06/02 at 9:04 am

Account whitmergate

Email of record: whitmergate@gmail.com
Most recent comment IP: 166.137.12.180 - 2011/06/01 at 2:43 pm

Commenter unslabbed

Email provided by commenter: annemarieboudreaux@yahoo.com
Most recent comment IP: 108.102.81.255 - 2011/05/29 at 4:57 pm

Commenter Telemachus

Email provided by commenter: yyyyy@altavista.com
Most recent comment IP: 98.163.255.224 - 2011/04/18 at 9:09 am