2011                                                    Yar. No. 353654

IN THE SUPREME COURT OF NOVA SCOTIA

BETWEEN:

**Trout Point Lodge, Limited,** *a Nova Scotia Limited*
*Company,* **Vaughn Perret** and **Charles Leary**
**Plaintiffs**

- and -

**Doug Handshoe** and **"Jane Doe"** (annemarieboudreaux@yahoo.com)
**Defendants**

**1ST AMENDED STATEMENT OF CLAIM**

1.  The Plaintiff Trout Point Lodge is a Nova Scotia Limited Company with its registered office
and residence in Kemptville, Yarmouth County, Nova Scotia. It was formed and registered with
the Nova Scotia Registry of Joint Stocks in December, 1998. Its officers are Vaughn Perret and
Charles Leary. Its principal owners are Daniel Abel, Vaughn Perret, and Charles Leary.

2.  The company operates a Nova Scotia-licensed fixed-roof accommodation and restaurant that
has an established international & Canadian reputation as one of the premiere boutique hotels
and practitioners of sustainable tourism in the world.

3.  High ethical standards are essential to the corporate Plaintiff's reputation.

4.  Plaintiff Charles Leary resides in East Kemptville, Nova Scotia. He is a business person and
former professor of history.

5.  Plaintiff Vaughn Perret resides in East Kemptville, Nova Scotia. He is a business person and
holds a Juris Doctorate from Cornell University.

6.  Both are closely associated and identified with their businesses Trout Point Lodge and Cerro

Coyote, S.A.

7.   The Defendant Doug Handshoe is a resident of the State of Mississippi. He is a Certified Public Accountant. At all relevant times, he operated a web log, or blog, published on the Internet at slabbed.wordpress.com, hereafter "slabbed." He also owns the domain slabbed.org and made publications at that url.

8.   The domain slabbed.org was registered to Slabbed New Media, LLC, a company of which Defendant Handshoe is the sole member, first registered with the Mississippi Secretary of State on April 11, 2011.

9.   The second made defendant is the person registered with wordpress.com using the email address annemarieboudreaux@yahoo.com (hereafter Boudreaux). This person published on slabbed using the moniker "unslabbed."

10. The plaintiff says that the defendant Handshoe published under the moniker of Sop81_1 as well as other user names. The Plaintiff says that until proved otherwise, the defendant is the author, publisher, and editor of all posts and comments appearing on the slabbed blog, with the exception of the material written by "unslabbed" identified below.

11. In the alternative, the Plaintiff says that defendant Handshoe controlled all publications made on the web site and had the ability to choose to publish or not to publish comments on the blog's postings. The defendant approved all publications made on the blog.

12. As background, it is important to understand that in January, 2010, New Orleans, Louisiana, area news media misidentified the plaintiffs as being involved in a political corruption scandal involving then Jefferson Parish President Aaron Broussard. In this coverage, Trout Point Lodge was mistakenly identified as being Mr. Broussard's business and/or property, and involved in alleged wrongdoing including fraud, kickback schemes, and money laundering. WVUE Television was the first media organization to identify Trout Point Lodge with Broussard. Another prominent news organization, the New Orleans Time-Picayune newspaper, published 2 retractions correcting previous news stories in January, 2010 and April, 2011.

13. According to slabbed, at all relevant times the blog had a steadily increasing viewership, surpassing 90,000 views per month in March, 2011.

14. The Plaintiffs claim against the Defendants for defamation, invasion of privacy & conspiracy to invade privacy, injurious falsehood, intentional interference with contractual relations, intentional interference with economic relations, intentional infliction of emotional & mental