(http://ads.nola.com/RealMedia/ads/click_lx.ads/www.nola.com/crime/2011/08/fired_attorney_anne_marie_vand.html/L18/134818517…

IN YOUR COMMUNITY:   JOBS   AUTOS   REAL ESTATE   RENTALS   CLASSIFIEDS   OBITUARIES   FIND N SAVE   LOCAL BUSINESSES   SUBSCRIBE


The Times-Picayune
**Greater New Orleans**
Set your local edition to Baton Rouge

77°
5-day | Hurricane Center

Search

Sign in | Join

NEWS   BUSINESS   SPORTS   H.S. SPORTS   ENTERTAINMENT   LIVING   brought to you by:

Top Photos   Top Videos   Crime   Louisiana Politics   Education   La. Environment   Opinions   Traffic/Fires   Science   Weather   The Wire   Contact a reporter

# Fired attorney Anne Marie Vandenweghe sues Jefferson Parish

15 comments

**5** Tweet
**4** Like
**0** Share
Email

(http://connect.nola.com/user/rrainey/index.html) By   Richard Rainey, NOLA.com | The Times-Picayune (http://connect.nola.com/user/rrainey/posts.html)
on August 28, 2011 at 2:18 PM

Print (http://blog.nola.com/crime_impact/print.html?entry=/2011/08/fired_attorney_anne_marie_vand.html)

Anne Marie Vandenweghe, the outspoken lawyer who handled public records requests for **Jefferson Parish (http://topics.nola.com/tag/jefferson/index.html)** President **Aaron Broussard (http://topics.nola.com/tag/aaron-broussard/index.html)**'s administration, is suing the parish for what she says is abuse she withstood for being a government whistleblower. Her 21-page complaint, filed in federal court Thursday against the parish and Broussard's successor, interim Parish President Steve Theriot, accused former her colleagues of having "embarked on a concerted effort" to defame her and force her to resign.


Anne Marie Vandenweghe

Theriot said Friday he was unaware of the suit and would not comment. Kriss Fortunato, spokeswoman for current Parish President **John Young (http://topics.nola.com/tag/john-young/index.html)** administration, called it a personnel matter and wouldn't comment further.

After taking office in October, Young **fired Vandenweghe (http://www.nola.com/politics/index.ssf/2010/11/john_youngs_first_fire_jeffer…** because she didn't produce a mandatory letter of resignation that he had required from all political appointees such as Vandenweghe, an assistant parish attorney. Vandenweghe did not name Young as a defendant in her suit, however.

"The plaintiff's termination was directly motivated by her cooperation with the FBI and (U.S. attorney's office), as well as her public statements and whistleblower activities, and was designed to terminate the plaintiff's cooperation with the government and silence her free speech," her lawsuit states.

In the complaint, Vandenweghe's attorney, Jack Truitt, summarized what is described as a tense environment that plagued the transition between Broussard and Theriot, after Broussard abruptly resigned in January 2010. The suit touches on practically every aspect of alleged wrongdoing that prompted federal authorities to begin **investigating the Broussard administration (http://topics.nola.com/tag/lagniappe-industries/index.html)**.

Along with Broussard, chief administrative officer Tim Whitmer and parish attorney Tom Wilkinson also resigned. And Theriot fired Broussard's wife, Karen Parker, on suspicion that she and Broussard were committing payroll fraud.

Vandenweghe's complaint accuses officials in Theriot's administration of spying on her when she was still in the parish attorney's office, stealing files from her computer and forcing her to confront parish employees who were mentioned in documents that she turned over to the FBI.

Brought to you by:

(http://ads.nola.com/RealMedia/ads/click_lx.ads/www.nola.com/crime/2011/0…DaughtersOfCharity.html/57414d51676c46453372494143314362)

(http://ads.nola.com/RealMedia/ads/click_lx.ads/www.nola.com/crime/2011/0…GeneralDynamics.jpg/57414d51676c46453372494143314362)

### 2013 n.o. murder count

**29**

(http://www.nola.com/crime/murders/)

**Latest New Orleans homicide news (http://www.nola.com/crim…**

• Deaths that are not yet classified, may be classified later as murders. **Latest N.O. murders »** (http://www.nola.com/crime/murders/)

### more in crime



**Ray Nagin indictment: A breakdown of the alleged payments to him, and what he allegedly did for those who provided them (http://topics.nola.com/tag/ray-nagin/index.html)**

Theriot **suspended Vandenweghe (http://www.nola.com/politics/index.ssf/2010/02/one_lawyer_suspended_two.html)** in February 2010 for suspicion that she was using her office computer to do outside legal work. He **reinstated her (http://www.nola.com/politics/index.ssf/2010/04/post_335.html)** two months later, although he said at the time that she was still under an internal investigation.

Vandenweghe has denied the accusations and alleges in her suit that Theriot knew they were false.

Her suit says the alleged harassment and loss of her job have kept her from finding new work and forced her to sell her home in Harahan. She has since moved to Harrison County, Miss., according to the suit.

Vandenweghe is asking for damages ranging from actual to emotional to punitive, as well as attorney's fees.

**Shoppinq @ SearchInQ**
Price comparison site that allows you shop online for the best deals.
Shopping.SearchInQ.com

**Cheap Inmate Calls**
Unlimited Inmate Jail Calls $12 Mo. Save 80% Guar. Same-Day Activation!
JailCallServices.com/Global.Tel

**Arrest Records Online?**
1) Enter Name and State. 2) Access Full Background Checks Instantly.
InstantCheckmate.com/

**Criminal Arrest Lawyer**
877.805.2901 – Los Angeles, CA Criminal Defense Lawyer
LosAngelesCriminalDefenseLawyer.com

**Greater N.O.**  Mostly Sunny 77°

Tweet 5    Like 4    Share 0    Email

Search

## Related Stories


(http://www.nola.com/opinions/index...)
**Feds' capitulation on Fred Heebe made perfect sense: James Gill (http://www.nola.com/opinions/index...)**


(http://www.nola.com/crime/index...)
**River Birch probe's abrupt ending has observers speculating about Justice report (http://www.nola.com/crime/index...)**

## Add Your Comment

**Sign in with your NOLA.com or** ...nola.com/sign...
return_to=http%3A%2F%2Fwww.nola.com%2Fcrime%2Findex.ssf%2F201... ..._marie_vand...

15 comments so far

Sort By: Most Recent

Pause Live Updates »



**rwb76 (http://connect.nola.com/user/rwb76/index.html)**

Go get 'em AMV! Thank you, Mr. Rainey, for printing this article despite how your employer treated you with regards to your previous story on the Broussard-TroutPoint crime syndicate.

😂 (http://nola.com/)
8/29/2011, 4:50:17 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-


**Latest updated, news concerning the NOPD (http://topics.nola.com/tag/nopd/index.html)**

**Local crime reports (http://topics.nola.com/tag/crime-reports/index.html)**



most comments | most read

**352 (http://nola.com/crime/index.ssf/2013/03/nopd_b... comments)**
NOPD baffled as to why 3 men attacked a stranger in the Marigny without robbing him (http://nola.com/crime/index.ssf/2013/03/nopd_baffled_as_to... comments)

**230 (http://nola.com/saints/index.ssf/2013/03/new_o... comments)**
New Orleans Saints will reportedly bring in free agent cornerback Nnamdi Asomugha for a visit Sunday (http://nola.com/saints/index.ssf/2013/03/new_orleans_saints... comments)

**200 (http://nola.com/crime/index.ssf/2013/03/new_o... comments)**
New Orleans' curfew enforcement is racially biased, ineffective, critics say; but NOPD chief disagrees (http://nola.com/crime/index.ssf/2013/03/new_orleans_curfew... comments)

**117 (http://nola.com/politics/index.ssf/2013/03/lights... comments)**
Lights out on the Crescent City Connection - photo gallery (http://nola.com/politics/index.ssf/2013/03/lights_out_on_th... comments)

**112 (http://nola.com/politics/index.ssf/2013/03/effort... comments)**
Effort to keep Crescent City Connection decorative lights illuminated fails (http://nola.com/politics/index.ssf/2013/03/effort_to_keep_cr... comments)

See more comments »
(http://www.nola.com/interact/)


(http://ads.nola.com/RealMedia/ads/click_lx.ads/www.nola.com/crime/2011/0...)

08-29/16816128
· Reply


(http://ams1.ib.adnxs.com/click?
AAAAAAAAAAAAAAAAAAAAAEAzM8M_AAAAAAAAAAAAAAAA
NEywj-
JtCfZZbP26KOUZRAAAAABlVDgAdAgAAnwMAAAIAAAAA8EkAEzABAAAAA
g5AtrAAABWkAA0QAQUAAAAAGRGcQwAAAAA./cnd=%21nwWYMgjUxjIC...)



**ms-vile (http://connect.nola.com/user/ms-vile/index.html)**

Don't believe Rainey even approaches being thankful for.....day late & dollar short as usual, unless providing forum for Jeff Parish political mob. I believe most of his "reporting" is simply passing on the press releases from the "friends & family" in Jeff Parish!.

(http://nola.com/)
9/4/2011, 2:03:22 AM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-09-04/16895529)

· Reply

---

**ms-vile (http://connect.nola.com/user/ms-vile/index.html)**

Most of the exposure to the Jeff Parish mob has been the weak-link crooks themselves, who give up their co-conspirators when caught & squeezed; but few of the others, in knowlegeable positions with integrity and honest convictions have "stepped up.

But Anne-Marie has more integrity and class in her left ear-lobe than the whole collection of corrupt toads have had in their whole miserable existances. There are others out there as honest as she.., but few with her courage!

Love ya Anne-Marie, And grateful to ya!

 (http://nola.com/)
8/29/2011, 2:57:05 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-29/16814144)

· Reply

---

**koatimundi (http://connect.nola.com/user/koatimundi/index.html)**

Amen,,, about time the TRUTH gets out about what has been and is STILL going on in JP.

Go Girl!!!!

 (http://nola.com/)
8/29/2011, 1:00:07 AM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-29/16807418)

· Reply

---

**NOW boys and girls (http://connect.nola.com/user/nedpitre/index.html)**

NOW boys and girls ... Today's homework assignment is to read the law suit Ms. Vandenweghe filed and try to LEARN from the TRUTH of this filing. And try to figure out the TRUTH about some of the very "sleezy" people described in this suit.

As well, you should also try to figure out WHY we allowed these transgression against US to exist. That's YOUR HOMEWORK assignment!

Please report Back when no one SAYS YOU ARE THE ONLY ONE who NOW might seem to be paying attention to WHAT HAS BEEN GOING ON in our parish!

 **(http://nola.com/)**
8/29/2011, 12:42:11 AM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-29/16807299)

· **Reply**

### Incognitorat (http://connect.nola.com/user/IncognitoRat/index.html)

So what happens when the case gets sent to that corrupt Judge Ross LaDart? The one who hears cases he should recuse himself from, and has transcripts of court proceedings altered when he says something stupid and contrary to law that could get him removed from the bench. Im sure if Anne Marie Vandenweghe hires the right lawyer LaDart would rule in her favor so his lawyer buddies could get a fat paycheck no matter what the faacts are. He did it years ago and hes still doing it today if anyone would pay attention!

 **(http://nola.com/)**
8/29/2011, 12:12:58 AM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-29/16807092)

· **Reply**

### muspench (http://connect.nola.com/user/muspench/index.html)

I'll never forget when Theriot, in going after Vandenweghe, sued nola.com for the names of 11 commenters. That led to the creation of one of the most hilarious user accounts I've ever seen on this site, "Fear_The_Nanny_Nanny_Boo_Boo_Suit"; that guy broke me up completely. And of course there was "TheRiot_Police," and someone posting under the name "Anne Marie Vandenweghe" in the hope Theriot would read it & blow a gasket, and "friendofsteve," who of course was anything but.

Good times! 

 **(http://nola.com/)**
8/28/2011, 8:59:27 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-28/16805635)

· **Reply**

### MOONPIESKY (http://connect.nola.com/user/MOONPIESKY/index.html)

RUN for office GIRL!!!!!!!!!!!!!!!!!!!!!!!!!

**(http://nola.com/)**
8/28/2011, 7:17:58 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-28/16804830)

· **Reply**


**bigstar (http://connect.nola.com/user/bigstarss/index.html)**

this ambulance chaser, er wistleblower needs some CASH! taxpayers have deep pockets

(http://nola.com/)
8/28/2011, 6:37:40 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-28/16804503)

· Reply

---


**Golfhack5 (http://connect.nola.com/user/Golfhack5/index.html)**

Yeah, I understand, but TP seems to run late on Jefferson Parish corruption quite often so one needs to seek out other sources of news if they want to be current.

(http://nola.com/)
8/28/2011, 6:13:26 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-28/16804303)

· Reply

---


**goldenlab (http://connect.nola.com/user/goldenlab/index.html)**

I sure hope her law license is current. I remember when she got her political appointment as a Workers Compesation hearing officer. She knew the least of anyone in her court room.I sure hope she doesn't manage to squeeze the parish for money. She needs to try to et a job on her merits, not her political friends.

(http://nola.com/)
8/28/2011, 6:00:42 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-28/16804208)

· Reply

---


**Creole Chavez (http://connect.nola.com/user/Stannum/index.html)**

wordpress = free limited host.

(http://nola.com/)
8/28/2011, 5:15:00 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-28/16803833)

· Reply

---


**Golfhack5 (http://connect.nola.com/user/Golfhack5/index.html)**

Slabbed blog had this story plus the pdf of the case filing last Thursday..you're running late Times-Picayune..get us some current news!
link to slabbed: **http://slabbed.wordpress.com/ (http://slabbed.wordpress.com/)**

(http://nola.com/)
8/28/2011, 4:33:05 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-28/16803436)

· Reply



Henry L. Mencken1951
(http://connect.nola.com/user/Mencken1951/index.html)

Could it be that SLABBED is the alter ego of the Plaintiff?

(http://nola.com/)
8/28/2011, 7:34:09 PM
(http://nola.com/crime/index.ssf/2011/08/fired_attorney_anne_marie_vand.html/post/2011-08-28/16804960)

- **Reply**

---

## Best of NOLA.com

| | | |
|---|---|---|
| (http://photos.nola.com/index.html#incof) See, share your photos (http://photos.nola.com/index.html#incof) | (http://www.nola.com/outdoors/#incof) Guide to Louisiana hunting and fishing (http://www.nola.com/outdoors/#incof) | (http://www.nola.com/mardigras/#incof) Revisit Mardi Gras 2013 (http://www.nola.com/mardigras/#incof) |

---

### About Us

About NOLA.com (http://www.nola.com/aboutus/)
About NOLA Media Group (http://www.nolamediagroup.com)
Community Rules (http://www.nola.com/forums/index.ssf/forum-rules.html)
Content Partners (http://www.nola.com/affiliates/)
Advertise with us (http://www.nolamediagroup.com/solutions/)
Contact Us (http://www.nola.com/contactus/)
Connect with the Newsroom (http://www.nola.com/connect/)
Blog for Us (http://www.nola.com/contactus/blogs/)
Submit a Correction (http://blog.nola.com/corrections/index.html)

### NOLA.com Sections

News (http://www.nola.com/news/)
Business (http://www.nola.com/business/)
Sports (http://www.nola.com/sports/)
High School Sports (http://highschoolsports.nola.com/)
Entertainment (http://www.nola.com/entertainment/)
Living (http://www.nola.com/living/)
Opinion (http://www.nola.com/opinions/)
Obituaries (http://obits.nola.com/NOLA/DeathNotices.asp)
Jobs (http://www.nola.com/jobs/)
Autos (http://autos.nola.com/)
Real Estate (http://realestate.nola.com/)
Rentals (http://realestate.nola.com/for-rent/)
Classifieds (http://classifieds.nola.com/)
Local Deals (http://findnsave.nola.com/)
Local Businesses (http://businessfinder.nola.com/LA-New-Orleans)

### More on NOLA.com

MardiGras.com (http://www.mardigras.com)
Forums (http://www.nola.com/forums/)
Your Photos (http://photos.nola.com/photogallery/index.html)
Your Video (http://videos.nola.com/)
Weather (http://www.nola.com/weather)
Post a job (http://www.nola.com/jobs/)
Post a free classified ad (http://www.nola.com/placead/)
Sell your car (http://www.nola.com/placead/)
Sell/Rent your home (http://www.nola.com/placead/)
Apartments and Rentals (http://realestate.nola.com/for-rent/)
Site Map (http://www.nola.com/siteindex)
Webcams/Live! (http://www.nola.com/live/)

### The Times-Picayune

Subscribe (https://notpiservices.dticloud.com/cgi-bin/cmo_cmo.sh/custservice/web/addrfind.html)
eNewsletters (http://www.nola.com/newsletters/)
Report a wet or missing paper (https://notpiservices.dticloud.com/cgi-bin/cmo_cmo.sh/custservice/web/login.html)
RSS (http://blog.nola.com/nola_river/atom.xml)
Times-Picayune Store (http://www.nola.com/tpstore)

### Your Regional News Pages

New Orleans (http://www.nola.com/new-orleans/)
St. Bernard (http://www.nola.com/st-bernard/)
East Jefferson (http://www.nola.com/east-jefferson/)
West Bank (http://www.nola.com/west-bank/)
Northshore/St. Tammany (http://www.nola.com/northshore/)
Plaquemines (http://www.nola.com/plaquemines/)
River Parishes (http://www.nola.com/river-parishes/)
Baton Rouge (http://www.nola.com/baton-rouge/)

### Follow Us

Twitter (http://www.twitter.com/nolanews) |
Facebook (http://www.facebook.com/nolanews)
Google+ (https://plus.google.com/105883288752706320720)

### Mobile

Mobile View (http://mobile.nola.com/advnola/index.htm) | Mobile Apps (http://www.nola.com/mobile-device/index.ssf/applications) | Mobile FAQ (http://www.nola.com/mobile-device/index.ssf/faq)



(http://www.advancedigital.com/)

Registration on or use of this site constitutes acceptance of our User Agreement (http://www.nola.com/useragreement/) and Privacy Policy (http://www.nola.com/privacypolicy/) (Revised November 1, 2011)

© 2013 New Orleans Net LLC. All rights reserved (About Us (http://www.nola.com/aboutus/)).

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of New Orleans Net LLC.

Community Rules (http://www.nola.com/forums/index.ssf?rules.html) apply to all content you upload or otherwise submit to this site. Contact interactivity management. (http://www.nola.com/forums/index.ssf?rules.html)

▷ Ad Choices (http://www.advance.net/advancedigitalUserAgreementPP/#opt_out)