Laurel Highlands Landfill is located in Cambria County, Pennsylvania near the Town of Vintondale.

The landfill is owned and operated by Waste Management, Inc. (Waste Management).

The project was purchased by Leaf LFG US Investments, Inc. in November 2008.
This high-BTU project began commercial operation in July 2006. Compression and an Air Liquide-Medal Biogaz Membrane System deliver 970 BTU gas through a 1.8-mile pipeline to a local public utility's natural gas distribution system. This plant was designed to process 3,000 scfm of raw LFG. While Keystone operated this plant, it produced about 1,400 to 1,500 MCF per day. Keystone operated this plant until September 30, 2009 at which time the new owner assumed operating control.
************************************************************************

Anyone else smell an inside job?

Keystone designed and built and ran until the new owner ( Waste Management) assumed operating control.

Uh, isn't Peter Butler representing River Birch? Whose plant is designed and operated by Keystone ? Keystone who designed and built and ran the two plants that Waste Management now owns and runs? Hmmmmm



**Unslabbed**

February 16, 2011 at 4:01 pm

Reply

31. Telemachus and Unslabbed, I would ask that you get your information straight before posting on this site. My name was not mentioned on WWL-TV for not having a paralegal certificate, because I do not work for the Jefferson Parish Attorney's Office (as some of "us" know the definition "ex parte") I work for the Bureau of Administrative Adjudication and yes I do have a certificate and the appropriate credentials to hold the job as a Paralegal. I graduated from the University of New Orleans in 1987 for Paralegal Studies

    It is my understanding that Ms. Vandenweghe's brother started this website and maintains same. Ms. Vandenweghe "was" the Hearing Officer for the Bureau of Administrative Adjudication and I was the paralegal when she was the Hearing Officer. She was aware of my Paralegal Certificate and credentials. Since she not only reads the articles and post comments on Slabbed under numerous pseudo-names she could have alerted her brother as to the false information pertaining to me being posted by Telemachus and Unslabbed.

    Angela Pacaccio, is my sister-in-law of which everyone knows but that has nothing whatsoever to do with my job, my credentials and duties that I perform everyday. Telemachus I am somewhat touched that you actually have feelings and that you are worried as to what happened to me, I am still working for the Bureau of Administrative Adjudication Court as a paralegal. My work and work ethics stand on their own merit .

    To all those who post on this site erroneous information knowing when you post it, it is false, I leave you with the following.

Thy root of bitterness will consume thee.

Therefore, I conclude that thou art inexcusable, for wherein
thou that judges another, thou condemeth thyself. For when thou
thinkest of thyself to be something, when thou art nothing, thou only deceiveth thyself

And this I do know also, and this shall I do, for all who will live a
GODLY life in CHRIST will be persecuted, so I bless those that seek
to curse me, I do good unto those who hate me and I pray
for those who despite-fully use and persecute me. For in so doing,
leaving vengeance to GOD, will HE heap coals of fire upon their heads.

This also is true from HIS word, when a ruler harkens to lies, all
his servants are wicked. Whosoever covereth their sins shall
not prosper, and every word of GOD is pure and HE is a shield unto them
that put their trust in HIM. This you would not know, unfortunately.

In closing, be admonished, that all liars will have their part in
the lake of fire that burns with fire and brimstone, and I pray
all false information is retracted and you repent For thou should-est
consider the following and become wise:

GOD is ever faithful to HIS word and cannot lie.

What HIS righteousness demands, surely, HIS justice executes
The question you may need answered is ….when for me?



**Suzanne C. Pacaccio**

February 16, 2011 at 9:09 pm

Reply

32. Hi Suzanne.

    Just a couple notes.

    1. I posted the source, the employee listing now on JP's own site and on TP's:

    http://media.nola.com/politics/other/JeffParish%20payroll%205.27.10.pdf

    So that's where the info comes from.

    2. You have a point, I had not noticed the listing is not under Legal. Then again, I wouldn't think that the Parish would have different standards from one department to another. WWL stated, "Furthermore, each of the non-certified paralegals had a higher salary than the lone certified paralegal … ," which did not limit itself to JPAO. If paralegals are required to meet a standard in one department I would think they would meet them in another. To that extent you've answered what was not stated in the news. So, thanks.