

## ULC Directory of Ministers - Vandenweghe Anne Marie Home Page

Directory of ULC Ministers>>  |  Register>>  |  Update Your information>>  |  Forget Your password?>>



| | |
|---|---|
| Name: | **Anne Marie Vandenweghe** |
| City: | **New Orleans** |
| State: | **Louisiana** |
| Country: | **United States** |
| Phone: | None |
| Email: | **Send message** |
| Web Site: | None |
| Church: | **Harahan Christian Church** |
| Occupation: | **Attorney** |
| Services Performed: | **Weddings Bible Studies Retreats Outreach in Community** |
| This I Believe: | **Jesus Christ died to wash us clean with His blood. The Holy Spirit dwells within each of us to guide us on the path of God's will for our lives. God is an unconditionally loving Father who will never abandon those whose hearts yearn for Him and who cry out to Him for grace and forgiveness.** |
| Favorite Quote: | **As for me and my house, we will serve the Lord our God.** |
| Links: | None |

Top

**Become Ordained**
Start here if this is your first visit

**ULC Discussion Board**

**Subscribe to our newsletter**

**Prayer Requests**

**Related Pages**

**ULC Materials and Supplies**
Prompt, reliable service – Express delivery available

**Directory of ULC Ministers**
(Your listing here is optional and only on request)

**Print an order form**

**Online Confession**

**Everyone Welcome!**     **Related Pages**     **Online Confession**

**Contact Us**



**Privacy Statement**
Copyright © 1997-2011 by Universal Life Church Online. All rights reserved.