2011                                                                                                                 Yar No. 353654

IN THE SUPREME COURT OF NOVA SCOTIA

BETWEEN:

*Trout Point Lodge, Limited, a Nova Scotia Limited Company, Vaughn Perret and Charles Leary*

Plaintiffs

-and-

**Doug Handshoe**

Defendant

Affidavit of Service

The undersigned, Henry Bennett, certifies, in conformity with Nova Scotia Civil Procedure Rule 31.09(4) and in conformity with Article 6 of the **Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters** (the Convention), that I did, on September 13, 2011 at 11:27a.m., serve certified copies of a notice, the same as the certified copy to which this affidavit is attached, to:

Doug Handshoe,

in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention and the standards of the State of Louisiana for personal service. The documents referred to in the request have been personally delivered to:

Doug Handshoe

110 Hall Street

Wiggins, Mississippi 39577

The delivery took place at Wiggins, Mississippi, United States of America.

Sworn to/Affirmed before me

On 27 September, 2011

at  2421 Clearview Pkwy., Suite 106

Metairie, Louisiana 70001

)
)
)
)
)
)
)
)
)
)
)

*Henry Bennett*
Signature

*Daniel G. Abel*
Signature of Authority

Print Name
Daniel G. Abel
Notary No. 32360
Life Commission

