# Slabbed

Alternative New Media for the Gulf South

# Oh yeah and by the way Charles and Vaughn. Fuck you, fuck you very much…

with 19 comments

Folks poor Charlie and his life partner Vaughn Perret are pretty much shit out of luck thinking they can sue me in Nova Scotia.  The behind the scenes is that with each new revelation on Slabbed they file amended complaints with the courts in Nova Scotia and I'm happy to report the dumbasses even finally managed to find the registered offices of Slabbed.

I mention all this because people have been asking and wondering what I am going to do about the lawsuits the girls keep filing against me in Nova Scotia.  While I'll be keeping all my options open and won't ever discuss any Slabbed legal strategies in public I must note a little secret I've been holding that I today reveal to the world.

You see folks the good people in Congress and President Obama saw the problem with venue shopping to file frivolous SLAPP suits against the media, so last year the SPEECH Act was passed which guarantees my free speech rights as an American citizen against any judgement in a foreign court unless US free speech standards were used as the criteria by the foreign court in deciding the case. Even better, SPEECH gives me a cause of action against Leary, Perret and Trout Point should I choose to pursue it.  This issue was so important it even passed both Houses of Congress unanimously. God Bless America.

Now Vaughn and Charlie, if you wanna piece of me, you girls are gonna have to come get some down here in the land of cotton, witnesses and Anti-SLAPP. See you soon. 

sop

Like 0    0

Written by Doug Handshoe

September 13, 2011 at 1:40 pm

Posted in Sop

Tagged with Charles Leary, Jefferson Parish Political Corruption Scandal, Trout Point Lodge, Vaughn Perret

« Hey everyone make certain to check out Charles Leary's picture on Flickr…..
Tuesday Afternoon Music Special: Dedicated to the First Amendment and those that died for us so we can all enjoy the blanket of freedom today. »

# 19 Responses

Subscribe to comments with RSS.

1. This Canadian SLAPP crap by the Trout Point boys is becoming eerily suspicious of they're possibly being in collusion with the Politico Mafioso down here in Jefferson Parish to further retaliate against those who dare to voice their opinions about what has transpired since the JP Scandals broke over two years ago.

   Deja vu ? Remember that ludicrous SLAPP action filed by Jefferson Parish and TheRiot personally against the blogasphere within this same time period. The lawsuit that Parish Officials claimed was targeted toward a person and/or persons they believed to have blogged while at their job; and criticize them at the same time. TheRiot took it to another level claiming to have been defamed, as if that were even possible. Both the Parish Officials and TheRiot tried to paint themselves as VICTIMS of comments that were untrue and unfair relating to their roles in a Government that is corrupt to the core. Well after over some 600 comments, many of which were both hilarious and outrageous indictments of TheRiot and the lawsuit itself, the suit was dropped, and for good reason. Arrogance and stupidity are not always rewarded as these politico Mafioso and their lawyers, Phelps,Dunbar, were to caught in a hellfire of free speech at any costs.

   Now we have these men crying VICTIM, as though all of their actions, scams and schemes cannot be critiqued because of their sexual preference. That being the beneficiary of Aaron Broussard's hustling Trout Point and the surrounding land for investment by his friends/political associates is not fair game. That's just plain FUCKING BULLSHIT … Aaron knows it … Danny knows it … and I know it …

   I suspected something was not right the minute I learned that the T-P had capitulated to this perverse politically correct nonsense by settling "this matter" almost in the wink of eye. Ordinarily lawsuits like this frivolous crap would have been defended vigorously by the likes of Phelps, Dunbar; instead Rainey was put under the bus for no good reason at all.

   It is all the more reason for me to believe that the Point Trout boys are being directed from Jefferson Parish and not Nova Scotia … Hmmm

   Free Speech is the only lever against those who choose to silence us by trying to game the Justice System to cover for their conduct.

   

   **whitmergate**

   September 13, 2011 at 12:19 pm

   Reply

2. Well Sop the way I see it your name is mud here in Nova Scotia. Cause court documents do not lie – that would be like perjury. The boys maintain that you are one inbred southern Deliverance-like hillbilly who is chasing them down the mountain and leaving them trembling, wondering what the fuck you might do next. They say you have associates – that can't be good. I am looking around me for this cell of terrorism, just waiting for the axe to fall. I am scared to even say hello to gay people in case I get bitch slapped or something. Who knows what you are capable of. They say it is friggin scary, like they can't even easily keep their doors open to travelers willing to give up their rights for a cozy bed to rest in. I don't recall you ever offering snacks, a bed, a kayak, star gazing, nothing, you