UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO.: 2:13-cv-00088 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND ANNE-MARIE VANDENWEGHE A/K/A, BOUDREAUX & ABC INSURANCE COs. | * | JUDGE: HON. SUSIE MORGAN |
| | * | MAG. JUDGE: ALMA. CHASEZ |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | JURY TRIAL - DEFAMATION |

### EXHIBIT "N"

[BY MANUAL DELIVERY]
TWO VIDEO DISCS

### DISC NO. 1

"YOU TUBE VIDEO"

SOCK PUPPET VIDEO

ANNE MARIE VANDENWEGHE

VOICE IDENTIFIED

CLAIMING SLABBED.ORG

AS HOME BASE

### DISC NO. 2

SOCK PUPPETS

SAYING GOODBYE

TO VAL BRACEY

UPON LEAVING FOX8 NEWS