UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND ANNE-MARIE VANDENWEGHE A/K/A BOUDREAUX & ABC INSURANCE CO.** | *  * | **MAG. JUDGE ALMA CHASEZ** |

## ORDER

Considering the Motion for Leave by Douglas K. Handshoe to File Memorandum in Support of his Article 971 Special Motion to Strike,

IT IS HEREBY ORDERED that said Motion is GRANTED, and Defendant, Douglas K. Handshoe, be and he is hereby granted permission to file his Memorandum in Support totaling 44 pages, in support of his Article 971 Special Motion to Strike.

IT IS FURTHER ORDERED that the Clerk of Court is directed to file the said Memorandum in Support and all supporting pleadings into the record.

New Orleans, Louisiana, this 20th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

{B0659789.1}