# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO. 13-cv-00088 |
| VERSUS | * | JUDGE SUSIE MORGAN |
| DOUGLAS K. HANDSHOE AND | * | MAG. JUDGE ALMA CHASEZ |
| ANNE-MARIE VANDENWEGHE A/K/A | | |
| BOUDREAUX & ABC INSURANCE CO. | * | |

## SPECIAL MOTION TO STRIKE

NOW INTO COURT, through undersigned counsel, comes Douglas K. Handshoe,

Defendant herein, who files this Special Motion to Strike pursuant to Article 971 of the Louisiana

Code of Civil Procedure, and prays that this Court will grant his Special Motion to Strike for all the

reasons set forth in the attached Memorandum in Support.

> Respectfully submitted:
> BALDWIN HASPEL BURKE & MAYER, L.L.C.
>
>     s/ Scott L. Sternberg
> PAUL N. VANCE - Bar #13007
> SCOTT L. STERNBERG - Bar #33390
> BRODIE G. GLENN ó Bar #33152
> 3600 Energy Centre
> 1100 Poydras Street
> New Orleans, LA 70163
> Telephone: (504) 569-2900
> Fax: (504) 569-2099
> Attorneys for Defendant, Douglas K. Handshoe

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/ Scott L. Sternberg