## EXHIBIT A

## TO OPERATING AGREEMENT OF NOVA SCOTIA ENTERPRISES, L.L.C.

**<u>Class A Member, Capital and Percentages</u>**

| | | Initial Capital Contribution | Percentage |
|---|---|---|---|
| 1. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 3% |
| 2. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 3% |
| 3. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 6% |
| 4. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 6% |
| 5. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 6% |

| | | Initial Capital Contribution | Percentage |
|---|---|---|---|
| 6. Name: Address: Tax ID No.: | [redacted] | $6,550.00 | 6% |
| 7. Name: Address: Tax ID No.: | [redacted] | $6,550.00 | 6% |
| 8. Name: Address: Tax ID No.: | [redacted] | $6,550.00 | 6% |
| 9. Name: Address: Tax ID No.: | [redacted] | $6,550.00 | 6% |
| 10. Name: Address: Tax ID No.: | [redacted] | $6,550.00 | 6% |

# EXHIBIT B

## TO OPERATING AGREEMENT OF NOVA SCOTIA ENTERPRISES, L.L.C.

**Class B Members, Capital, and Percentage**

| | | | Initial Capital Contribution | Percentage |
|---|---|---|---|---|
| 1. | Name: | Aaron F. Broussard | $0 | 42% |
| | Address: | 3329 Florida Avenue, Suite 220<br>Kenner, LA 70065 | | |
| | Tax ID No.: | [REDACTED]8950 | | |
| 2. | Name: | [REDACTED] | $0 | 4% |
| | Address: | [REDACTED] | | |
| | Tax ID No: | [REDACTED] | | |

053

EXHIBIT 8