

# Abel Law Firm

902-482-8360
800-980-0713

abellawfirm@gmail.com

| To: | Trust & Safety | From: | Charles Leary |
|---|---|---|---|
| Fax: | (415) 222-9958 | Date: | 2/24/2012 5:04:55 AM |
| Phone: | | Re: | Supreme Court Order |

Comments

Reported user(s): @SLABBEDblog

Offensive Tweet: https://twitter.com/#!/SLABBEDblog/status/169249719070105601
Offensive Tweet: https://twitter.com/#!/SLABBEDblog/status/169212759291072512
Offensive Tweet: https://twitter.com/#!/SLABBEDblog/status/167080795968782338
Offensive Tweet: https://twitter.com/#!/SLABBEDblog/status/166604136761147394

How long ago did this begin?: April, 2011
How many times has this happened?: numerous
Blocked user(s): Yes

Description of problem: The publisher of @SLABBEDblog is the subject of a February 2, 2012, Court Order (attached) from the Supreme Court of Nova Scotia, Canada, enjoining him from mentioning or referring to Trout Point Lodge, Vaughn Perret, or Charles Leary. Go Daddy, WordPress, and BlueHost have all refused further service to this person due to the Order as well as his harassing publications that violate their Terms of Service. This person is actively harassing and stalking the plaintiffs. He is violating a binding Court Order by continuing to publish on Twitter about the Plaintiffs. I am requesting that his Twitter account be suspended, that all posts referring to Trout Point Lodge, Vaughn Perret, &amp; Charles Leary be removed, and/or that Twitter heed the Court Order and block his account from publication in Canada, in accordance with your policies at https://support.twitter.com/groups/33-report-a-violation/topics/148-policy-information/articles/20169222-country-withheld-content

# facsimile