# Slabbed

Alternative New Media for the Gulf South

## Slabbed finds Danny Abel and Aaron Broussard together in the "Legal Department" at the Super 8 Motel on Clearview

with 6 comments

Folks, Danny Abel and Aaron Broussard go wayyyyy back so it is no surprise that Broussard represented Abel in a suit public adjuster Earl Carr filed against Abel for legal malpractice. The suit made a few blawgs like this one out of Chicago but frankly my interest in the case is predicated on the fact that Abel and Broussard appear to be part of the "legal department" at the Super 8 Motel on Clearview Parkway. This case was decided by the Louisiana 5th Circuit Court of Appeals just last month in favor of Abel.

In a hint of what is coming at Slabbed from the Trout Point gang, public figures all, Abel cross sued Carr and his lawyers.  Of course as we saw from Paulsen v State Farm Abel's abilities as a lawyer are not what they once were as he resorted to trickery and deceit in the conduct of that case. He came up empty in his counter suit against Carr too.

In any event I have some great stuff on tap concerning the legal team in *Paulsen* which as a group appear to be quite the litigious bunch. For instance here is a picture of Shane (D'Antoni) Gates taken after he was pulled over with a BAC of over .270 from the related federal court case. Now to be clear Gates' name has not come up in connection with Trout Point Lodge but he did surface as a long time Danny Abel crony that co-owned the house in Slidell that was the subject of Eric Paulsen's suit against State Farm we covered a few weeks back.  Simply put this bunch of guys provide us with fertile ground for examination as their path of destruction through life gives us some clues as to some of the longer term players in Aaron Broussard's professional career.

In other news the law firm of Stewart McKelvey was on our old Trout Point posts today, no doubt looking for pretext to file a ham sandwich defamation claim against us in Nova Scotia.

sop



Like   0   0

Written by Doug Handshoe Edit

April 19, 2011 at 3:46 pm

Posted in Sop

Tagged with Aaron Broussard, Carr v Abel, Danny Abel, Eric Paulsen, Legal Malpractice, Shane D'Antoni, Shane Gates

« Tuesday Music: Dedicated to Pulitzer Paige St John.

EXHIBIT 22

Tuesday Video: Dedicated to the girls….. »

# 6 Responses

Subscribe to comments with RSS.

1. Of course!

    2421 Clearview is the Super 8 Motel.

    Unbelieveable.

    This is where Abel AND Broussard are working out of? Right between the do it yourself carwash and falling down taco stand? Wow.

    http://quitclaimmagee.files.wordpress.com/2010/08/magee_rico_suit.pdf

    https://www.judicialview.com/State-Cases/louisiana/Torts/Carr-v-Abel/44/27092

    http://www.fifthcircuit.org/PDF/OPINIONS/PO/2011/EA5B7EB6-59B6-45B1-8535-15865E8CE73F.pdf

    Apparently so.

    What a fine establishment. Room 106, not exactly a sweet "Suite."

    "Legal Department"? For whom or what exactly? Skid Row, Inc.?

    The 70004 PO Box appears to be just off Airline though.

    http://www.shopjeffersonnow.com/listing.php?id=200

    

    V

    April 30, 2011 at 1:47 pm Edit

    Reply

2. You're right about one thing: Abel, Broussard and D'Antoni are often a trio in litigation. For instance, D'Antoni just sued me for a cut of the royalties from a mediocre book I wrote with Abel's help way back in 2001. Danny is a party to the suit and Broussard is the attoney who brought the action in Superior Court. Among other things, the suit credits D'Antoni (who was a college student at the time) with "organizing and editing" the final product: "Outgunned," (my 12th book) released in 2002 by Simon and Schuster. (His only help involved processing interview tapes)
Earlier, when he was still working for Abel as an assistant, he served as gopher on the project — which featured Wendell's doomed suit against the gun companies. For that I gave him 3 per cent of the royalties.

EXHIBIT 22

However, in the ten years since the book was released, it never earned a cent in royalties. Siince Abel is a co-author on the book, he could have merely checked with the book company to document the invisible earnings. Abel is also asking for 30% of the income from a so-called movie from the book — which was never made. Though D'Antoni claims to have received nothing, my bank survey shows we paid him more than $5,000. Abel and I shared the same agent on the project. And, though the agent reported to Danny that there were no royalties nor was a movie made, Broussard is proceeding with the suit. Peter H. Brown



**peter h. brown**

August 7, 2011 at 2:18 pm Edit

Reply

3. Peter H. Brown : Is that your real name or are you making a homosexual play on words here.

   Also, wait a NY second here, I don't think Broussard is licensed in NY to be proceeding with the suit in Superior Court.

   Or are you talking about the make believe Superior Court on TV. Now I would believe Cryin' and Lyin'' Broussard could proceed there, as he is a hellava' actor.

   

   **lockemuptight**

   August 8, 2011 at 10:34 am Edit

   Reply

4. George here is the book.

   http://www.amazon.com/Outgunned-Against-NRA-Complete-Insider/dp/B0000C7BMZ/ref=ntt_at_ep_dpt_5

   For now lets give Mr brown the benefit of the doubt. His comment mirrors some stuff I've heard from Nova Scotia.

   sop

   

   **sop81_1**

   August 8, 2011 at 11:55 am Edit

   Reply

EXHIBIT 22

5. Am sorry to have messed up the name of the court in my earlier comment over shane's suit against my 2002 flop book, "Outgunned." But the suit is real enough, and, despite notification from the book's agent and the book's publisher that it has not earned a cent of royalties, Broussard is proceeding with the suit. To date, "Outgunned," the worst book i've ever written, has sold about 1,150 copies. The reality is that this is a waste of the court's time. Though the book is carried by nearly all the online and e services but is flopping worse there — it's below 49,000 on Amazon and below 50,000 on the Barnes and Noble sales list. In my opinion this is just another in a long line of efforts to get Shane D'antoni a chunk of money. Why was the book so bad? I was going through severe emotional problems at the time. It's been almost nine years since I spoke to D'Antoni (i never knew any Shane Gates).
And that's my real name; i'd planned to use Gates as well, but the legal assistant beat me to it.

Peter H. Brown



**peter h. brown**

August 9, 2011 at 7:06 am Edit

Reply

6. Through reliable sources, was informed that Abel was Gates legal guardian (Parent). Also, that the reason that Abel keeps his office at the Super 8 Motel, was to run interferance for his owner/friends, because the JP's, and Homeland security show up there for frequent searches. Hmmm! Wonder what that's about? Is he a lawyer or a glorified bouncer? No telling what that's all about with his frequent questionable friends and dealings. Guess that's what you have to resort to when you are a scumbag lawyer.



**rs**

October 13, 2011 at 9:56 pm Edit

Reply

## Leave a Reply

Logged in as Doug Handshoe. Log out?

EXHIBIT 22

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

[Post Comment]

## Archives by date

### April 2011

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

« Mar        May »

Search for: [____]  [Search]

## Reader Feedback / Legal

- Contact
- Imagine a world where the media is censored by crooks

## Support Slabbed



## Truitt Law, the official law firm of Slabbed New Media

EXHIBIT 22



## Slabbed on Twitter

- 53 mins ago
  Slabbed http://t.co/u4Cvt4cDry via @Slabbedblog
- 10 hours ago
  Thursday Music: Our finest hour http://t.co/igEPBSg07T via @Slabbedblog
- 10 hours ago
  I have high quality muck on both DMR and the Old Gentilly Landfill in the pipeline………
  http://t.co/8ldYwiCYCa via @Slabbedblog
- 11 hours ago
  'Haven't you run before http://t.co/hthzNZL5uJ via @MailOnline
- 14 hours ago
  RT @moseleylensnola: Premature retraction in Canadian story about @SLABBEDblog's probes into Jefferson pols? http://t.co/OmpxRbv9cm ; ht ...
- 15 hours ago
  2 high-ranking officials at Orleans sheriff's office charged in bribery scheme | http://t.co/MZbmnnni2m http://t.co/GSTtvLd6xR
- 15 hours ago
  South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts http://t.co/lZz0Liyt0S via @Slabbedblog
- 16 hours ago
  South Coast Today updates Slabbed's SPEECH Act case http://t.co/8eZcGUZdCH via @Slabbedblog
- 16 hours ago
  4 years in prison for New Orleans corruption figure with Nova Scotia ties http://t.co/1FT2fFaah6
- 16 hours ago
  Retraction &amp; apology http://t.co/QTdfVqSH8t
- 16 hours ago
  What they're saying about the Aaron Broussard prison sentence | http://t.co/MZbmnnni2m http://t.co/ijaJ4WzYJU
- 17 hours ago
  Ex-trooper admits beating http://t.co/s2elRwgCDO
- 17 hours ago
  RT @zeldafaybaker: @SLABBEDblog BROUSSARD Sentencing PROVES PIGGIE Politicians are

EXHIBIT 22

LEGALLY SANCTIONED Criminals ~ http://t.co/WnlAkyxkG6 ...

- 18 hours ago
  Public outrage on display Part 1: Some thoughts on the Broussard sentencing. http://t.co/G9A73g1SLi via @Slabbedblog
- 20 hours ago
  RT @JPaulHampton: Report: Alex Rodriguez's charitable foundation was not ... charitable - http://t.co/Log01TQNYG http://t.co/4EjoJc3zpx

## Creative Commons License



Slabbed by Slabbed New Media LLC is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License.

Permissions beyond the scope of this license may be available at www.slabbed.org/contact/.

## Recent Comments

- Doug Handshoe on Public outrage on display Part 1: Some thoughts on the Broussard sentencing.
- ummmm on DMR Scandal Day 122: Sun Herald reports Tina Shumate the catalyst for DMR purchase of former DMR Executive Director's son's lot
- NOLA born on Public outrage on display Part 1: Some thoughts on the Broussard sentencing.
- Incroyable on South Coast Today updates Slabbed's SPEECH Act case
- Incroyable on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- rfp on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Lightning K on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Kidd on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Kidd on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on Must Read: 4 years in prison for New Orleans corruption figure with Nova Scotia ties
- lockemuptight on Must Read: 4 years in prison for New Orleans corruption figure with Nova Scotia ties
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Ricardo on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)

## Meta

EXHIBIT 22

- Site Admin
- Log out
- Entries RSS
- Comments RSS
- WordPress.org

© 2007–2013 Slabbed New Media LLC

EXHIBIT 22