# Slabbed

Alternative New Media for the Gulf South

# BREAKING: Self described King of Torts gets his ass kicked in California

with 6 comments

> "These guys are the worst of hypocrites that you can possibly find," said Roger Chadderdon, technology counsel at Cataphora. "They claim to be trying to help the little guy, but what they're doing is trying to put more money in their own pockets. Everybody knows that, but this is a case that illustrates it beyond what I have ever seen."

So who is this self proclaimed King of Torts? He and his son have appeared on these pages before. Now the real riddle is what does this guy have to do with the Goat Farm lawsuit Charles Leary is mentioned so prominently in? (Leary has denied involvement in that lawsuit to the Canadian media despite the offical court record here in Louisiana.) Perhaps an ex wife who partnered with Trout Point Owner Danny Abel to homecook the out of state plaintiff they attempted to fleece. Man the stories I've heard about Deonne whew! And that doesn't count the problems Deonne and her ex are having in Florida these days. Kinda mirrors the crash and burn now occurring on the shores of the Tusket River in Nova Scotia huh.

To paraphrase Nowdy the past isn't dead, it is not even past.

Stay tuned.

sop



Like  0    0

Written by Doug Handshoe  Edit

September 26, 2011 at 3:18 pm

Posted in Sop

Tagged with BP oil spill litigation, Charles Leary, Class Action Litigation, Daniel Becnel Jr, Danny Abel, Deonne DuBarry, King of Torts

« BREAKING: Waste Management files suit against River Birch, Heebe and Jim Ward.
Tuesday Music: Magnum goes Hollywood so let's get the party started. »

# 6 Responses

Subscribe to comments with RSS.

EXHIBIT 25

1. A word of advice, don't believe all that you read. I am not to my knowledge a part of any litigation with either Danny's. I have no idea about any problems we are having in Florida or anywhere. I would like to hear stories, you have heard about me. According to your statement, I must be a legend in my own time.

   

   **Deonne Du Barry**

   November 27, 2011 at 6:30 am Edit

   Reply

2. If I read about your tax troubles on the bathroom wall I'd be skeptical but court records I take as a journalistic fact. And yes your.exploits are the stuff of legend in certain circles.

   sop

   

   **sop81_1**

   November 27, 2011 at 6:46 am Edit

   Reply

   - http://www.lasc.org/opinions/2002/01B2836.pc.pdf

     sop

     

     **sop81_1**

     November 28, 2011 at 3:39 am Edit

     Reply

3. Well you know there are two sides to a story and a lot goes on behind the judical scenes that end up with an injustice. You know they say do not judge a person until you have walled a mile in their shoes.
   I am confident the "legendary" stories you have heard are greatly distorted. You have obviously condemned me without even knowing me. The simple truth is that I was a single mother raisin to two sons, getting a law degree, while undergoing unspeakable acts by the former husband. I have always worked very hard to creare and maintain a career and life that I and my children could take pride in. I am disappointed in your lack of journalistic integrity. You are more like a papparzi!

   

EXHIBIT 25

**Deonne Du Barry**

December 17, 2011 at 5:53 pm Edit

Reply

4. Papparzi? Lil' ol' me? Naw, papparzi run around with cameras chasing people like Madonna. I'm just an ordinary guy that goes on the occasional rant after discovering many of the reasons the justice system here did not work after Katrina. The oil spill was a bonus because we all got ring side seats to the greed driven cesspool that is the various local court systems and bar BUT we didn't have to lose our homes to get it.

   Now I'll give you this Deonne, you got more sack than most of our subjects coming on here to tell your side of things. But your history in the public record really smells and your prior associations stink even worse. And if you take pride in that I'm more than happy to let our readers judge my journalism without further comment.

   Happy to have you here with us to tell your side of things.

   sop

   

   **sop81_1**

   December 19, 2011 at 2:14 am Edit

   Reply

5. You want to sit down and talk, I am sure you know how to find me. By the way I have not lived in La. since 2002,

   Merry Christmas and otherwise adios!

   

   **Deonne Du Barry**

   December 23, 2011 at 9:41 am Edit

   Reply

## Leave a Reply

Logged in as Doug Handshoe. Log out?

EXHIBIT 25

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Post Comment

## Archives by date

September 2011

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

« Aug     Oct »

Search for: [        ] Search

## Reader Feedback / Legal

- Contact
- Imagine a world where the media is censored by crooks

## Support Slabbed



## Truitt Law, the official law firm of Slabbed New Media

EXHIBIT 25



## Slabbed on Twitter

- 1 hour ago
  Slabbed http://t.co/u4Cvt4cDry via @Slabbedblog
- 11 hours ago
  Thursday Music: Our finest hour http://t.co/igEPBSg07T via @Slabbedblog
- 11 hours ago
  I have high quality muck on both DMR and the Old Gentilly Landfill in the pipeline………
  http://t.co/8ldYwiCYCa via @Slabbedblog
- 11 hours ago
  'Haven't you run before http://t.co/hthzNZL5uJ via @MailOnline
- 15 hours ago
  RT @moseleylensnola: Premature retraction in Canadian story about @SLABBEDblog's probes into Jefferson pols? http://t.co/OmpxRbv9cm ; ht ...
- 15 hours ago
  2 high-ranking officials at Orleans sheriff's office charged in bribery scheme | http://t.co/MZbmnnni2m http://t.co/GSTtvLd6xR
- 16 hours ago
  South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts http://t.co/lZz0Liyt0S via @Slabbedblog
- 16 hours ago
  South Coast Today updates Slabbed's SPEECH Act case http://t.co/8eZcGUZdCH via @Slabbedblog
- 16 hours ago
  4 years in prison for New Orleans corruption figure with Nova Scotia ties http://t.co/1FT2fFaah6
- 16 hours ago
  Retraction &amp; apology http://t.co/QTdfVqSH8t
- 16 hours ago
  What they're saying about the Aaron Broussard prison sentence | http://t.co/MZbmnnni2m http://t.co/ijaJ4WzYJU
- 17 hours ago
  Ex-trooper admits beating http://t.co/s2elRwgCDO
- 18 hours ago
  RT @zeldafaybaker: @SLABBEDblog BROUSSARD Sentencing PROVES PIGGIE Politicians are

EXHIBIT 25

LEGALLY SANCTIONED Criminals ~ http://t.co/WnlAkyxkG6 ...

- 18 hours ago
  Public outrage on display Part 1: Some thoughts on the Broussard sentencing. http://t.co/G9A73g1SLi via @Slabbedblog
- 20 hours ago
  RT @JPaulHampton: Report: Alex Rodriguez's charitable foundation was not ... charitable - http://t.co/Log01TQNYG http://t.co/4EjoJc3zpx

## Creative Commons License



Slabbed by Slabbed New Media LLC is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License.

Permissions beyond the scope of this license may be available at www.slabbed.org/contact/.

## Recent Comments

- Doug Handshoe on Public outrage on display Part 1: Some thoughts on the Broussard sentencing.
- ummmm on DMR Scandal Day 122: Sun Herald reports Tina Shumate the catalyst for DMR purchase of former DMR Executive Director's son's lot
- NOLA born on Public outrage on display Part 1: Some thoughts on the Broussard sentencing.
- Incroyable on South Coast Today updates Slabbed's SPEECH Act case
- Incroyable on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- rfp on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Lightning K on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Kidd on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Kidd on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on Must Read: 4 years in prison for New Orleans corruption figure with Nova Scotia ties
- lockemuptight on Must Read: 4 years in prison for New Orleans corruption figure with Nova Scotia ties
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Ricardo on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)

## Meta

EXHIBIT 25

- Site Admin
- Log out
- Entries RSS
- Comments RSS
- WordPress.org

© 2007–2013 Slabbed New Media LLC

EXHIBIT 25