# Slabbed

Alternative New Media for the Gulf South

# First class bitches, common thugs or plain ol' morons: The Girls at Trout Point Lodge sue Fox 8 and Slabbed. A Trout Point Lodge /Jefferson Parish Political Corruption Scandal Update

with 23 comments

Folks the litigitious bunch at Team Girls/Trout Point are suing again and I was leaked a copy.  I use the term leak here because the paperwork arrived at my doorstep in what Mrs Sop describes as a "knock and run".  What I'm gonna do since time is short for me today is post the suit, which is both inane and fairly comical.  (Internally we couldn't decide  if paragraphs 26, 87  or 88 were the funniest but I feel comfortable our readers can make up their own minds there.)  Later I will post an official statement from Slabbed New Media LLC and put up a new page titled "So You Want to Sue Slabbed" which will give some elemental instruction on how to properly execute service of process etc. Click the pic to get the latest screed from the girls while I prepare the next installment connecting Trout Point Lodge to the Jefferson Parish Political Corrutpion Scandal. ~ sop

EXHIBIT 28

2011                                                                Yar. No. 353654

IN THE SUPREME COURT OF NOVA SCOTIA

BETWEEN:

**Trout Point Lodge, Limited,** *a Nova Scotia Limited Company*, **Vaughn Perret**, and **Charles Leary**

**Plaintiffs**

- and –

**Doug Handshoe**

**Defendant**



**Notice of Action**

To:   Doug Handshoe

**Action has been started against you**
The plaintiffs take action against you.

The plaintiffs started the action by filing this notice with the court on the date certified by the prothonotary.

The plaintiffs claim the relief described in the attached statement of claim.  The claim is based on claims of defamation, intentional infliction of emotional & mental harm, and assault based on your publications on the slabbed Internet blog.

Like  0                    0

Written by Doug Handshoe Edit

August 18, 2011 at 9:31 am

Posted in Sop

Tagged with 1st Amendment Rights, Aaron Broussard, Charles Leary, Fox 8, Jefferson Parish Political Corruption Scandal, La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities, SLAPP,

EXHIBIT 28

[Trout Point L.P.](), [Trout Point Lodge](), [Vaughn Perret]()

« [It's Alternative Wednesday Music Twofer!]()
[Thursday Music: We have a winner!]() »

## 23 Responses

Subscribe to comments with [RSS]().

1. you gave the poor guy fever blisters.

   

   **jr**

   August 18, 2011 at [5:02 am]() [Edit]()

   [Reply]()

2. I love item 71 "deprived the plaintiffs of their friendly intercourse". PS to the Courts of Canada, I'm just a reader not a homowhatever.

   

   **Wayne Dowdle**

   August 18, 2011 at [5:18 am]() [Edit]()

   [Reply]()

3. That petition reads like some stream of consciousness bullshit typed up after a couple of glasses of Vouvray.

   

   **Not At All Surprised**

   August 18, 2011 at [5:37 am]() [Edit]()

   [Reply]()

4. I sounds like you got under somebody's saddle.

   

   **Post Turtle**

   August 18, 2011 at [6:38 am]() [Edit]()

EXHIBIT 28

Reply

5. SHOOTOUT at the SLABBED CORRAL
   http://www.eroticazelda.com/_PIGGIES/_SHOOTOUT_AT…

   

   **Patricia**

   August 18, 2011 at 8:23 am Edit

   Reply

6. As promised I have put up a new page, which shows on our top navigation bar.
   http://slabbed.wordpress.com/so-you-want-to-sue-s…

   sop

   

   **sop81_1**

   August 18, 2011 at 11:09 am Edit

   Reply

7. I have an ear ready for some Marine Band Battle Music along about now.

   

   **lockemuptight**

   August 18, 2011 at 11:17 am Edit

   Reply

   ○ You mean like this.
     http://www.youtube.com/watch?v=ZFMMtYppKL0

     sop

     

     **sop81_1**

     August 18, 2011 at 11:20 am Edit

     Reply

EXHIBIT 28

8. [...] See the original post here: First class bitches, common thugs or plain ol' morons: The Girls … [...]

    **[First class bitches, common thugs or plain ol' morons: The Girls … | BTS MUC | Un site utilisant WordPress](#)**

    August 18, 2011 at 11:48 am Edit

    Reply

9. Ring———— Ring————— Ring————— Hello, yes this is the MIssissippi State Police——— you say your name is Dudley Doright of the Royal Canadian Mounted Police——— and you say you want to extradite a Doug Handshoe————————-son, do you realize that Mr.Handshoe and family rode out Katrina on his roof a couple of years ago while certain other cowards evacuated entire cities and later cried ———— and son one last thing, when you come with a division or more better look like bringing several thousand plastic bags to take back all your horseshit from our clean roads as we have strict laws against shit, especially all the way from Canada. Dudley———Oh Dudley——- you still there son.

    

    **lockemuptight**

    August 18, 2011 at 12:56 pm Edit

    Reply

10. Oh Yea, feeling good.Thank you and SEMPER FIDELIS forever.

    

    **lockemuptight**

    August 18, 2011 at 1:20 pm Edit

    Reply

11. Am I right there is no Full Faith and Credit from a Judgment rendered in Canada?

    Beyond non-sense. The mere act of filing something so dumb subjects them to further ridicule.

    

    **NRB**

    August 18, 2011 at 2:02 pm Edit

    Reply

    ○ Bingo NRB. What American judge is gonna let a foreign judge determine the merits of a

EXHIBIT 28

constitutional dispute between US Citizens?

So yes the girls really crapped all over themselves. I'm thinking their suit would look good on a roll of toilet paper Krewe of Tucks style.

sop



**sop81_1**

August 18, 2011 at 2:38 pm Edit

Reply

12. I feel left out….. Nobody loves me, nobody…



**MagnumfyThis**

August 18, 2011 at 2:53 pm Edit

Reply

13. Ring Ring——— Ring Ring———— Hello, Sgt. Ferries R.Coming here, Wiggins City Hall———- what ?————-yes Auntie Dean I'll sure the hell check it out———and Auntie gotta tell you I had a dream about old Dizzy Dean and the St.Louis Gashouse gang of the 40's and that he never got hit by that line drive and became the winningest pitcher of all time———- Ok, Auntie now calm down before you blow a support hose——— and you say they were riding big horses, had sweatin' doo- rags under some funny hats and carrying large black flex-force bags of smelly shit in the hot Mississippi sun—- I can assure you Auntie they're not our Finest Confederate troops lost in a time warp—- I'll get right on it— Bye—-click.



**lockemuptight**

August 19, 2011 at 4:09 am Edit

Reply

14. When your knee deep in political corruption you'd better off taking your horse shit far far away, say like NS. Horseshit, Cow-shit, and Dog-shit. Words for thought. Hell man just tell the fuckers your name is Robert Marie and they will simply avoid you and you can just give em more.

When the politician's screw someone it's all funny. Call them out on committed crimes not allowed anyone, they joke about it like it's just a game. It was explained to me it isn't nothing personal their just the good ole boys and its all just a game. So let's just remember while waiting for that little lady to sing her song it's

EXHIBIT 28

not over till… just an nu-finished game.
Give em hell sop!
http://www.youtube.com/watch?v=KfbAFgD2mLo



**Robert Marie**

August 19, 2011 at 4:17 am Edit

Reply

15. Good one Robert. 😃 It appears the girls at Trout Point have caused an international incident. Oh Charles Leary PhD from Cornhole University time to come out to playyyyyyy.

sop



**sop81_1**

August 19, 2011 at 4:49 am Edit

Reply

16. Oh come on out Charles, its just a parody. There's nothing to worry your little , faint ass heart about. Oh Tim would you go see where Leo " The Shitbucket " went too It's almost recess time and we need to have some fun and games.But first we need to listen to a little more Marine Band "Battle Hymn of the Republic"—— oh, its so so good.Now Charles put that 2.5 inch pistol back into your panties you know there's no tiny weapons allowed on University grounds.



**lockemuptight**

August 19, 2011 at 7:43 am Edit

Reply

17. Ah do believe that it may be time to sue those douche-bags here in the good ole US of A. Ah believe they may just still own some property in these here United States of America which could be seized to satisfy an American Judgment , n'est-ce-pas, Cher?

Mah legalize is dusty but you big strong lawyer-types surely can help out now , can't ya?

Ah am feeling that my Blogging Persona has been slandered and libeled by their foolish, frivolous lawsuit… oh my ah feel faint…ah may just have a vapor right here and now…

EXHIBIT 28



**unslabbed**

August 19, 2011 at 10:32 am Edit

Reply

18. Damn, did I inadvertently use my real name above…Sorry Canada, really my apologies, please oh please don't sue me.



**Golfhack**

August 19, 2011 at 1:23 pm Edit

Reply

19. Ring—– Ring——- Ring——- Hello, yes this is the Mississippi State Police——— you say you're the infamous Dudley Doright of the Royal Canadian Mounted Police —– so who gives a rats ass ——————you're in Wiggins,Miss. to serve some paper with skid marks at the Post Office but you're lost——- well son, whats your location?—— you say you're next to a big pine tree huh—— well son, take 46th Street 15 blocks till you reach 27th then take a right go 12 blocks till you reach the Dizzy Dean statue then take the Wiggins Toll Freeway left and go approximately 2 miles then take 56th right to the subway station at 64th —– Dudley?—– Dudley?— you still there son? ——-

    FYI : The Canadians have banned the showing of the Dudley Doright cartoons. I guess they feel they're blasphemous.
    http://www.youtube.com/watch?v=Q83Jqd2hOYg for those wishing to see Dudley riding his horse sitting backward. and getting lost in the woods and on and on…



**lockemuptight**

August 21, 2011 at 6:12 am Edit

Reply

20. I couldn't download that particular Dudley Doright video but I viewed it and know it's out there in cyberspace. Punch in Dudley Do-right cartoons in the you tube website and look for "damsel in distress"video.

    If you are successful, better pull down your shades and barricade the door as this area is crawling with the internationally feared RCMP- i.e. Royal Collection of Mounted Pussies.

EXHIBIT 28



**lockemuptight**

August 21, 2011 at 6:28 am Edit

Reply

21. [...] and harm and assault, based on the Slabbed.com stories. The story about the suit was titled "First class bitches, common thugs or plain ol' morons: The Girls at Trout Point Lodge sue Fox 8…"  There is no indication that a formal suit has ensued, though handshore posted a column [...]

**More legal tussles for Trout Point Lodge « shelburnecountytoday**

September 8, 2011 at 12:20 pm Edit

Reply

## Leave a Reply

Logged in as Doug Handshoe. Log out?

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Post Comment

## Archives by date

August 2011
S M T W T F S
    1  2  3  4  5  6
7  8  9  10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27

EXHIBIT 28

28 [29](.) [30](.) [31](.)

[« Jul](.)             [Sep »](.)

Search for: [          ]  [Search]

## Reader Feedback / Legal

- [Contact](.)
- [Imagine a world where the media is censored by crooks](.)

## Support Slabbed



## Truitt Law, the official law firm of Slabbed New Media



## Slabbed on Twitter

- [1 hour ago](.)
  Slabbed [http://t.co/u4Cvt4cDry](.) via @[Slabbedblog](.)
- [11 hours ago](.)
  Thursday Music: Our finest hour [http://t.co/igEPBSg07T](.) via @[Slabbedblog](.)
- [11 hours ago](.)
  I have high quality muck on both DMR and the Old Gentilly Landfill in the pipeline………
  [http://t.co/8ldYwiCYCa](.) via @[Slabbedblog](.)
- [11 hours ago](.)
  'Haven't you run before [http://t.co/hthzNZL5uJ](.) via @[MailOnline](.)
- [15 hours ago](.)
  RT @[moseleylensnola](.): Premature retraction in Canadian story about @[SLABBEDblog](.)'s probes into Jefferson pols? [http://t.co/OmpxRbv9cm](.) ; ht ...
- [16 hours ago](.)

EXHIBIT 28

2 high-ranking officials at Orleans sheriff's office charged in bribery scheme | http://t.co/MZbmnnni2m http://t.co/GSTtvLd6xR

- 16 hours ago
  South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts http://t.co/lZz0Liyt0S via @Slabbedblog
- 16 hours ago
  South Coast Today updates Slabbed's SPEECH Act case http://t.co/8eZcGUZdCH via @Slabbedblog
- 16 hours ago
  4 years in prison for New Orleans corruption figure with Nova Scotia ties http://t.co/1FT2fFaah6
- 16 hours ago
  Retraction &amp; apology http://t.co/QTdfVqSH8t
- 17 hours ago
  What they're saying about the Aaron Broussard prison sentence | http://t.co/MZbmnnni2m http://t.co/ijaJ4WzYJU
- 17 hours ago
  Ex-trooper admits beating http://t.co/s2elRwgCDO
- 18 hours ago
  RT @zeldafaybaker: @SLABBEDblog BROUSSARD Sentencing PROVES PIGGIE Politicians are LEGALLY SANCTIONED Criminals ~ http://t.co/WnlAkyxkG6 ...
- 18 hours ago
  Public outrage on display Part 1: Some thoughts on the Broussard sentencing. http://t.co/G9A73g1SLi via @Slabbedblog
- 20 hours ago
  RT @JPaulHampton: Report: Alex Rodriguez's charitable foundation was not ... charitable - http://t.co/Log01TQNYG http://t.co/4EjoJc3zpx

## Creative Commons License



Slabbed by Slabbed New Media LLC is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License.

Permissions beyond the scope of this license may be available at www.slabbed.org/contact/.

## Recent Comments

- Doug Handshoe on Public outrage on display Part 1: Some thoughts on the Broussard sentencing.
- ummmm on DMR Scandal Day 122: Sun Herald reports Tina Shumate the catalyst for DMR purchase of former DMR Executive Director's son's lot
- NOLA born on Public outrage on display Part 1: Some thoughts on the Broussard sentencing.
- Incroyable on South Coast Today updates Slabbed's SPEECH Act case
- Incroyable on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)
- Doug Handshoe on South Coast Today issues a retraction on the Broussard saga: Slabbed compares and

EXHIBIT 28

- rfp on [South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)](#)
- Lightning K on [South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)](#)
- Kidd on [South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)](#)
- Kidd on [South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)](#)
- Doug Handshoe on [Must Read: 4 years in prison for New Orleans corruption figure with Nova Scotia ties](#)
- [lockemuptight](#) on [Must Read: 4 years in prison for New Orleans corruption figure with Nova Scotia ties](#)
- Doug Handshoe on [South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)](#)
- Ricardo on [South Coast Today issues a retraction on the Broussard saga: Slabbed compares and contrasts (Updated)](#)

## Meta

- [Site Admin](#)
- [Log out](#)
- [Entries RSS](#)
- [Comments RSS](#)
- [WordPress.org](#)

© 2007–2013 Slabbed New Media LLC

EXHIBIT 28