**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**



**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)



| Name | Type | City | Status |
|------|------|------|--------|
| CHICORY FARM'S AMERICAN GOURMET L.L.C. | Limited Liability Company | NEW ORLEANS | Inactive |

**Business:** CHICORY FARM'S AMERICAN GOURMET L.L.C.
**Charter Number:** 34508579K
**Registration Date:** 10/18/1995
**State Of Origin:**
**Domicile Address**

723 HILLARY STREET
NEW ORLEANS, LA 70118

**Mailing Address**

723 HILLARY STREET
NEW ORLEANS, LA 70118

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 10/18/1995 |
| **Last Report Filed:** | N/A |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | EDWARD M. PORCHE, JR. |
| **Address 1:** | 3500 N. HULLEN STREET |
| **City, State, Zip:** | METAIRIE, LA 70002 |
| **Appointment Date:** | 10/18/1995 |

## Officer(s)                                    Additional Officers: Yes

| | |
|---|---|
| **Officer:** | DANIEL G. ABLE |
| **Title:** | Member |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT. HERMAN, LA 70450 |

| | |
|---|---|
| **Officer:** | VAUGHN J. PERRET |
| **Title:** | Member |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT. HERMAN, LA 70450 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEERY |
| **Title:** | Member |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT. HERMAN, LA 70450 |

## Amendments on File (1)

EXHIBIT 29

| Description | Date |
|---|---|
| Revoked | 2/16/2005 |

Print

EXHIBIT 29



**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| INSTITUTE FOR CIVIL INTELLIGENCE, LLC | Limited Liability Company | METAIRIE | Inactive |

**Business:** INSTITUTE FOR CIVIL INTELLIGENCE, LLC
**Charter Number:** 35174509K
**Registration Date:** 11/26/2001
**State Of Origin:**
**Domicile Address**
    2421 CLEARVIEW PKWY
    STE 106
    METAIRIE, LA 70001
**Mailing Address**
    C/O LEGAL DEPARTMENT
    2421 CLEARVIEW PKWY, STE 106
    METAIRIE, LA 70001

## Status

**Status:** **Inactive**
**Inactive Reason:** **Action by Secretary of State**
**File Date:** 11/26/2001
**Last Report Filed:** 7/1/2010
**Type:** Limited Liability Company

## Registered Agent(s)

| | |
|------|------|
| **Agent:** | DANIEL ABEL |
| **Address 1:** | 2421 CLEARVIEW PKWY |
| **Address 2:** | STE 106 |
| **City, State, Zip:** | METAIRIE, LA 70001 |
| **Appointment Date:** | 11/26/2001 |

## Officer(s)

**Additional Officers: No**

| | |
|------|------|
| **Officer:** | SHANE M. GATES |
| **Title:** | Manager, Member |
| **Address 1:** | 2421 CLEARVIEW PKWY |
| **Address 2:** | STE 106 |
| **City, State, Zip:** | METAIRIE, LA 70001 |

## Amendments on File (3)

| Description | Date |
|-------------|------|
| Revoked | 2/21/2006 |
| Reinstatement | 7/1/2010 |

EXHIBIT 29

| Revoked | 2/15/2013 |
|---------|-----------|

**Print**

EXHIBIT 29



# LOUISIANA SECRETARY OF STATE

*www.sos.la.gov*

Tom Schedler

**Tom Schedler** | **About our Office** | **A-Z Index** | **Site Support** | **Search** | **Social Hub**

**Archives**

**Commercial**
- Administrative Services
- Department Contacts
- Corporations
- File Online
  - Corporation Forms
  - Fee Schedule
  - Newsletter
  - Quarterly Revocation List
  - Certified Copies
  - Search Database
  - New Corporation Newsletters
  - Certificate Validation
  - Order Status / Retrieval
  - Filing Options & Aids
  - Frequently Asked Questions
  - News
- Starting a Business
- Uniform Commercial Code

**Commissions**

**Elections**

**Museums**

**Notary**

**Publications**

**Voter Outreach**

**Other Services**

Home › Commercial › Corporations › Search Database

[Buy Certificates and Certified Copies]   [Print Reinstatement/Annual Report for Filing]

[Subscribe to Electronic Notification]   [Print Detailed Record]

| Name | Type | City | Status |
|---|---|---|---|
| MT. HERMON FLOWER COMPANY, L.L.C. | Limited Liability Company | MOUNT HERMON | Inactive |

**Previous Names**

**Business:**    MT. HERMON FLOWER COMPANY, L.L.C.

**Charter Number:**    34510732K

**Registration Date:**    11/14/1995

**Domicile Address**

33501 HIGHWAY 1055

MOUNT HERMON, LA 70450

**Mailing Address**

33501 HIGHWAY 1055

MOUNT HERMON, LA 70450

**Status**

**Status:**    **Inactive**

**Inactive Reason:**    **Action by Secretary of State**

**File Date:**    11/14/1995

**Last Report Filed:**    4/2/2004

**Type:**    Limited Liability Company

**Registered Agent(s)**

| Agent: | EDWARD M. PORCHE, JR. |
|---|---|
| Address 1: | 3500 N. HULLEN STREET |
| City, State, Zip: | METAIRIE, LA 70002 |
| Appointment Date: | 11/14/1995 |

**Officer(s)**                     **Additional Officers: No**

| Officer: | DANIEL G. ABEL |
|---|---|
| Title: | Member |
| Address 1: | 33501 HIGHWAY 1055 |
| City, State, Zip: | MOUNT HERMON, LA 70450 |

| Officer: | VAUGHN J. PERRET |
|---|---|
| Title: | Member |
| Address 1: | 33501 HIGHWAY 1055 |
| City, State, Zip: | MOUNT HERMON, LA 70450 |

| Officer: | CHARLES L. LEERY |
|---|---|
| Title: | Member |
| Address 1: | 33501 HIGHWAY 1055 |
| City, State, Zip: | MOUNT HERMON, LA 70450 |

**Amendments on File (1)**

| Description | Date |
|---|---|

EXHIBIT 29

| | |
|---|---|
| Revoked | 2/15/2008 |

Back to Search Results   New Search   View Shopping Cart

This website and its contents are the property of the State of Louisiana © 2013.

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**





**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| LOUISIANA INTERNET GUIDES, INC. | Business Corporation | SLIDELL | Inactive |

**Business:** LOUISIANA INTERNET GUIDES, INC.
**Charter Number:** 35900448D
**Registration Date:** 3/16/2005
**State Of Origin:**
**Domicile Address**
  56345 MCMANUS ROAD
  SLIDELL, LA 70461
**Mailing Address**
  C/O DANIEL G. ABEL
  56345 MCMANUS ROAD
  SLIDELL, LA 70461

## Status

**Status:** Inactive
**Inactive Reason:** Action by Secretary of State
**File Date:** 3/16/2005
**Last Report Filed:** N/A
**Type:** Business Corporation

## Registered Agent(s)

| Agent: | DANIEL G. ABEL |
|---|---|
| Address 1: | 56345 MCMANUS ROAD |
| City, State, Zip: | SLIDELL, LA 70461 |
| Appointment Date: | 3/16/2005 |

## Officer(s)

**Additional Officers: No**

| Officer: | DANIEL G. ABEL |
|---|---|
| Title: | Director |
| Address 1: | 56345 MCMANUS ROAD |
| City, State, Zip: | SLIDELL, LA 70461 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Revoked | 5/15/2009 |

Print

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**



<u>Fax Numbers</u>
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

---

| Name | Type | City | Status |
|------|------|------|--------|
| LA FERME LTD. | Business Corporation | METAIRIE | Inactive |

**Business:**          LA FERME LTD.
**Charter Number:**    34571152D
**Registration Date:** 9/9/1997
**State Of Origin:**
**Domicile Address**

      1161 LAKE AVE
      SUITE 210
      METAIRIE, LA 70005

**Mailing Address**

      C/O CHARLES L. LEARY
      1161 LAKE AVE., STE. 210
      NEW ORLEANS, LA 70118

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 9/9/1997 |
| **Last Report Filed:** | 4/6/2010 |
| **Type:** | Business Corporation |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | CHARLES L. LEARY |
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 9/9/1997 |

| | |
|---|---|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 2/18/2003 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | President, Director |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEARY |
| **Title:** | Director, Secretary |
| **Address 1:** | 723 HILLARY ST. |

EXHIBIT 29

| | |
|---|---|
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

| | |
|---|---|
| **Officer:** | VAUGHN J. PERRET |
| **Title:** | Vice-President, Director |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

## Amendments on File (3)

| Description | Date |
|---|---|
| Revoked | 11/21/2009 |
| Reinstatement | 4/6/2010 |
| Revoked | 11/16/2012 |

Print

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**



**COMMERCIAL DIVISION**
**225.925.4704**

**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| LA FERME LTD. | Business Corporation | METAIRIE | Inactive |

| | |
|---|---|
| **Business:** | LA FERME LTD. |
| **Charter Number:** | 34571152D |
| **Registration Date:** | 9/9/1997 |
| **State Of Origin:** | |

**Domicile Address**

1161 LAKE AVE

SUITE 210

METAIRIE, LA 70005

**Mailing Address**

C/O CHARLES L. LEARY

1161 LAKE AVE., STE. 210

NEW ORLEANS, LA 70118

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 9/9/1997 |
| **Last Report Filed:** | 4/6/2010 |
| **Type:** | Business Corporation |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | CHARLES L. LEARY |
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 9/9/1997 |

| | |
|---|---|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 2/18/2003 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | President, Director |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEARY |
| **Title:** | Director, Secretary |
| **Address 1:** | 723 HILLARY ST. |

EXHIBIT 29

| City, State, Zip: | NEW ORLEANS, LA 70118 |
|---|---|

| | |
|---|---|
| **Officer:** | VAUGHN J. PERRET |
| **Title:** | Vice-President, Director |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

## Amendments on File (3)

| Description | Date |
|---|---|
| Revoked | 11/21/2009 |
| Reinstatement | 4/6/2010 |
| Revoked | 11/16/2012 |

Print

# LOUISIANA
# SECRETARY OF STATE
## www.sos.la.gov

Tom Schedler

Tom Schedler | About our Office | A-Z Index | Site Support | Search | Social Hub

- **Archives**
- **Commercial**
  - Administrative Services
  - Department Contacts
  - Corporations
    - File Online
    - Corporation Forms
    - Fee Schedule
    - Newsletter
    - Quarterly Revocation List
    - Certified Copies
    - Search Database
    - New Corporation Newsletters
    - Certificate Validation
    - Order Status / Retrieval
    - Filing Options & Aids
    - Frequently Asked Questions
    - News
  - Starting a Business
  - Uniform Commercial Code
- **Commissions**
- **Elections**
- **Museums**
- **Notary**
- **Publications**
- **Voter Outreach**
- **Other Services**



Home ▸ Commercial ▸ Corporations ▸ Search Database

[ Buy Certificates and Certified Copies ]   [ Print Reinstatement/Annual Report for Filing ]
[ Subscribe to Electronic Notification ]   [ Print Detailed Record ]

| Name | Type | City | Status |
|---|---|---|---|
| LA FERME LTD. | Business Corporation | METAIRIE | Inactive |

**Previous Names**

| | |
|---|---|
| **Business:** | LA FERME LTD. |
| **Charter Number:** | 34571152D |
| **Registration Date:** | 9/9/1997 |

Domicile Address

    1161 LAKE AVE
    SUITE 210
    METAIRIE, LA 70005

Mailing Address

    C/O CHARLES L. LEARY
    1161 LAKE AVE., STE. 210
    NEW ORLEANS, LA 70118

Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 9/9/1997 |
| **Last Report Filed:** | 4/6/2010 |
| **Type:** | Business Corporation |

**Registered Agent(s)**

| | |
|---|---|
| **Agent:** | CHARLES L. LEARY |
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 9/9/1997 |

| | |
|---|---|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 1161 LAKE AVE |
| **Address 2:** | SUITE 210 |
| **City, State, Zip:** | METAIRIE, LA 70005 |
| **Appointment Date:** | 2/18/2003 |

**Officer(s)**        Additional Officers: No

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | President, Director |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEARY |
| **Title:** | Director, Secretary |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |

EXHIBIT 29

| Officer: | VAUGHN J. PERRET |
| Title: | Vice-President, Director |
| Address 1: | 723 HILLARY ST. |
| City, State, Zip: | NEW ORLEANS, LA 70118 |

**Amendments on File (3)**

| Description | Date |
| --- | --- |
| Revoked | 11/21/2009 |
| Reinstatement | 4/6/2010 |
| Revoked | 11/16/2012 |

Back to Search Results    New Search    View Shopping Cart

This website and its contents are the property of the State of Louisiana © 2013.

EXHIBIT 29



| **Tom Schedler**<br>**Secretary of State** | **State of Louisiana**<br>**Secretary of State** | **COMMERCIAL DIVISION**<br>**225.925.4704** |



**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| NEW ORLEANS MOTORCOACH, L.L.C. | Limited Liability Company | SLIDELL | Inactive |

**Business:**    NEW ORLEANS MOTORCOACH, L.L.C.
**Charter Number:**    34647065K
**Registration Date:**    6/1/1998
**State Of Origin:**
**Domicile Address**
     119 JUBILEE POINT
     SLIDELL, LA 70458
**Mailing Address**
     119 JUBILEE POINT
     SLIDELL, LA 70458

## Status

| | |
|---|---|
| Status: | **Inactive** |
| Inactive Reason: | **Voluntary Action** |
| File Date: | 6/1/1998 |
| Last Report Filed: | N/A |
| Type: | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 3500 NORTH HULLEN |
| **City, State, Zip:** | METAIRIE, LA 70002 |
| **Appointment Date:** | 6/1/1998 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | SHANE L. DANTONI |
| **Title:** | Member |
| **Address 1:** | 3500 NORTH HULLEN |
| **City, State, Zip:** | METAIRIE, LA 70002 |

| | |
|---|---|
| **Officer:** | JOHN W. HOUGHTOLING |
| **Title:** | Member |
| **Address 1:** | 3500 N. HULLEN |
| **City, State, Zip:** | METAIRIE, LA 70002 |

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | Member |
| **Address 1:** | 3500 N. HULLEN |
| **City, State, Zip:** | METAIRIE, LA 70002 |

## Amendments on File (1)

EXHIBIT 29

| Description | Date |
|---|---|
| Affidavit to Dissolve | 3/31/2004 |

Print

EXHIBIT 29

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| LOUISIANA SOCIETY FOR THE PROPAGATION OF CULINARY AND MEDICINAL MUSHROOMS, INC. | Non-Profit Corporation | MT HERMON | Inactive |

**Business:** LOUISIANA SOCIETY FOR THE PROPAGATION OF CULINARY AND MEDICINAL MUSHROOMS, INC.
**Charter Number:** 34476841N
**Registration Date:** 10/26/1994
**State Of Origin:**
**Domicile Address**
33501 HWY. 1055
MT HERMON, LA 70450
**Mailing Address**
C/O BAUGHN J. PERRET
33501 HWY. 1055
MT. HERMONK LA 70450, 70450

## Status

**Status:** **Inactive**
**Inactive Reason:** **Action by Secretary of State**
**File Date:** 10/26/1994
**Last Report Filed:** N/A
**Type:** Non-Profit Corporation

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | VAUGHN J. PERRET |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |
| **Appointment Date:** | 10/26/1994 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | VAUGHN J. PERRET |
| **Title:** | President, Director |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | Director, Vice-President |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEARY |
| **Title:** | Secretary/Treasurer, Director |
| **Address 1:** | 33501 HWY. 1055 |
| **City, State, Zip:** | MT HERMON, LA 70450 |

EXHIBIT 29

## Amendments on File (1)

| Description | Date |
|---|---|
| Revoked | 2/15/2000 |

Print

EXHIBIT 29

# LOUISIANA
## SECRETARY OF STATE
### www.sos.la.gov
Tom Schedler

| Tom Schedler | About our Office | A-Z Index | Site Support | Search | Social Hub |

**Archives**

**Commercial**
- Administrative Services
  - Department Contacts
- Corporations
  - File Online
    - Corporation Forms
    - Fee Schedule
    - Newsletter
    - Quarterly Revocation List
    - Certified Copies
    - Search Database
    - New Corporation Newsletters
    - Certificate Validation
    - Order Status / Retrieval
    - Filing Options & Aids
    - Frequently Asked Questions
    - News
- Starting a Business
- Uniform Commercial Code

**Commissions**

**Elections**

**Museums**

**Notary**

**Publications**

**Voter Outreach**

**Other Services**



Home › Commercial › Corporations › Search Database

[Buy Certificates and Certified Copies] [Print Reinstatement/Annual Report for Filing]
[Subscribe to Electronic Notification] [Print Detailed Record]

**Name**                                                          **Type**        **City**    **Status**
LOUISIANA SOCIETY FOR THE PROPAGATION OF CULINARY AND             Non-Profit      MT          Inactive
MEDICINAL MUSHROOMS, INC.                                         Corporation     HERMON

**Previous Names**

**Business:**            LOUISIANA SOCIETY FOR THE PROPAGATION OF CULINARY AND
                         MEDICINAL MUSHROOMS, INC.

**Charter Number:**      34447841N

**Registration Date:**   10/26/1994

**Domicile Address**
          33501 HWY. 1055
          MT HERMON, LA 70450

**Mailing Address**
          C/O BAUGHN J. PERRET
          33501 HWY. 1055
          MT. HERMONK LA 70450, 70450

**Status**
**Status:**              **Inactive**
**Inactive Reason:**     **Action by Secretary of State**
**File Date:**           10/26/1994
**Last Report Filed:**   N/A
**Type:**                Non-Profit Corporation

**Registered Agent(s)**

| Agent: | VAUGHN J. PERRET |
| Address 1: | 33501 HWY. 1055 |
| City, State, Zip: | MT HERMON, LA 70450 |
| Appointment Date: | 10/26/1994 |

**Officer(s)**                                                        Additional Officers: No

| Officer: | VAUGHN J. PERRET |
| Title: | President, Director |
| Address 1: | 33501 HWY. 1055 |
| City, State, Zip: | MT HERMON, LA 70450 |

| Officer: | DANIEL G. ABEL |
| Title: | Director, Vice-President |
| Address 1: | 33501 HWY. 1055 |
| City, State, Zip: | MT HERMON, LA 70450 |

| Officer: | CHARLES L. LEARY |
| Title: | Secretary/Treasurer, Director |
| Address 1: | 33501 HWY. 1055 |
| City, State, Zip: | MT HERMON, LA 70450 |

**Amendments on File (1)**

| Description | Date |
|---|---|
| Revoked | 2/15/2000 |

[Back to Search Results]  [New Search]  [View Shopping Cart]

This website and its contents are the property of the State of Louisiana © 2013.

EXHIBIT 29

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**



**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| LOUISIANA ORGANIC RESOURCE, L.L.C. | Limited Liability Company | NEW ORLEANS | Inactive |

**Business:** LOUISIANA ORGANIC RESOURCE, L.L.C.
**Charter Number:** 34550674K
**Registration Date:** 2/6/1997
**State Of Origin:**

**Domicile Address**
723 HILLARY ST.
NEW ORLEANS, LA 70018

**Mailing Address**
C/O DANIEL G. ABEL
723 HILLARY ST.
NEW ORLEANS, LA 70118

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 2/6/1997 |
| **Last Report Filed:** | N/A |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | DANIEL G. ABEL |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70118 |
| **Appointment Date:** | 2/6/1997 |

## Officer(s)

**Additional Officers: Yes**

| | |
|---|---|
| **Officer:** | MICHAEL MATHERNE |
| **Title:** | Member |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70018 |

| | |
|---|---|
| **Officer:** | LORI MATHERNE |
| **Title:** | Manager, Member |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70018 |

| | |
|---|---|
| **Officer:** | CHARLES LEARY |
| **Title:** | Member |
| **Address 1:** | 723 HILLARY ST. |
| **City, State, Zip:** | NEW ORLEANS, LA 70018 |

EXHIBIT 29

## Amendments on File (1)

| Description | Date |
|---|---|
| Revoked | 5/17/2005 |

Print

**Tom Schedler**
**Secretary of State**

**State of Louisiana**
**Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| SILKSTONE, LIMITED | Business Corporation | NEW ORLEANS | Inactive |

**Business:** SILKSTONE, LIMITED
**Charter Number:** 34444324D
**Registration Date:** 9/20/1993
**State Of Origin:**
**Domicile Address**
     1107 S. PETERS ST., #216
     NEW ORLEANS, LA 70130
**Mailing Address**
     C/O CHARLES L. LEARY
     1107 S. PETERS ST., #216
     NEW ORLEANS, LA 70130

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 9/20/1993 |
| **Last Report Filed:** | N/A |
| **Type:** | Business Corporation |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | CHARLES L. LEARY |
| **Address 1:** | 1107 S. PETERS ST., #216 |
| **City, State, Zip:** | NEW ORLEANS, LA 70130 |
| **Appointment Date:** | 9/20/1993 |

## Officer(s)

Additional Officers: Yes

| | |
|---|---|
| **Officer:** | DANIEL G. ABEL |
| **Title:** | President |
| **Address 1:** | 1107 S. PETERS ST., #216 |
| **City, State, Zip:** | NEW ORLEANS, LA 70130 |

| | |
|---|---|
| **Officer:** | VAUGHN J. PERRET |
| **Title:** | Vice-President |
| **Address 1:** | 1107 S. PETERS ST., #216 |
| **City, State, Zip:** | NEW ORLEANS, LA 70130 |

| | |
|---|---|
| **Officer:** | CHARLES L. LEARY |
| **Title:** | Secretary/Treasurer |
| **Address 1:** | 1107 S. PETERS ST., #216 |
| **City, State, Zip:** | NEW ORLEANS, LA 70130 |

EXHIBIT 29

## Amendments on File (1)

| Description | Date |
|---|---|
| Revoked | 11/17/1998 |

Print

EXHIBIT 29



# LOUISIANA SECRETARY OF STATE

Tom Schedler     www.sos.la.gov

Tom Schedler | About our Office | A-Z Index | Site Support | Search | Social Hub

**Archives**

**Commercial**
- Administrative Services
- Department Contacts
- Corporations
- File Online
  - Corporation Forms
  - Fee Schedule
  - Newsletter
  - Quarterly Revocation List
  - Certified Copies
  - Search Database
  - New Corporation Newsletters
  - Certificate Validation
  - Order Status / Retrieval
  - Filing Options & Aids
  - Frequently Asked Questions
  - News
- Starting a Business
- Uniform Commercial Code

**Commissions**

**Elections**

**Museums**

**Notary**

**Publications**

**Voter Outreach**

**Other Services**

Home › Commercial › Corporations › Search Database

[Buy Certificates and Certified Copies]   [Print Reinstatement/Annual Report for Filing]

[Subscribe to Electronic Notification]   [Print Detailed Record]

| Name | Type | City | Status |
|------|------|------|--------|
| OMNIBIBULEAN SOCIETY OF NEW ORLEANS, LLC | Limited Liability Company | NEW ORLEANS | Inactive |

**Previous Names**

**Business:**    OMNIBIBULEAN SOCIETY OF NEW ORLEANS, LLC
**Charter Number:**    34963066K
**Registration Date:**    7/10/2000

**Domicile Address**
    723 HILLARY STREET
    NEW ORLEANS, LA 70118

**Mailing Address**
    C/O SHANE L. D'ANTONI
    723 HILLARY STREET
    NEW ORLEANS, LA 70118

**Status**

**Status:**    **Inactive**
**Inactive Reason:**    **Action by Secretary of State**
**File Date:**    7/10/2000
**Last Report Filed:**    N/A
**Type:**    Limited Liability Company

**Registered Agent(s)**

| Agent: | SHANE L. D'ANTONI |
|--------|-------------------|
| Address 1: | 723 HILLARY STREET |
| City, State, Zip: | NEW ORLEANS, LA 70118 |
| Appointment Date: | 7/10/2000 |

| Agent: | DANIEL G. ABEL |
|--------|----------------|
| Address 1: | 723 HILLARY STREET |
| City, State, Zip: | NEW ORLEANS, LA 70118 |
| Appointment Date: | 7/10/2000 |

**Officer(s)**          Additional Officers: No

| Officer: | SHANE L. D'ANTONI |
|----------|-------------------|
| Title: | Member |
| Address 1: | 723 HILLARY STREET |
| City, State, Zip: | NEW ORLEANS, LA 70118 |

| Officer: | DANIEL G. ABEL |
|----------|----------------|
| Title: | Member |
| Address 1: | 723 HILLARY STREET |
| City, State, Zip: | NEW ORLEANS, LA 70118 |

**Amendments on File (1)**

| Description | Date |
|-------------|------|

EXHIBIT 29

| Description | Date |
|---|---|
| Revoked | 11/18/2005 |

**Back to Search Results**   **New Search**   **View Shopping Cart**

This website and its contents are the property of the State of Louisiana © 2013.

EXHIBIT 29