UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DANIEL G. ABEL,**     **CIVIL ACTION**
    Plaintiff

**VERSUS**     **No. 13-88**

**DOUGLAS K. HANDSHOE, et al.,**     **SECTION "E"**
    Defendants

## ORDER

The Court is in receipt of the Motion to Strike filed by Defendant, Douglas K. ("Handshoe").[1]  Handshoe has requested oral argument on the motion.

**IT IS ORDERED** that oral argument on the motion will be held on **May 15, 2013, at 10:00 a.m.**  Counsel for Plaintiff will be given twenty minutes for argument and counsel for Handshoe will be given twenty minutes for argument.

**IT IS FURTHER ORDERED** that the motion remains set for submission on **April 10, 2013.**  Accordingly, any written opposition to motion shall be filed by **April 2, 2013**, pursuant to Local Rule 7.5.

New Orleans, Louisiana, this  22nd  day of March, 2013.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 23.