UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL G. ABEL<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 13-88 |
| DOUGLAS K. HANDSHOE, et al.,<br>    Defendants | SECTION "E" [5] |

## ORDER

As defendant Handshoe has filed a 971 Motion to Strike,

Complainant's Motion To Stay the Hearing on the 971 Motion to Strike is GRANTED.

As permitted under art. 971(D) and the related jurisprudence, Abel shall be allowed to conduct discovery as to the matters relevant and material to defendant's Motion to Strike after which defendant's 971 Motion will be heard by the Court.

In the alternative, Abel is granted an extension of 8 days within which to file his response or opposition to defendant's 971 Motion to Strike.

Ordered on the _____ day of _____, 2013.  New Orleans, Louisiana.

_____
District Judge