UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL G. ABEL<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 13-88 |
| DOUGLAS K. HANDSHOE, et al.,<br>    Defendants | SECTION "E" [5] |

NOTICE OF SUBMISSION

Although filed as an ex parte motion, if necessary this matter shall be submitted before District Judge Susie Morgan on 10 April 2013, in her courtroom at the United States District Court for the Eastern District of Louisiana, at 10:00 AM.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| 2421 Clearview Parkway<br>Legal Department - Suite 106<br>Metairie, LA 70001 | I have served the Clerk using the<br>CM/ECF system and thereby<br>served all counsel. 23 March 2013. |