UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | NO.: 2:13-CV-00088 |
| | * | |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| | * | |
| DOUGLAS K. HANDSHOE, ANNE-MARIE | * | JUDGE: SUZIE MORGAN |
| VANDENWEGHE A/K/A BOUDREAUX, | * | |
| & ABC INSURANCE Cos | * | MAGISTRATE: ALMA CHASEZ |
| | * | |
| | * | JURY TRIAL - DEFAMATION |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

EX PARTE MOTION FOR LEAVE TO FILE
REPLY TO HANDSHOE'S OPPOSITION
TO ABEL'S MOTION AND REQUEST
FOR LEAVE TO TAKE ART. 971[D] DISCOVERY

Abel moves the Court for leave to file a reply to defendant Handshoe's Opposition to his

Motion for Art. 971 [D] discovery prior to the hearing on Handshoe's Art 971 Motion to Strike.

In his reply Abel has shown why it would be contrary to the principles established by the

United States Supreme Court in Herbert [Herbert v. Lando (441 US 153 - Supreme Court 1979)]

to deny his request for discovery of Handshoe and Vandenweghe under Art. 971 [D] as set forth

with some detail in the memorandum in support of this motion.

Abel requests leave to file a reply to Handshoe's Opposition to His Motion for Art. 971

[D] discovery.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| Daniel G. Abel [LSB No. 8348] | I have filed this pleading and exhibit |
| 2421 Clearview Parkway | using the CM/ECF system: 27 March |
| Legal Department - Suite 106 | 2013 or served at #15 Colonial Club |
| Metairie, LA 70001 | Lane, Harahan, Louisiana. |
| Telephone: 504.284.8521 | |
| Facsimile: 888.577.8815 | |
| Email: danielpatrickegan@gmail.com | |