UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL G. ABEL | CIVIL ACTION |
|    Plaintiff | |
| VERSUS | NO. 13-88 |
| DOUGLAS K. HANDSHOE, et al., | SECTION "E" [5] |
|    Defendants | |

****************************

MOTION FOR LEAVE TO FILE
ADDITIONAL PAGES
<u>FOR OPPOSITION</u>

Complainant moves the Court for leave to file additional pages in the text of his opposition to defendant Handshoe's Art. 971 Motion to Strike for the reasons set forth in the memorandum in support filed herewith.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| Daniel G. Abel | |
| 2421 Clearview Parkway | I have served the Clerk using the |
| Legal Department - Suite 106 | CM/ECF system and thereby |
| Metairie, LA 70001 | served all counsel. 10 April 2013. |