UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL G. ABEL                                                CIVIL ACTION
    Plaintiff

VERSUS                                                        NO. 13-88

DOUGLAS K. HANDSHOE, et al.,                                  SECTION "E" [5]
    Defendants

****************************
MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE
ADDITIONAL PAGES
<u>FOR OPPOSITION</u>

    Complainant moves the Court for leave to file additional pages in the text of his opposition to defendant Handshoe's Art. 971 Motion to Strike for these reasons.

    Defendant Handshoe was granted leave to file additional pages in his motion thereby adding to the number of issues and allegations regarding those issues he was able to argue. And Handshoe with leave of Court might be granted leave to reply. Abel should be given an equal opportunity to fully respond to Handshoe's argument of 44 pages. While Abel argues that Handshoe has not made and cannot make a prima facie case that Abel is a public person or that this vitriolic attacks on Abel and others, are protected by the First Amendment under Art. 971, Abel must also address the other issues alleged in Handshoe's motion.

    Therefore Abel requests leave of Court to file additional pages in his opposition, not to exceed 55 pages.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| 2421 Clearview Parkway | I have served the Clerk using the |
| Legal Department - Suite 106 | CM/ECF system and thereby |
| Metairie, LA 70001 | served all counsel. 10 April 2013. |