UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL G. ABEL<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 13-88 |
| DOUGLAS K. HANDSHOE, et al.,<br>    Defendants | SECTION "E" [5] |

****************************

ORDER

For the reasons set forth in the motion,

Complainant Abel is GRANTED leave to file additional pages in opposition to defendant Handshoe's Art. 971 Motion to Strike, which opposition shall not exceed fifty five pages.

Ordered this _____ day of April 2013.        New Orleans, Louisiana.


_____
District Judge