Jefferson Parish                             AFFIDAVIT                              State of Louisiana
                                                  OF
                                            DANIEL G. ABEL

      Before me on 9 April 2013, the undersigned authority for the State of Louisiana, Daniel G. Abel appeared, was sworn, and testified repeating what he has sworn to on 4 June 2010:

1.

      I am Daniel G. Abel and I have personal knowledge of the facts set forth herein.

2.

      I am one of the owners of Trout Point Lodge and have personally monitored publications about the Lodge, Charles Leary, and Vaughn Perret by the blog Slabbed since January, 2010.

3.

      From January, 2010 until sometime in February, 2012, the blog was hosted by Wordpress.com at the url slabbed.wordpress.com.

4.

      Sometime around the end of February, 2012, the blog was redirected from slabbed.wordpress.com to slabbed.org, and also past posts appeared in publication at the url slabbed.org.

5.

      All of the blog posts and comments on Slabbed have date and time stamps.

6.

      The moniker "Sop81_1" belongs to Doug Handshoe, who is the self-avowed publisher of the blog. Mr. Handshoe has on multiple occasions I have seen stated that he is Sop81_1.

7.

      On June 4, 2012, I used Google Site Search to search slabbed.wordpress.com for references to "Nova Scotia." Google returned about 2,150 results.

8.

      On June 4, 2012, I used Google Site Search to search slabbed.org for references to "Nova

Scotia." Google returned about 1420 results.

9.

On June 4, 2012, I downloaded a post dated August 30, 2011 entitled "I am getting word from Nova Scotia . . . . ." It is attached hereto as Exhibit 1. I recall reading this same post in late August or early September, 2011.

10.

This blog post has to do with an article appearing in the Nova Scotia-based tabloid periodical Frank magazine. I have read this article, in which Doug Handshoe is quoted by Frank reporter Andrew Speller.

11.

On June 4, 2012, I downloaded a post dated April 22, 2011 entitled "How ironic that on the day after the drive by shooting of the M&M sisters by the Times Picayune……" This post is tagged with the tag "Nova Scotia" as well as "Vaughn Perret" and "Charles Leary." It is attached hereto as Exhibit 2. I recall reading this same post and comments in April, 2011.

12.

On June 4, 2012, I downloaded a post dated April 18, 2011 entitled "Yes, I can verify that Trout Point Lodge's Charles Leary and the soon to be indicted Aaron Broussard were "thick as thieves" up in Nova Scotia." It is attached hereto as Exhibit 3. I recall reading this same post and its comments in April, 2011.

13.

On June 4, 2012, I downloaded a post dated January 12, 2010 entitled "About Aaron Broussard's purported ownership of Trout Point Lodge (Updated)." I recall reading this post and its updates in January, 2010. It is attached hereto as Exhibit 4.

14.

On June 4, 2012, I downloaded a post dated September 15, 2011, entitled "I'd like to take a moment to welcome the Royal Canadian Mounted Police to this little project called Slabbed." It is attached hereto as Exhibit 5.

15.

On June 4, 2012 I downloaded a Slabbed blog post entitled "Slabbed solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the Trout Point connection to the Jefferson Parish political Corruption Scandal." I recall reading this same post in September,

2011. It is attached hereto as Exhibit 6.

16.

On June 4, 2012, I downloaded a Slabbed blog post entitled "Slabbed takes a look at the Trout Point business venture: Let's start at the end and work back." It is dated April 26. 2011, and I recall reading this post and its comments in late April, 2011. It is attached hereto as Exhibit 7.

17.

On June 4, 2012, I downloaded a Slabbed blog post entitled "The problem with lying is keeping all of them straight. A Jefferson Parish Political Corruption / Trout Point Lodge Scandal Update Part 3." It is dated August 26, 2011, and I recall reading this post in late August, 2011. It is attached hereto as Exhibit 8.

18.

On June 4, 2012, I downloaded a Slabbed blog comment by "Telemachus" with the url http://www.slabbed.org/2011/02/15/john-young-fire-3-unqualified-paralegals-finally-where-the-heck-was-peggy-barton-and-her-blowbuddy-lil-pup-this-whole-time/#comment-7388. It is dated February 16, 2011 and contains information from the Nova Scotia Registry of Joint Stocks database.

19.

On June 4, 2012, I downloaded a Slabbed blog post entitled "About the chances that Trout Point Lodge will be bankrupt within a year….." It is dated August 30, 2011 and I recall reading this post on or around August 30, 2011. It is attached hereto as Exhibit 9.

20.

On June 4, 2012, I downloaded a Slabbed blog post entitled "I'd like to thank the academy, my wonderful wife and Nowdy. But I'd especially like to thank Vaughn Perret of Trout Point Lodge for being so predictable….." It is dated September 9, 2011. I recall reading this post in September, 2011. It is attached hereto as Exhibit 10. In this post, Handshoe refers specifically to information from Nova Scotia and phone calls to "friends" in Canada.

21.

On June 4, 2012 I downloaded a Slabbed blog post entitled "I've just been informed….." I recall reading this post in August, 2011. It is dated August 3, 2011. In this post, Handshoe refers to the formation of a "Nova Scotia chapter" of "the Slabbed Nation." A printout is attached hereto as Exhibit 11.

22.

On June 4, 2012, I downloaded a Slabbed blog post entitled "Well folks, this Trout Point thing has really rattled some cages." It is dated April 18, 2011. I recall reading this post on or around April 18, 2011. It is attached hereto as Exhibit 12. In the comments, Handshoe as Sop81_1 writes: "we're going to examine not only the retracted story in detail but the players involved including Danny Abel, Charles Leary, Vaughn Peret and their Trout Point Lodge."

23.

On June 4, 2012, I downloaded a Slabbed blog post entitled "Coming soon on Slabbed: We examine the Times Picayune Trout Point retractions in detail." It is dated April 20, 2011 and I recall reading this post in April, 2011. It is attached hereto as Exhibit 13.

24.

On June 4, 2012 I downloaded a Slabbed blog post entitled "Larry Bleiberg at the USA Today cites Trout Point Lodge as a "green getaway". The ironies of course are delicious." It is dated May 17, 2012. It is attached hereto as Exhibit 14.

25.

On June 4, 2012, I downloaded a Slabbed blog post entitled "BREAKING: Aaron Broussard Laundered his money through Nova Scotia!!!!! A Trout Point Update." It is dated January 17, 2012. I recall reading this post in January, 2012. It is attached hereto as Exhibit 15.

26.

On June 4, 2012 I downloaded a Slabbed blog post entitled "The Goatherders have sent a message for the consideration of the Slabbed Nation." It is attached hereto as Exhibit 16.

27.

On June 4, 2012 I downloaded a Slabbed blog post entitled "The face of the enemy frightens me only when I see how much it resembles me". Leary and Perret send a nasty gram to Timothy Gillespie at South Coast Today." It is dated April 4, 2012. It is attached hereto as Exhibit 17.

FURTHER THE AFFIANT SAYETH NOT

SWORN BEFORE ME THIS 9 APRIL 2013.

Mr. Daniel G. Abel, appeared before me, identified himself as required by law, was sworn and then testified that having conducted an extensive investigation and review of the documents and other evidence cited above, the facts set forth above are true and correct to his information and belief so as to comply with his obligations as an officer of the courts and under FRCP Rule 11 of the federal courts. Re-sworn to from 4 June 2012, sworn to again and again subscribed on this 9 April 2013.

_____
Daniel G. Abel, Affiant
LSB No. 8348


_____

Notary Public
Notary No.