PHOTOCOPY OF ONLINE RETRACTION
BY TIMES PICAYUNE

Retraction - Trout Point Lodge

Published: Thursday, April 07, 2011, 7:57 AM

By The Times-Picayune The Times-Picayune

Follow
Share

Share close
Google Buzz Digg Stumble Upon Fark
Share Email Print

In January 2010, The Times-Picayune published several articles that mentioned Trout Point Lodge and its business dealings while discussing Jefferson Parish politics and the scandal in the administration of former Parish President Aaron Broussard. The newspaper retracts publication implying that Trout Point Lodge was involved in the scandal.

The newspaper believes there is no basis for making any implication that Trout Point Lodge, Limited or its owners, Daniel Abel, Vaughn Perret, or Charles Leary, were involved in any wrongdoing and, indeed, never intended to make any such implication. The Metropolitan Crime Commission complaint to the Louisiana Ethics Board about Broussard's vacation property in Nova Scotia in fact did not name or implicate any of them. The Times-Picayune apologizes for errors in its reporting regarding Trout Point Lodge and its owners.