UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL G. ABEL                                              CIVIL ACTION
   Plaintiff

VERSUS                                                       NO. 13-88

DOUGLAS K. HANDSHOE, et al.,                      SECTION "E" [5]
   Defendants

*****************************

ORDER

For the reasons set forth in the motion,

Complainant Abel is GRANTED leave to file additional pages in opposition to defendant Handshoe's Art. 971 Motion to Strike, which opposition shall not exceed fifty five pages.

Ordered this  12th  day of April 2013.        New Orleans, Louisiana.

_____
District Judge