

Yarmouth Justice Centre
164 Main Street, suite 201
Yarmouth, Nova Scotia
B5A 1C2

Phone: 902 742-4142
Fax:    902 742-0678
Email:

## Supreme Court of Nova Scotia
Court Administration Office

DATE: Feb 7, 2012

# FACSIMILE COVER SHEET

TO: Charles Leary and Vaugh Perret

FAX NO.: 1-800-980-0713

FROM: Elaine L. d'Entremont - phone 742-4142 or 742-0606

RE: Order issued Feb 2, 2012

Number of Pages Transmitted Including this page  3

**KINDLY NOTIFY THE ABOVE IF ALL PAGES ARE NOT RECEIVED**

COMMENTS: Here is the order initialed by Justice Hood on Feb 2, 2012
~ dd.

Elaine L. d'Entremont
Prothonotary

The information and material are confidential and intended for the recipient of this facsimile only. Please advise the originator of the facsimile if the communication has been received in error. Thank you.

2011

Yar. No. 35365

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

**Trout Point Lodge, Limited**, a Nova Scotia Limited Company, **Vaughn Perret & Charles Leary**

Plaintiffs

- and -

**Doug K. Handshoe** and **Jane Doe**

Defendants



ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K. Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge, Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and promotion on the blog named Slabbed, and any similar or other publications. For further particularity, the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any manner whatsoever, whether by way of the Internet or other medium, any statements or other communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

IN THE SUPREME COURT OF NOVA SCOTIA
I hereby certify that the foregoing document is a true copy of the original.
Dated 2 day of February 2012

Prothonotary
Elaine L. d'Entremont
Prothonotary

or other communications which refer to the plaintiffs by name, depiction or description. All such material is hereby ordered to be immediately removed from publication.

Issued February 2, 2012

Elaine L. d'Entremont
Prothonotary