UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

**MOTION BY ANNE MARIE VANDENWEGHE TO DISMISS THE FIRST AMENDED COMPLAINT AND THE SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6), FEDERAL RULES OF CIVIL PROCEDURE; AND IN THE ALTERNATIVE A SPECIAL RULE TO STRIKE UNDER ARTICLE 971,LOUISIANA CODE OF CIVIL PROCEDURE FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AGAINST HER**

COMES NOW ANNE MARIE VANDENWEGHE, sought to be made defendant herein, and moves This Honorable Court to dismiss the Complaint herein in its entirety pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, and in the alternative a Special Motion to Strike under Article 971, La. Code of Civil Procedure for the failure of plaintiff, Daniel G. Abel, to state a claim upon which relief can be granted. This motion also is filed upon the grounds that the allegedly defamatory statements which plaintiff attributes to Anne Marie Vandenweghe were never uttered, issued or published by her; no documentation is offered nor representation made by plaintiff as to the basis for his allegations, and as such they are mere conclusory allegations. Accordingly, the very first element essential for plaintiff to prevail on a claim of defamation under Louisiana law, namely 'defamatory words' are lacking in this case since Anne Marie



Vandenweghe did not utter, issue or publish any of the comments which plaintiff attributes to her in his Complaints. {see Lamz v. Wells, 938 So.2d 792 (La. App. 1st Cir2006)}. No documentation is offered nor representation made by plaintiff as to the basis for his allegations and as such they are mere conclusory allegations. Additional grounds for dismissal of the complaint appear in the Memorandum fled simultaneously herewith.

Accordingly, the Complaint should be dismissed, with prejudice, and plaintiff taxed for all costs, expenses and attorneys' fees associated with the defense of these claims.

*Anne Marie Vandenweghe avers that she has no knowledge of whether plaintiff opposes this motion, as no contact with plaintiff has been made.*

Respectfully submitted,

_____

Anne Marie Vandenweghe, In Propria Persona

#15 Colonial Lane, Harahan, Louisiana 70123

Telephone: (504)481-4936


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this \_\_\_\_\_ day of April 2013, copies of the following pleadings have been served by mail, first class postage prepaid, on all counsel of record in these proceedings:

1. MOTION BY ANNE MARIE VANDENWEGHE TO DISMISS THE FIRST AMENDED COMPLAINT AND THE SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6), FEDERAL RULES OF CIVIL PROCEDURE; AND IN THE ALTERNATIVE A SPECIAL RULE TO STRIKE UNDER ARTICLE 971,LOUISIANA CODE OF CIVIL PROCEDURE

2. MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

3. <u>NOTICE OF HEARING</u>

_____

Anne Marie Vandenweghe, In Propria Persona