UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

## NOTICE OF HEARING OF MOTION

TO:

Daniel G. Abel

2421 Clearview Parkway

Legal Department-Suite 106

Metairie, Louisiana 70001

BALDWIN HASPEL BURKE & MAYER, L.L.C.

Paul N. Vance

Scott L. Sternberg

Brodie G. Glenn

3600 Energy Centre

1100 Poydras Street

New Orleans, LA. 70163

Attorneys for Douglas K. Handshoe

Dear Sir/Madame:

    Notice is hereby given that the above and foregoing motions will be brought for hearing before the Honorable Susie Morgan, at the Federal courthouse, 500 Poydras Street, New Orleans, Louisiana at 10:00 o'clock AM on the 22nd day of April, 2013.

Anne Marie Vandenweghe, In Persona Propria

15 Colonial Lane, Harahan, La. 70123

504-481-4936