UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | NO.: 2:13-CV-00088 |
| | * | |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| | * | |
| DOUGLAS K. HANDSHOE, ANNE-MARIE | * | JUDGE: SUSIE MORGAN |
| VANDENWEGHE A/K/A BOUDREAUX, | * | |
| & ABC INSURANCE Cos | * | MAGISTRATE: ALMA CHASEZ |
| | * | |
| | * | JURY TRIAL - DEFAMATION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT OF ABEL'S MOTION
EX PARTE MOTION FOR CASE MANAGEMENT CLARIFICATION
AS TO DEFENDANT ANNE-MARIE VANDENWEGHE'S SUBMISSION
<u>DATE FOR MOTION TO DISMISS AMENDED COMPLAINT</u>;
AND LEAVE TO SUBSTITUTE & CORRECT PLEADING EFFECTED
BY CONVERSION OF WORD PROCESSING PROGRAM DURING FINAL

Counsel requests that the Court examine the defendant Vandenweghe's new, recent motion to dismiss [R. doc. 35] complainant Abel's Amended Complaint and <u>correct the notice of submission date</u> filed therein, and notice all parties that the matter in Vandenweghe's motion [R. doc. 35] only filed and only received yesterday [12 April 2013] is not before the Court for oral argument on 15 May 2013.

Prior to hearing any new issues the Court should consider the issue of Vandenweghe's perjury addressed and extensively documented in Abel's Opposition [R. doc. 21 with supporting affidavit R. doc. 21-1] to Vandenweghe's original Rule 12(b)(6) Motion to dismiss and her affidavit [R. doc. 13].

1) Vandenweghe's Suggested Submission Date is Not One Acknowledged by the Court

Vandenweghe filed a motion to dismiss the amended complaint and noticed a submission date of 15 April, which was revised by hand to suggest 22 April. Neither of those dates are submission dates according to the "Motion Days" designations for Judge Morgan of these Courts. As well, neither would allow Abel the time required by local rule to file his opposition.

2)      Vandenweghe's New Motion to Dismiss Is Not Before the Court for 15 May Hearing

Vandenweghe's motion is not and according to the local rule cannot be before the Court for its upcoming 15 May 2013 hearing by oral argument. Her motion is not a reply to Abel's opposition to her initial motion to dismiss under Rule 12(b)(6). Vandenweghe's newly filed motion to dismiss [R. doc. 35] should not be heard prior to the Court's consideration of Vandenweghe's perjury in her original motion and its supporting affidavit [R. doc. 13] and Abel's response with supporting affidavit and analysis of blogger identities [R.doc.21 & 21-1].

3)      The Court & Case Management Should Set A Proper Date for Submission

Had Vandenweghe intended it as a reply to Abel's opposition to her first motion to dismiss, Vandenweghe would have had to ask for leave of Court to file that reply [which she did not] and would have had to do so on or before the original submission, which she did not. Vandenweghe noticed submission for 15, then 22 April—neither date acknowledged by the Court on Its "Motion Days" calendar.

The opposition date for a 22 April 2013 submission would be on Tuesday, 17 April 2013, only two working days after Vandenweghe filed her motion, yesterday 12 April 2013. Such a short term opposition date is not allowed by the FRCP nor by local rule. Submission dates are set by the Court; Vandenweghe ignores the local rule and the Court's motion day settings.

4)      Abel Requests Leave to File A Corrected Version of His Opposition [R. doc. 34]

Abel also requests leave to substitute a corrected version of his opposition [R. doc. 34] to Handshoe 971 Motion to Strike, as the version filed has certain errors in the text including missing dependant clauses which were caused by a conversion between two versions of the word processing program only discovered on the evening of filing. The corrected version will not contain additions.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| Daniel G. Abel [Bar No. 8348]<br>2421 Clearview Parkway<br>Legal Department - Suite 106<br>Metairie, Louisiana 70001<br>Telephone: 504.284.8521<br>Facsimile: 888.577.8815<br>Email: danielpatrickegan@gmail.com | I have filed this pleading with the Clerk of this Court using the CM/ECF system on this 13th day of March 2013, and thereby served all parties. |