UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | NO.: 2:13-CV-00088 |
| | * | |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| | * | |
| DOUGLAS K. HANDSHOE, ANNE-MARIE | * | JUDGE: SUSIE MORGAN |
| VANDENWEGHE A/K/A BOUDREAUX, | * | |
| & ABC INSURANCE Cos | * | MAGISTRATE: ALMA CHASEZ |
| | * | |
| | * | JURY TRIAL - DEFAMATION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

For the reasons set forth in the motion,

IT IS ORDERED THAT:

1. The submission date noted in defendant's recent Motion to Dismiss is corrected to comply with the Court's noticed Motion Days and is set for _____ May 2013;

2. The matters set forth in defendant's newly filed Motion to Dismiss are not before this Court for Oral Argument on 15 May 2013, as not timely filed for that hearing;

3. Abel is granted leave to file a corrected version of the pleading at R. doc. 34., which shall contain only corrected and textual edits, not additions.

Ordered this        day of April, 2013.        New Orleans, Louisiana.

_____
District Judge Susie Morgan