## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND** | * | **MAG. JUDGE ALMA CHASEZ** |
| **ANNE-MARIE VANDENWEGHE A/K/A** | | |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

## EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Douglas K. Handshoe, who moves for leave of Court to file a Reply Memorandum in Support of his Special Motion to Strike. Rec. Doc. 23. For the following reasons, it is in the interests of justice and judicial economy to allow the filing.

1. The submission date for the Special Motion to Strike is March 22, 2013. This motion for leave is timely.

2. Plaintiff raised issues in his Opposition Memorandum, Rec. Doc. 34, that could not have been addressed in the Special Motion to Strike.

3. The proposed Reply will aid the Court in deciding the issues.

4. This motion is not made for the purpose of delay or any improper purpose.

**WHEREFORE,** Mover, Douglas K. Handshoe, prays that the Court allow him leave to file a Reply in Support of his Article 971 Special Motion to Strike, attached as Exhibit 1 hereto.

Respectfully submitted:

BALDWIN HASPEL BURKE & MAYER, L.L.C.

    s/ Brodie Glenn

{B0671958.1}

          PAUL N. VANCE - Bar #13007
          pvance@bhbmlaw.com
          SCOTT L. STERNBERG - Bar #33390
          ssternberg@bhbmlaw.com
          BRODIE G. GLENN – Bar #33152
          bglenn@bhbmlaw.com
          3600 Energy Centre
          1100 Poydras Street
          New Orleans, LA 70163
          Telephone: (504) 569-2900
          Fax: (504) 569-2099
          *Counsel for Defendant, Douglas K. Handshoe*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of April, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                  s/ Brodie Glenn