## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND** | * | **MAG. JUDGE ALMA CHASEZ** |
| **ANNE-MARIE VANDENWEGHE A/K/A** | | |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

## ORDER

Considering Douglas K. Handshoe's Ex Parte Motion for Leave to File a Reply Memorandum in Support of his Article 971 Special Motion to Strike,

IT IS HEREBY ORDERED that said Motion is GRANTED, and Defendant, Douglas K. Handshoe, be and he is hereby granted leave to file a Reply Memorandum in Support of his Article 971 Special Motion to Strike.

IT IS FURTHER ORDERED that the Clerk of Court is directed to file the said Reply Memorandum and all supporting documents into the record.

New Orleans, Louisiana, this _____ day of April, 2013.

                                                                                                      JUDGE