UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | NO.: 2:13-CV-00088 |
| | * | |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| | * | |
| DOUGLAS K. HANDSHOE, ANNE-MARIE | * | JUDGE: SUSIE MORGAN |
| VANDENWEGHE A/K/A BOUDREAUX, | * | |
| & ABC INSURANCE Cos | * | MAGISTRATE: ALMA CHASEZ |
| | * | |
| | * | JURY TRIAL - DEFAMATION |

* * * * * * * * * * * * * * * * * * * * * * * * * *

EX PARTE MOTION FOR CASE MANAGEMENT CLARIFICATION
AS TO DEFENDANT ANNE-MARIE VANDENWEGHE'S SUBMISSION
<u>DATE FOR MOTION TO DISMISS AMENDED COMPLAINT</u>;
AND LEAVE TO SUBSTITUTE & CORRECT PLEADING EFFECTED
BY CONVERSION OF WORD PROCESSING PROGRAM DURING FINAL

Counsel requests that the Court (1) examine the defendant Vandenweghe's recent motion to dismiss [R. doc. 35] complainant Abel's amended complaint (2) correct the notice of submission date filed therein, and (3) notice all parties that the matter in Vandenweghe's motion [R. doc. 35] filed yesterday and only received yesterday [12 April 2013] is not before the Court for oral argument on 15 May 2013.

Prior to hearing any new issues the Court should consider the issue of Vandenweghe's perjury addressed and extensively documented in Abel's Opposition [R. doc. 21 with supporting affidavit R. doc. 21-1] to Vandenweghe's original Rule 12(b)(6) Motion to dismiss and her affidavit [R. doc. 13].

Abel also requests leave to substitute a corrected version of his opposition [R. doc. 34] to Handshoe 971 Motion to Strike, as the version filed has certain errors in the text including missing dependant clauses which were caused by a conversion between two versions of the word processing program only discovered on the evening of filing. The reasons are set forth in the attached memorandum.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| Daniel G. Abel [Bar No. 8348]<br>2421 Clearview Parkway<br>Legal Department - Suite 106<br>Metairie, Louisiana 70001<br>Telephone: 504.284.8521<br>Facsimile: 888.577.8815<br>Email: danielpatrickegan@gmail.com | I have filed this pleading with the Clerk of this Court using the CM/ECF system on this 21st day of April 2013, and thereby served all parties. |