UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL G. ABEL                                    *        NO.: 2:13-CV-00088
                                                 *
VERSUS                                           *        DIVERSITY OF CITIZENSHIP
                                                 *
DOUGLAS K. HANDSHOE, ANNE-MARIE                  *        JUDGE: SUSIE MORGAN
VANDENWEGHE A/K/A BOUDREAUX,                     *
& ABC INSURANCE Cos                              *        MAGISTRATE: ALMA CHASEZ
                                                 *
                                                 *        JURY TRIAL - DEFAMATION
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

For the reasons set forth in the motion,

IT IS ORDERED THAT:

1.    The submission date noted in defendant's recent Motion to Dismiss is corrected to
      comply with the Court's noticed Motion Days and is set for _____ May 2013;

2.    The matters set forth in defendant's newly filed Motion to Dismiss are not before
      this Court for Oral Argument on 15 May 2013, as not timely filed for that hearing;

3.    Abel is granted leave to file a corrected version of the pleading at R. doc. 34.,
      which shall contain only corrected and textual edits, not additions.


Ordered this        day of April, 2013.        New Orleans, Louisiana.


_____
District Judge Susie Morgan