IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED, A Nova Scotia      CIVIL ACTION NO.: 1:12CV00090
Limited Company; VAUGHN PERRET and
CHARLES LEARY, PLAINTIFFS     DIV. / SECTION: LG-JMR

VERSUS

DOUG K. HANDSHOE     DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SWORN STATEMENT OF FACTS & AFFIDAVIT

State of Louisiana     21 JANUARY 2013
Parish of Jefferson     Metairie, Louisiana

Affidavit
of
Daniel G. Abel

Before me, the undersigned authority, appeared Daniel G. Abel, who was sworn and testified to the following:

1.
I Daniel G. Abel, am a person of the age of majority whose primary residence is in the Parish of Jefferson, State of Louisiana.

2.
I have personal knowledge of the facts herein, the truthfulness of which I have sworn to.

3.
I was licensed to practice law in the State of Louisiana, in 1984.

4.
I worked with the firm of Wendell Gauthier in various capacities from approximately 1972 until shortly after his death in 2001. I have not been a partner or lawyer in any other firm.

5.
I have been a sole practitioner, since approximately February 2002.

6.

At no time during those years was I ever a law partner with anyone, including Aaron F. Broussard. Nor have a even been a partner or associate with any other law firm since 2002, as are clearly confirmed by the Louisiana Secretary of State Corporation Records and the membership records of the Louisiana State Bar Association.

7.

At no time during those years was I ever a law partner or co-owner of any business with Aaron F. Broussard. Nor have I been since.

8.

After Broussard left public office in 2010, he and I worked on four or five cases, as co-counsel none of which had anything to do with or related to his former public service or Trout Point Lodge, and which legal services were performed publically, for private clients.

9.

I do not believe that he and I ever worked on any cases together, from the time when I was admitted to the practice of law in 1984, until his retirement in 2010, approximately twenty six years later.

10.

I am not an officer or active manager of Trout Point Lodge in Nova Scotia and have not been an officer or manager since February, 2007. In fact, I have not had an active passport and have not traveled out of the United States since 2008.

11.

I am not personally a party to this action which is before the federal court in Mississippi.

Affirmed and Sworn Under Oath

Before me, the undersigned authority for the State of Louisiana, appeared Daniel G. Abel, who after being sworn provided the statement of facts set forth above, regarding which he affirms that he has personal knowledge of and which are true and correct under FRCP Rule 11, as well as true and correct under his best information and belief.

Sworn to and signed before me, this 21 January 2013.

_____
Daniel G. Abel, Affiant

_____
Notary Public

Salvadore A. Mortillaro II
Notary Public For Life
Parish of St. Tammany
Louisiana
Notary ID # 88181