FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 MAR 11   AM 11: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

## REQUEST FOR ORAL ARGUMENT

Comes now Anne Marie Vandenweghe, sought to be made defendant herein, appearing in propria persona, and requests oral argument on her Motion to Dismiss the Complaint pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AGAINST HER, to be heard before the Honorable Susie Morgan on the 27th day of March, 2013.

_____
Anne Marie Vandenweghe
In Propria Persona
#15 Colonial Lane
Harahan, Louisiana 70123
504-481-4936

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Exhibit   A
Page   1   of   13

Case 2:13-cv-00088-SM-ALC Document 13 Filed 03/11/13 Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 MAR 11 AM 11:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

MOTION BY ANNE MARIE VANDENWEGHE TO DISMISS THE COMPLAINT
PURSUANT TO RULE 12(b)(6), FEDERAL RULES OF CIVIL PROCEDURE, FOR THE
PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
AGAINST HER

COMES NOW ANNE MARIE VANDENWEGHE, sought to be made defendant herein, and moves This Honorable Court to dismiss the Complaint herein in its entirety pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, for the failure of plaintiff, Daniel G. Abel, to state a claim upon which relief can be granted. This motion also is filed upon the grounds that the allegedly defamatory statements which plaintiff attributes to Anne Marie Vandenweghe were never uttered, issued or published by her; no documentation is offered nor representation made by plaintiff as to the basis for his allegations, and as such they are mere conclusory allegations. Accordingly, the very first element essential for plaintiff to prevail on a claim of defamation under Louisiana law, namely 'defamatory words' are lacking in this case since Anne Marie Vandenweghe did not utter, issue or publish any of the comments which plaintiff attributes to her in his Complaint. {see Lamz v. Wells, 938 So.2d 792 (La. App. 1st Cir2006)}. Anne Marie

___Fee_____
___Process_____
_x_Dktd_____
___CtRmDep_____
___Doc. No._____

Vandenweghe has not at any time been in a proprietary association, either as 'co-publisher' or otherwise, with Douglas K. Handshoe and/or Slabbed.org and/or Slabbed and no documentation is offered nor representation made by plaintiff as to the basis for his allegations and as such they are mere conclusory allegations. Additional grounds for dismissal of the complaint appear in the Memorandum fled simultaneously herewith.    Accordingly, the Complaint should be dismissed, with prejudice, and plaintiff taxed for all costs, expenses and attorneys' fees associated with the defense of these claims.

Respectfully submitted,

_____

Anne Marie Vandenweghe, In Propria Persona

#15 Colonial Lane, Harahan, Louisiana 70123

Telephone: (504)481-4936

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of March 2013, copies of the following pleadings have been served by mail, first class postage prepaid, on all counsel of record in these proceedings:

1. MOTION BY ANNE MARIE VANDENWEGHE TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6), FEDERAL RULES OF CIVIL PROCEDURE, FOR THE PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AGAINST HER

2. MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

3. **AFFIDAVIT**

4. **NOTICE OF HEARING**

5. **REQUEST FOR ORAL ARGUMENT**

_____
Anne Marie Vandenweghe, In Propria Persona

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

MAY IT PLEASE THE COURT:

Simply stated, Anne Marie Vandenweghe, sought to be made defendant in plaintiff's complaint, denies under oath of perjury that she has been associated with Slabbed, Slabbed.org and/or Douglas K. Handshoe in any type of proprietary relationship at any time; and further, denies that she commented using the the names "Whitmergate", 'viewfromhell" and/or "incroyable" as alleged in articles 25 and 78 of the complaint. (See Anne Marie Vandenweghe's sworn affidavit, attached).

Anne Marie Vandenweghe further denies that she commented as "Vandenweghe" as stated in plaintiff's complaint in paragraphs 80 and 82. (See Anne Marie Vandenweghe's sworn affidavit, attached).

Plaintiff's conclusory allegations as stated in articles 25, 78, 80 and 82 and in any other articles in which he references Anne Marie Vandenweghe, Vandenweghe or Boudreaux, are totally lacking the specificity required to state a claim.

Plaintiff fails to support his claims with specificity of any link between Anne Marie

Vandenweghe, Vandenweghe and/or Boudreaux to the commenter names "Whitmergate", 'viewfromhell" and/or "incroyable".

Plaintiff fails to support his claims with specificity of any link between Anne Marie Vandenweghe, Vandenweghe and/or Boudreaux to Slabbed, Slabbed.org and/or Douglas K. Handshoe.

Specifically, plaintiff fails to list any IP addresses, email addresses, any corporate documents, or any person or persons linking Anne Marie Vandenweghe to "Whitmergate", 'viewfromhell" and/or "incroyable", and/or Slabbed, Slabbed.org and/or Douglas K. Handshoe.

Anne Marie Vandenweghe avers that she is not now and never has been a commenter using those commenter names, and she is not now and never has been a "co-publisher" or in any type of proprietary affiliation with Slabbed, Slabbed.org or Douglas K. Handshoe.

What is evidenced by plaintiff's factually baseless allegations is his failure to perform due diligence as it relates to naming Anne Marie Vandenweghe as a defendant in his complaint.

Plaintiff is a lawyer according to his pleadings in addition to being plaintiff in this matter; and, either by intent or gross negligence, all in violation of Rule 3.1 and Rule 3.3 (a) (1) and (3) of the Rules of Professional Conduct, he has made absolutely false allegations against the defendant Anne Marie Vandenweghe.

Plaintiff's complaint is proof positive of his abuse of process and a testament of actual malice on his part to defame and cast in a false light the character of Anne Marie Vandenweghe in the eyes of the public.

Anne Marie Vandenweghe is at a loss to explain plaintiff's vitriolic language and abusive conduct toward her as she has had no personal contact with plaintiff to her information, knowledge and belief.

## STANDARD OF REVIEW

Defendant Vandenweghe submits that the argument advanced in Jonathan Vilma v. Roger Goodell, CA#12-1283, Section "C" (3) by Roger Goodell, and subsequently adopted by Judge Helen "Ginger" Berrigan in dismissing plaintiff Vilma's claim is controlling in favor of Anne Marie Vandenweghe, i.e.:

> " The Court must dismiss a complaint if it does not and cannot state a claim upon which relief can be granted. Under Rule 12(b)(6), Mr. Vilma's Complaint should be construed liberally, but "[i]n order to avoid dismissal for failure to state a claim, ... [he] must plead specific facts, not mere conclusory allegations. We will thus not accept as true conclusory allegations or unwarranted deductions of fact." Tuchman v. DSC Communications Corp., 14 F.3d 1061, 1067 (5th Cir. 1994); see also Kane Enters. v. MacGregor (USA) Inc., 322 F.3d 371, 374 (5th Cir. 2003);("[A] plaintiff must plead specific facts, not mere conclusional allegations, to avoid dismissal for failure to state a claim."); Gaunt v. La. Citizens Prop. Ins. Corp., 512 F. Supp. 2d 493, 497 (E.D.La. 2007) (Berrigan, J.) ("[C]onclusory allegations or legal conclusions masquerading as factual conclusions will not defeat the motion.").

As the Supreme Court held in Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009),

> "a claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. ... Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice."

Judge Berrigan in granting Goodell's Motion to Dismiss under Rule 12(b)(6) held:

"Sufficiency under Rule 12(b)(6)

In addition, the Court finds that all of Vilma's claims fail to meet the 12(b)(6) standard because assertions of malice and of outrageous conduct are insufficient conclusory allegations."

Vandenweghe submits that plaintiff's naming her in his complaint, coupled with his false attribution of her being affiliated with Slabbed, Slabbed.org and/or Douglas K. Handshoe and/or writing the comments mentioned in articles 25, 78, 80 and 82 with any of the names mentioned, and most egregious, his gratuitous diagnoses of Anne Marie Vandenweghe's mental state, is outrageous, if not in fact recklessly slanderous, libelous and defamatory.

Anne Marie Vandenweghe submits that plaintiff's allegations as stated in his complaint are not true as they relate to Anne Marie Vandenweghe; and his conclusions of her identity, affiliations, and mental state are wholly undocumented, unfounded, untrue and unwarranted.

For the foregoing reasons Anne Marie Vandenweghe moves this Court to strike and dismiss Plaintiff's claims against Anne Marie Vandenweghe, with prejudice, and to cast Plaintiff in judgment for all attorneys' fees and costs associated with the defense of those claims.

Respectfully submitted:

In Propria Persona

Anne Marie Vandenweghe
# 15 Colonial Lane, Harahan, Louisiana 70123

Telephone: (504) 481-4936

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the above and foregoing to all counsel of record, first class postage prepaid, this 11th day of March 2013.

_____

Anne Marie Vandenweghe, In Propria Persona

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

## AFFIDAVIT

OF

ANNE MARIE VANDENWEGHE,

SOUGHT TO BE MADE DEFENDANT HEREIN, SUBMITTED IN SUPPORT OF HER

MOTION TO DISMISS PURSUANT TO

RULE 12(b)(6), FEDERAL RULES OF CIVIL PROCEDURE

STATE OF LOUISIANA

PARISH OF JEFFERSON

Before me, the undersigned authority, personally came and appeared, Anne Marie Vandenweghe, who being first duly sworn, did depose and say of her own personal knowledge, as follows:

I, Anne Marie Vandenweghe do aver and swear that:

1) I have not at any time commented using the commenter names: "Viewfromhell", "Whitmergate" or "Icroyable", or as Anne Marie Vandenweghe, as alleged in Plaintiff's Complaint;

2) I am not now and never have I been a co-publisher, publisher, co-owner, owner, representative, partner, editor, reporter, writer, administrator, employee or agent for or with Doug Handshoe and /or Slabbed.org. as alleged in Plaintiff's Complaint; and,

3) the lawsuit by plaintiff, is frivolous, and a clear case of "mistaken identity" insofar as Anne Marie Vandenweghe is concerned, because I, Anne Marie Vandenweghe, did not say, utter or publish what the plaintiff alleges in his Complaint;

4) I do not, as plaintiff alleges in his Complaint, have a history, habit and/or practice of libel, and maliciously defaming anyone, inclusive of public officials, particularly State and Federal judges, while masking as a blogger and / or commenter;

5) I have not, as plaintiff alleges in his Complaint, disseminated confidential information during the course of federal and state criminal investigations, nor have I fabricated information to make private or public persons appear to be guilty of criminal activity;

6) I have not, as plaintiff alleges in his Complaint, participated in any criminal conspiracy to defame judges, other public officials and/or private persons, nor have I mocked and/or maliciously defamed courts and/or judges;

7) I have not, as plaintiff alleges in his Complaint, attacked and/or defamed private persons;

8) I am not, as plaintiff alleges in his Complaint, a sociopath and have never been diagnosed as such by anyone;

9) I have not, as plaintiff alleges in his Complaint, conversed with myself under any commenting names;

10) I have not, as plaintiff alleges in his Complaint, made any 'vulgar', 'offensive', and/or 'false' comments.

_____
Anne Marie Vandenweghe

SWORN TO AND SUBSCRIBED BEFORE ME,

this ____ day of March, 2013.

_____
NOTARY PUBLIC

[Notary seal: STACY L. BRAGG, NOTARY PUBLIC, ID NO. 89123, COMMISSIONED FOR LIFE, STATE OF LOUISIANA]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO: 13-88 |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| DOUGLAS K. HANDSHOE, AND | * | JUDGE: HONORABLE SUSIE MORGAN |
| ANNE MARIE VANDENWEGHE A/K/A | * | MAGISTRATE #5 |
| BOUDREAUX & ABC INSURANCE COs | * | JURY TRIAL-DEFAMATION |

### NOTICE OF HEARING OF MOTION

TO:

Daniel G. Abel
2421 Clearview Parkway
Legal Department-Suite 106
Metairie, Louisiana 70001

BALDWIN HASPEL BURKE & MAYER, L.L.C.
Paul N. Vance
Scott L. Sternberg
Brodie G. Glenn
3600 Energy Centre
1100 Poydras Street
New Orleans, LA. 70163
Attorneys for Douglas K. Handshoe

Dear Sir/Madame:

Notice is hereby given that the above and foregoing motions will be brought for hearing before the Honorable Susie Morgan, at the Federal courthouse, 500 Poydras Street, New Orleans, Louisiana at 10:00 o'clock AM on the 27th day of March, 2013.

Anne Marie Vandenweghe, In Persona Propria
15 Colonial Lane, Harahan, La. 70123
504-481-4936