UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL G. ABEL,<br>      Plaintiff | CIVIL ACTION |
| VERSUS | No.   13-88 |
| DOUGLAS K. HANDSHOE, et al.,<br>      Defendants | SECTION "E" |

ORDER

Before the Court is a motion filed by Plaintiff, Daniel G. Abel ("Plaintiff") requesting various forms of relief.[1]

First, with respect to Plaintiff's request for leave to file a corrected version of his opposition to Defendant Douglas K. Handshoe's special motion to strike, the Court **GRANTS** Plaintiff leave to file the corrected version of his opposition memorandum.

Second, with respect to Plaintiff's request regarding the submission date of Defendant Anne Marie Vandenweghe's ("Vandenweghe") second motion to dismiss,[2] the Court directs Plaintiff to the docket entry accompanying the motion. As the docket clearly states, Vandeweghe's motion is set for submission on May 22, 2013. In addition, Vandenweghe has not requested oral argument on her motion in accordance with the Local Rules for the Eastern District of Louisiana. *See* L.R. 7.2 and 78.1. Thus, the Court will not hear oral argument on Vandeweghe's motion on May 15, 2013.

Third, with respect to Plaintiff's argument regarding the order in which the Court

---

[1] R. Doc. 38.

[2] R. Doc. 35.

1

will consider Vandeweghe's motions to dismiss and Plaintiff's allegations regarding "Vandenweghe's perjury addressed and extensively documented" in Plaintiff's prior filings,[3] the Court will properly take all matters under advisement and dispose of them in accordance with the law and the interests of justice.

**IT IS SO ORDERED**.

New Orleans, Louisiana, this 1st day of May, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[3] R. Doc. 38-1 at p. 1.