UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL G. ABEL<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 13-88 |
| DOUGLAS K. HANDSHOE, et al.,<br>    Defendants | SECTION "E" [5] |

EX PARTE MOTION TO DISMISS
THIS MATTER PURSUANT TO RULE 41(A)
AS PER THE ORDER OF THIS COURT [Rec. D. 46]

    Complainant Daniel G. Abel moves the Court to dismiss this matter and all defendants in acknowledgment of this Honorable Court's Order of 13 May 2013 at record document 46. The reasons are set forth in the memorandum in support attached hereto.

Respectfully submitted,
s/ Daniel G. Abel
2421 Clearview Parkway
Legal Department - Suite 106
Metairie, LA 70001

Certificate of Service
s/ Daniel G. Abel
I have served the Clerk using the
CM/ECF system and thereby
served all counsel. 13 May 2013.