UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL G. ABEL | CIVIL ACTION |
|     Plaintiff | |
| VERSUS | NO. 13-88 |
| DOUGLAS K. HANDSHOE, et al., | SECTION "E" [5] |
|     Defendants | |

MEMORANDUM IN SUPPORT OF
EX PARTE MOTION TO DISMISS
THIS MATTER PURSUANT TO RULE 41(A)
<u>AS PER THE ORDER OF THIS COURT [Rec. D. 46]</u>

    Complainant Daniel G. Abel moves the Court to dismiss this matter and all defendants in acknowledgment of this Honorable Court's Order of 13 May 2013 at record document 46.

    The Court has ruled that as neither defendant has filed an answer plaintiff may dismiss this matter pursuant to Rule 41(a). Rule 41(a) has the effect of dismissing this action without prejudice. As set forth in Rule 41(B), such dismissal by plaintiff is without prejudice.

    Rule 41. Dismissal of Actions

    (a) VOLUNTARY DISMISSAL.

    (1) By the Plaintiff.

    (A)    Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (B)    Effect. Unless the notice or stipulation states otherwise, <u>the dismissal is without prejudice</u> [Emphasis mine].

Complainant moves the Court to Dismiss this matter and all claims against each defendant WITHOUT PREJUDICE pursuant to Its Order of 13 May 2013 and Its notice of and application of Rule 41(a).

Undersigned counsel <u>shall appear</u> in open court to show cause at 10:00 A.M. on May 15, 2013, as also ordered by the Court [Rec. d. 46].

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| 2421 Clearview Parkway | I have served the Clerk using the |
| Legal Department - Suite 106 | CM/ECF system and thereby |
| Metairie, LA 70001 | served all counsel. 13 May 2013. |