UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL G. ABEL                                                CIVIL ACTION
    Plaintiff

VERSUS                                                        NO. 13-88

DOUGLAS K. HANDSHOE, et al.,                                  SECTION "E" [5]
    Defendants

## ORDER

For the reasons set forth in the Court's 13 May 2013 Order appearing at Record

Document No. 46 and the reasons set forth in Plaintiff's Motion to Voluntarily Dismiss pursuant

to Rule 41(a), Plaintiff's Motion is **GRANTED**.

The above captioned matter is **DISMISSED WITHOUT PREJUDICE** pursuant to this

Court's earlier Order and to the provisions of Rule 41(a).

Ordered on _____ May 2103.          New Orleans, Louisiana.


_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**