UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO. 13-cv-00088 |
| VERSUS | * | JUDGE SUSIE MORGAN |
| DOUGLAS K. HANDSHOE AND | * | MAG. JUDGE ALMA CHASEZ |
| ANNE-MARIE VANDENWEGHE A/K/A | | |
| BOUDREAUX & ABC INSURANCE CO. | * | |

### DEFENDANT, DOUGLAS K. HANDSHOE'S
### MOTION FOR ATTORNEYS' FEES AND COSTS

NOW INTO COURT, through undersigned counsel, comes Defendant, Douglas K. Handshoe, who respectfully brings this Motion for Attorneys' Fees and Costs incurred in connection with this matter upon the Motion for Voluntary Dismissal of Plaintiff, Daniel G. Abel, for the reasons more fully set forth in the Memorandum in Support filed herewith.

WHEREFORE, Defendant, Douglas K. Handshoe, prays that this Honorable Court award him attorneys' fees and costs, and prays for an expedited hearing on the matter, as more fully set forth in his Motion for Expedited Hearing filed herewith.

Respectfully submitted:
BALDWIN HASPEL BURKE & MAYER, L.L.C.

   s/ Scott L. Sternberg
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
BRODIE G. GLENN – Bar #33152
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
*Counsel for Defendant, Douglas K. Handshoe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                s/ Scott L. Sternberg