UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND ANNE-MARIE VANDENWEGHE A/K/A BOUDREAUX & ABC INSURANCE CO.** | *  * | **MAG. JUDGE ALMA CHASEZ** |

## ORDER

Considering the Motion for Attorneys' Fees and Costs and Memorandum in Support filed herein by Defendant, Douglas K. Handshoe;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and that Defendant, Douglas K. Handshoe is awarded reimbursement by Plaintiff, Daniel G. Abel, of all attorneys' fees and costs incurred in this matter.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

{B0682529.1}                     1