UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO. 13-cv-00088 |
| VERSUS | * | JUDGE SUSIE MORGAN |
| DOUGLAS K. HANDSHOE AND ANNE-MARIE VANDENWEGHE A/K/A | * | MAG. JUDGE ALMA CHASEZ |
| BOUDREAUX & ABC INSURANCE CO. | * | |

### MOTION FOR EXPEDITED SUBMISSION AND HEARING ON HANDSHOE'S MOTION FOR ATTORNEYS' FEES AND COSTS

NOW INTO COURT, through undersigned counsel, comes Defendant, Douglas K. Handshoe, and moves this Court for an expedited submission date and hearing on his Motion for Attorneys' Fees and Costs, on grounds more fully set forth in the Memorandum in Support filed herewith.

Accordingly, it is respectfully submitted that the Motion for Attorneys' Fees and Costs filed herewith be submitted and heard on an expedited basis.

                                                      Respectfully submitted:
                                                      BALDWIN HASPEL BURKE & MAYER, L.L.C.

                                                      /s/ Scott L. Sternberg
                                                      PAUL N. VANCE - Bar #13007
                                                      SCOTT L. STERNBERG - Bar #33390
                                                      BRODIE G. GLENN – Bar #33152
                                                      3600 Energy Centre
                                                      1100 Poydras Street
                                                      New Orleans, LA 70163
                                                      Telephone: (504) 569-2900
                                                      Fax: (504) 569-2099
                                                      *Counsel for Defendant, Douglas K. Handshoe*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 14th day of May, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                        s/ Scott L. Sternberg