UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND** | * | **MAG. JUDGE ALMA CHASEZ** |
| **ANNE-MARIE VANDENWEGHE A/K/A** | | |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED SUBMISSION AND HEARING ON HANDSHOE'S
MOTION FOR ATTORNEYS' FEES AND COSTS**

**MAY IT PLEASE THE COURT:**

Defendant, Douglas K. Handshoe, moves this Court for an expedited submission date and hearing on his Motion for Attorneys' Fees and Costs on the grounds that he has been unduly burdened by Plaintiff Daniel G. Abel's voluminous pleadings and with the vigorous defense Handshoe has been forced to put forth.

Handshoe submits that it is in the interests of justice and judicial efficiency that this matter be heard on May 15, 2013, at 10:00 a.m., the time previously scheduled for Handshoe's Art. 971 Special Motion to Strike. Plaintiff Abel will already be present in Court at that time due to the Court's May 9, 2013, show cause order.[1]

Accordingly, it is respectfully submitted that the Motion for Attorneys' Fees and Costs filed herewith be submitted and heard on an expedited basis.

---

[1] Rec. Doc. 45.

Respectfully submitted:
BALDWIN HASPEL BURKE & MAYER, L.L.C.

   s/ Scott L. Sternberg
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
BRODIE G. GLENN ó Bar #33152
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
*Counsel for Defendant, Douglas K. Handshoe*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 14th day of May, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

   s/ Scott L. Sternberg