## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND** | * | **MAG. JUDGE ALMA CHASEZ** |
| **ANNE-MARIE VANDENWEGHE A/K/A** | | |
| **BOUDREAUX & ABC INSURANCE CO.** | * | |

## <u>ORDER</u>

Considering the foregoing Motion for Expedited Submission and Hearing on Handshoe's Motion for Attorneys' Fees and Costs;

**IT IS HEREBY ORDERED** that the request for expedited hearing on Defendant Douglas K. Handshoe's Motion for Attorneys' Fees and Costs is hereby GRANTED, and this matter will be heard on the 15th day of May, 2013, at 10:00 a.m.

New Orleans, Louisiana this _____ day of _____, 2013.


_____
UNITED STATES DISTRICT JUDGE