UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND ANNE-MARIE VANDENWEGHE A/K/A BOUDREAUX & ABC INSURANCE CO.** | * * | **MAG. JUDGE ALMA CHASEZ** |

## ORDER

Considering the foregoing Motion for Expedited Submission and Hearing on Handshoe's Motion for Attorneys' Fees and Costs;

**IT IS HEREBY ORDERED** that the request for expedited hearing on Defendant Douglas K. Handshoe's Motion for Attorneys' Fees and Costs is hereby GRANTED, and this matter will be heard on the 15th day of May, 2013, at 10:00 a.m.

New Orleans, Louisiana this  14th  day of _____May_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

{B0682521.1}                                         1