ANNE MARIE VANDENWEGHE BOUDREAUX

May 15, 2013

Honorable Judge Susie Morgan
Section E
500 Poydras Street
Room C 508
New Orleans, Louisiana 70130

**BY HAND TO THE COURT**

Re: Abel v. Handshoe et al, Civil Action No.13-88

**RECEIVED**

MAY 1 5 2013

**Chambers of Judge Susie Morgan**

Dear Judge Morgan:

Beginning in February 2013 with Plaintiff's Original Complaint, then his First and Second Amended Complaints through today's Hearing on the Court's Order for Sanctions for violating the discovery stay, I have spent at least 5 hours each week responding to Plaintiff's filings.

Since I do not practice in Federal Court it has required me to extensively research the law and local rules, travel to Court to file documents and pay for copies and postage.

While I have not had time to prepare a written log of my work on this matter since receiving notice last night of this Expedited Hearing for fees filed by Douglas Handshoe I can conservatively estimate that I have spent 60 hours over the past three months preparing and filing responses to Plaintiff's filings in this matter.

At this time I am requesting that this Honorable Court allow me to adopt Doug Handshoe's Motion for Expedited Hearing today and to award me fees as sanctions against Plaintiff in the sum of $10,000.00 which represents 60 hours of my time at $150/hour plus $1000 in costs associated with the defense of this matter.

Respectfully submitted,

Anne Marie Vandenweghe Boudreaux

Cc: Daniel G. Abel; Scot Sternberg;

15 Colonial Lane, Harahan, Louisiana 70123
504-481-4936     amvboudreaux@gmail.com