UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | NO.: 2:13-CV-00088 |
| | * | |
| VERSUS | * | DIVERSITY OF CITIZENSHIP |
| | * | |
| DOUGLAS K. HANDSHOE, ANNE-MARIE | * | JUDGE: SUSIE MORGAN |
| VANDENWEGHE A/K/A BOUDREAUX, | * | |
| & ABC INSURANCE Cos | * | MAGISTRATE: ALMA CHASEZ |
| | * | |
| | * | JURY TRIAL - DEFAMATION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION AND NOTICE THAT DEFENDANT
DOUGLAS K. HANDSHOE WAS ELECTRONICALLY
BROADCASTING LIVE FROM THE COURTROOM OF THE HON.
SUSIE MORGAN AS EVIDENCED BY HIS ONLINE TWEETS
DURING THE 15 MAY 2013 HEARING, AT APPROXIMATELY 10:15 AM.

Daniel G. Abel gives the Honorable Court formal notice that defendant Douglas K. Handshoe who was present at table with counsel, was electronically broadcasting live during that same hearing and announced prior to the hearing that he "will broadcast live" from the Courtroom at 10:00 AM [Exhibit A]. As promised, Handshoe subsequently broadcasted from the courtroom during the hearing [Exhibit B]. Such broadcasting and use of transmission devices is a violation of federal law. While Abel finds Handshoe's disregard for the United States District Court and its own rules unsurprising, Abel will reserve his comments on this and future matters for ... the future.

LR 83.3.8 Cameras and Electronic Equipment

Except as set forth herein or as authorized by the court, no one other than court officials engaged in the conduct of court business may bring any camera, transmitter, receiver, audio or video recording device, personal digital assistant, cellular telephone (including Palm Pilot,

Blackberry, iPhone, or comparable electronic device), computer (including laptop, notebook desktop, or comparable computing device) or other type of electrical or electronic device into the premises.

Any member of the Bar of this court may, subject to security screening, bring personal digitalassistants, cellular telephones or computers ("Authorized Electronic Devices") into the courthouse for that attorneys' own use and for presenting, managing, and accessing documents and files for the presentation of evidence during trials and proceedings. Any Authorized Electronic Devices with the capability to make or record images or sounds must be off whenever the device is in any courtroom or its environs, and the use of any such device to record, transmit or photograph court proceedings is prohibited. All sound emitting capabilities (including ringtone or vibration sound) of any Authorized Electronic Device must be off in any courtroom. Authorized Electronic Devices may not be used in a manner that disrupts or interferes with any judicial proceeding or violates Fed. R. Evid. 615 regarding exclusion of witnesses.

Notwithstanding this provision, no Authorized Electronic Device may be brought into any courtroom or judicial chambers if the judge to whom the courtroom or chambers is assigned prohibits the introduction of such devices. Other than as set forth herein, no person may introduce or attempt to introduce any type of electronic device (including but not limited to, camera, recording equipment or other type of device) into the premises without court permission. [Amended February 1, 2011].

Handshoe's live broadcasting from the federal courtroom clearly violates local rule. Abel defers to the Court as to any remedy it might impose. The tweets made by Handshoe from the Court during the hearing are attached hereto as Exhibits A & B.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| Daniel G. Abel [Bar No. 8348]<br>2421 Clearview Parkway<br>Legal Department - Suite 106<br>Metairie, Louisiana 70001<br>Telephone: 504.284.8521<br>Facsimile: 888.577.8815<br>Email: danielpatrickegan@gmail.com | I have filed this pleading with the Clerk of this Court using the CM/ECF system on this 15th day of May 2013, and thereby served all parties. Vandenweghe to be served at her now acknowledged residence: 15 Colonial Lane, Harahan, LA. |