# Slabbed

*Alternative New Media for the Gulf South*

## Slabbed is live on location at the United States District Courthouse in New Orleans!

with 5 comments

You can follow all the action via the Twitter widget or on Twitter itself here. Live coverage begins at 10:00 a.m.

Share 0 | Tweet 27 | Share 0 | Email 0 | ShareThis 31 | Like 0 | +1 0

Written by Doug Handshoe
May 15, 2013 at 9:45 am

Posted in Sop
Tagged with Abel v Handshoe and Vandenweghe, Daniel "Danny" Abel, Show Cause Hearing

**Archives by date**
May 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

« Apr

Search for:

[Search]