

EXHIBIT B - 15 MAY 2013 - MOTION AND NOTICE OF HANDSHOE LIVE BROADCASTING FROM COURTROOM DURING HEARING BEFORE JUDGE.