UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL G. ABEL					CIVIL ACTION
    Plaintiff

VERSUS						NO. 13-88

DOUGLAS K. HANDSHOE, et al.,			SECTION "E" [5]
    Defendants

NOTICE OF COMPLIANCE
AND RETRACTION OF SUBPOENA

May It Please the Court:

In compliance with the 15 May 2013 finding of the Court, undersigned counsel has written to the Parish Attorney for Jefferson Parish and withdrawn the subpoena and request made under the caption and docket number of this case [Exhibit A].

Counsel has also notified the Parish Attorney of his voluntarily dismissal of this matter under Federal Rule of Civil Procedure 41(a).

Respectfully submitted,				Certificate of Service

s/ Daniel G. Abel					s/ Daniel G. Abel

2421 Clearview Parkway				I have served the Clerk using the
Legal Department - Suite 106			CM/ECF system and thereby
Metairie, LA 70001					served all counsel. 16 May 2013.