**Daniel G. Abel**
2421 Clearview Parkway
Legal Department - Suite 106
Metairie, Louisiana 70001
504.284.8521/888.577.8815 [F]

16 May 2013                                             Hand Delivered - dga

Deborah Cunningham Foshee, Parish Attorney
E. Ross Buckley, Jr., Deputy Parish Attorney
Edward S. Rapier, Jr., Deputy Parish Attorney
 Eastbank Office:
Joseph S. Yenni Bldg.
1221 Elmwood Park Blvd., Suite 701
Jefferson, LA 70123

Re:   Retraction of Federal Subpoena Issued for Information Regarding
      Former Jefferson Parish Attorney Anne Marie Vandenweghe

Dear Ms. Foshee & Deputies:

I would like to retract the subpoena and my request by subpoena for certain information pertaining to former Jefferson Parish Attorney Anne Marie Vandenweghe. There was an art. 971 stay in effect at the time I issued the subpoena. I have apologized to the Court.

Although public records requests do not constitute discovery according to the related jurisprudence, I should not have used the case-related subpoena form of request to obtain those public records. Therefore, please let this serve as a formal retraction of my subpoena and the information requested thereon.

The Court did not contest my right to make a FOIA request of the information even if the information would be subsequently used in litigation. I have made two FOIA requests with your office accordingly [*See*: FOIA requests-attached].

I have also voluntarily dismissed the federal action in question pursuant to Federal Rule of Civil Procedure 41(a). The claims made in that suit are being filed in state court. I am sorry if the subpoena caused any inconvenience.

Sincerely yours,

*Daniel G. Abel*

Daniel G. Abel

**RECEIVED**
MAY 16 2013
**EASTBANK**
**PARISH ATTORNEY**

PRR-CE-_____  Transaction # _____

# PUBLIC RECORDS REQUEST

This form must be filled out before any Public Records Request is accepted by the Parish of Jefferson. Requestor must show valid identification and document age to view documents. **(Must be 18 years of age) La. R.S. 44:32(A)**

**Submit to:** PARISH OF JEFFERSON
East Bank Code Enforcement Office
1221 Elmwood Park Blvd, Suite 101
Jefferson, LA 70123      Fax #: (504) 736-8387

DATE: **16 MAY 2013**      TIME: **2:00 p.m.**

**NAME & ADDRESS OF PERSON MAKING THE REQUEST (PRINT)**
DANIEL G. ABEL - LEGAL DEPARTMENT - SUITE 106
2421 CLEARVIEW PARKWAY, METAIRIE, LA 70001
PHONE #: 504.284.8521    FAX #: 888.577.8815
EMAIL ADDRESS (PRINT): danielpatrickegan@gmail.com

**ADDRESS/LOCATION OF ANY PROPERTY INFORMATION REQUESTS:** *(One address per form) (PRINT)*
JEFFERSON PARISH ATTORNEY'S OFFICE
ELMWOOD PK BLVD. JEFFERSON, LA 70123

**INFORMATION REQUESTED (Please be specific) (PRINT):**
REQUEST DATE + TIME TO REVIEW ALL FILES IN THE FEDERAL LAWSUIT CAPTIONED: VANDENWEGHE V. JEFFERSON PARISH - UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA: 2:11-cv-02128-CJB-ALC

**PERIOD OF TIME THIS INFORMATION WOULD LIKELY EXIST:**
FROM 08/25/11 - TO PRESENT

---
**DO NOT WRITE BELOW THIS LINE: FOR OFFICIAL USE ONLY**

**PRINT ALL INFORMATION**

RECEIVED BY: _____
DATE RESPONDED TO: _____ DEPT. _____
TOTAL # COPIES: _____ OTHER COSTS: _____
TOTAL COSTS: $ _____ (ALL COSTS MUST BE PAID PRIOR TO RELEASE)
☐ NO RECORDS/INFORMATION FOUND    ☐ CERTIFICATION COMPLETED
☐ OVERLY BROAD AND/OR VAGUE  ☐ INFORMATION NOT CONTAINED IN RECORDS OR DOCUMENTS
☐ REFERRED TO PAO – REQUESTING EMPLOYEE PERSONNEL RECORDS
☐ COMPLETED – BY: _____ DATE: _____

**RECEIVED MAY 16 2013 EASTBANK PARISH ATTORNEY**

Revised 8/16/12

PRR-CE-_____     Transaction # _____

# PUBLIC RECORDS REQUEST

This form must be filled out before any Public Records Request is accepted by the Parish of Jefferson. Requestor must show valid identification and document age to view documents. **(Must be 18 years of age) La. R.S. 44:32(A)**

**Submit to:** PARISH OF JEFFERSON
East Bank Code Enforcement Office
1221 Elmwood Park Blvd, Suite 101
Jefferson, LA 70123           **Fax #:** (504) 736-8387

DATE: **16 MAY 2013**      TIME: **2:00 P.M.**

NAME & ADDRESS OF PERSON MAKING THE REQUEST (PRINT)
**DANIEL G. ABEL - SUITE 106**
**2421 CLEARVIEW PKWY, METAIRIE**

PHONE #: **504.284.8521**    FAX #: **888.577.8815**
EMAIL ADDRESS (PRINT): **danielpatrickegan@gmail.com**

ADDRESS/LOCATION OF ANY PROPERTY INFORMATION REQUESTS: *(One address per form)* (PRINT)
**JEFFERSON PARISH ATTORNEY'S OFFICE**

INFORMATION REQUESTED (Please be specific) (PRINT):
**ALL FILES RELATED TO FORMER PARISH ATTORNEY ANNE MARIE VANDENWEGHE [BOUDREAUX] INCLUDING ALL ELECTRONIC DATA + INFORMATION REGARDING HER BLOGGING, USE OF PARISH COMPUTER OR PARISH SERVERS WHEN**

PERIOD OF TIME THIS INFORMATION WOULD LIKELY EXIST: **USING HER LAPTOP COMPUTER FROM 2005 UNTIL SHE WAS TERMINATED BY PARISH**

---------- DO NOT WRITE BELOW THIS LINE: FOR OFFICIAL USE ONLY ----------

**PRINT ALL INFORMATION**

RECEIVED BY: _____
DATE RESPONDED TO: _____ DEPT. _____
TOTAL # COPIES: _____ OTHER COSTS: _____
TOTAL COSTS: $ _____ (ALL COSTS MUST BE PAID PRIOR TO RELEASE)

☐ NO RECORDS/INFORMATION FOUND    ☐ CERTIFICATION COMPLETED
☐ OVERLY BROAD AND/OR VAGUE   ☐ INFORMATION NOT CONTAINED IN RECORDS OR DOCUMENTS
☐ REFERRED TO PAO – REQUESTING EMPLOYEE PERSONNEL RECORDS
☐ COMPLETED – BY: _____ DATE: _____

*[Stamp: RECEIVED MAY 16 2013 EASTBANK PARISH ATTORNEY]*

Revised 8/16/12