UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. ABEL** | * | **CASE NO. 13-cv-00088** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **DOUGLAS K. HANDSHOE AND ANNE-MARIE VANDENWEGHE A/K/A BOUDREAUX & ABC INSURANCE CO.** | *  * | **MAG. JUDGE ALMA CHASEZ** |

### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Douglas K. Handshoe, who moves for leave of Court to file a Supplemental Memorandum in Support of his Motion for Attorneys' Fees and Costs [R.Doc.49]. For the following reasons, it is in the interests of justice and judicial economy to allow the filing.

1. Counsel for Defendant Handshoe has provided the Court answers to its questions regarding the imposition of attorneys' fees and costs on Plaintiff.

2. Counsel for Defendant Handshoe has attempted to succinctly summarize the issues and law before the Court on the pending Motion for Attorneys' Fees and Costs.

3. The proposed Supplemental Memorandum will aid the Court in deciding the issues.

4. This motion is not made for the purpose of delay or any improper purpose.

**WHEREFORE,** Mover, Douglas K. Handshoe, prays that the Court allow him leave to file the Supplemental Memorandum in Support of his Motion for Attorneys' Fees, attached as Exhibit 1 hereto.

{B0683991.1}

Respectfully submitted:

BALDWIN HASPEL BURKE & MAYER, L.L.C.

   s/ Scott L. Sternberg
PAUL N. VANCE - Bar #13007
pvance@bhbmlaw.com
SCOTT L. STERNBERG - Bar #33390
ssternberg@bhbmlaw.com
BRODIE G. GLENN – Bar #33152
bglenn@bhbmlaw.com
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
*Counsel for Defendant, Douglas K. Handshoe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

   s/ Scott L. Sternberg