MINUTE ENTRY
MORGAN, J.
MAY 15, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL G. ABEL | CIVIL ACTION |
| VERSUS | NO. 13-88 |
| DOUGLAS K. HANDSHOE, ET AL | SECTION "E" |

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, MAY 15, 2013 AT 10:00 A.M.**

COURTROOM DEPUTY:   Cesyle Nelson
COURT REPORTER:     Toni Tusa

APPEARANCES:        Daniel G. Abel, in proper person
                    Scott L. Sternberg and Brodie G. Glenn for Douglas K. Handshoe

**HEARING ON ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ENTER SANCTIONS AGAINST THE PLAINTIFF FOR VIOLATING THE STAY OF DISCOVERY (#45)**

**MOTION OF DEFENDANT DOUGLAS K. Handshoe for attorney fees and costs (#49)**

Following argument from Mr. Abel, the Court declined to issue sanctions, but cautioned Mr. Abel that the use of subpoenas must be in accordance with the rules of Court and the Court's orders.

Defendant Anne Marie Vandenweghe was present in the Courtroom. The letter she submitted to the Court prior to the commencement of this proceeding will be filed and made part of the record. The court will construe Ms. Vandenweghe's letter as a motion for attorney fees.

The Court took under submission the motion of defendants for attorneys fees and costs.

Court was reconvened after it came to the attention of the Court that Mr. Handshoe was tweeting from counsel table regarding these proceedings. The Court noted that Mr. Abel had already left the Courtroom and apologized to him for his not being able to be present. The Court advised Mr. Handshoe that cell phone use was not permitted in the Courtroom, including the use of social media to send tweets or e-mails during court proceedings.

JS-10: 0:30