UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL G. ABEL | * | CASE NO. 13-cv-00088 |
| VERSUS | * | JUDGE SUSIE MORGAN |
| DOUGLAS K. HANDSHOE AND | * | MAG. JUDGE ALMA CHASEZ |
| ANNE-MARIE VANDENWEGHE A/K/A | | |
| BOUDREAUX & ABC INSURANCE CO. | * | |

## ORDER

Considering the Motion for Leave to File Supplemental Memorandum in Support of Defendant's Motion for Attorneys' Fees and Costs, filed herein by Defendant, Douglas K. Handshoe,

IT IS HEREBY ORDERED that said Motion is GRANTED, and Defendant, Douglas K. Handshoe, be and he is hereby granted permission to file his Supplemental Memorandum in Support of Defendant's Motion for Attorneys' Fees and Costs.

IT IS FURTHER ORDERED that the Clerk of Court is directed to file the said Supplemental Memorandum into the record.

New Orleans, Louisiana, this 17th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

{B0683993.1}