UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL G. ABEL | CIVIL ACTION |
|     Plaintiff | |
| VERSUS | NO. 13-88 |
| DOUGLAS K. HANDSHOE, et al., | SECTION "E" [5] |
|     Defendants | |

NOTICE OF VOLUNTARY DISMISSAL
OF ALL DEFENDANTS UNDER RULE 41(A)

Please let this serve as formal notice to this Honorable Court and all named defendants, that complainant Daniel G. Abel is exercising his right of voluntary dismissal without an order of the Court under Rule 41(a), as neither defendant has filed an answer or served complainant with a motion for summary judgment [Winterland Concessions, 706 F.2d at 795] and as his right of voluntary dismissal under Rule 41(a) is "a matter of right running to plaintiffs that cannot be extinguished by adversary or court" [American Cyanamid, 317 F.2d at 297].

Please note that all claims against all defendants are hereby voluntarily dismissed. Complainant reserves his right to respond to defendants' Motion and Memorandum for Attorney Fees and Costs that was filed into the record on 15 minutes ago and reserves his right for an equal opportunity to ask for Attorney fees and Costs from defendants as well. Daniel G. Abel voluntarily dismisses all defendants under Rule 41(a) thereby terminating this matter.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| s/ Daniel G. Abel | s/ Daniel G. Abel |
| 2421 Clearview Parkway | I have served the Clerk using the |
| Legal Department - Suite 106 | CM/ECF system and thereby |
| Metairie, LA 70001 | served all counsel. 17 May 2013. |